1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                        ----oo0oo----

11

12   CENTRAL VALLEY EDEN                No. 2:25-cv-78-WBS-CSK
     ENVIRONMENTAL DEFENDERS, LLC, a
13   California limited liability
     company,
14
                    Plaintiff,
15                                      ORDER RELATING CASES
          v.
16
     SWEETENER PRODUCTS, INC.; and
17   DOES 1-10, inclusive,

18                  Defendants.

19

20   CENTRAL VALLEY EDEN                No. 2:25-cv-2882-DAD-SCR
     ENVIRONMENTAL DEFENDERS, LLC, a
21   California limited liability
     company,
22
                    Plaintiff,
23
          v.
24
     DALE T. JABOUR, KENNETH
25   COCHRANE, STEVEN SHANKLIN,
     DAVID JONES; and DOES 1-10,
26   inclusive,

27                  Defendants.

28

                              1

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve the same events and causes of action.  Accordingly, the assignment of the matters to the same judge is likely to effect a saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Central Valley Eden Environmental Defenders, LLC v. Sweetener Products, Inc., Case No. 2:25-cv-78-WBS-CSK, and Central Valley Eden Environmental Defenders, LLC v. Jabour et al., Case No. 2:25-cv-2882-DAD-SCR, be, and the same hereby are, deemed related.  The case denominated Central Valley Eden Environmental Defenders, LLC v. Jabour et al., Case No. 2:25-cv-2882-DAD-SCR, shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in both cases shall be shown as Central Valley Eden Environmental Defenders, LLC v. Sweetener Products, Inc., et al., Case No. 2:25-cv-78-WBS-CSK.

IT IS FURTHER ORDERED that the Clerk of the Court make

1    an appropriate adjustment in the assignment of cases to

2    compensate for this reassignment.

3            IT IS SO ORDERED.

4    Dated:  October 20, 2025

     WILLIAM B. SHUBB
5    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28