UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>SWEETENER PRODUCTS, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | No. 2:25-cv-78-WBS-CSK<br><br><br><br>ORDER RELATING CASES |
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>DALE T. JABOUR, KENNETH COCHRANE, STEVEN SHANKLIN, DAVID JONES; and DOES 1-10, inclusive,<br><br>    Defendants. | No. 2:25-cv-2882-DAD-SCR |

1

1                               ----oo0oo----

2              Examination of the above-entitled actions reveals that
3    they are related within the meaning of Local Rule 123(a), because
4    they involve the same events and causes of action.  Accordingly,
5    the assignment of the matters to the same judge is likely to
6    effect a saving of judicial effort and is also likely to be
7    convenient for the parties.

8              The parties should be aware that relating the cases
9    under Local Rule 123 merely has the result that both actions are
10   assigned to the same judge; no consolidation of the actions is
11   effected.  Under the regular practice of this court, related
12   cases are generally assigned to the judge to whom the first filed
13   action was assigned.

14             IT IS THEREFORE ORDERED that the actions denominated
15   <u>Central Valley Eden Environmental Defenders, LLC v. Sweetener
16   Products, Inc.</u>, Case No. 2:25-cv-78-WBS-CSK, and <u>Central Valley
17   Eden Environmental Defenders, LLC v. Jabour et al.</u>, Case No.
18   2:25-cv-2882-DAD-SCR, be, and the same hereby are, deemed
19   related.  The case denominated <u>Central Valley Eden Environmental
20   Defenders, LLC v. Jabour et al.</u>, Case No. 2:25-cv-2882-DAD-SCR,
21   shall be reassigned to Judge WILLIAM B. SHUBB and Judge CHI SOO
22   KIM.  Henceforth, the captions on documents filed in the
23   reassigned case shall be shown as <u>Central Valley Eden
24   Environmental Defenders, LLC v. Jabour et al.</u>, Case No. 2:25-cv-
25   2882-WBS-CSK.

26             IT IS FURTHER ORDERED that the Clerk of the Court make

27

28

an appropriate adjustment in the assignment of cases to compensate for this reassignment.

        IT IS SO ORDERED.

Dated: October 23, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE