1  Adam D. Brumm, Esq.  SB#257906
   Eden Environmental Defenders
2  1520 E. Covell Blvd, Suite B5-611
   Davis, CA  95616
3  Telephone: (800) 545-7215, Extension 906
   Email:  adam@edendefenders.org
4
   Attorneys for Plaintiff
5
   Jennifer F. Novak (SBN 183882)
6  novak@jfnovaklaw.com
   Megan Meadows (SBN 245033)
7  megan@jfnovaklaw.com
   Demetria Mantalis (SBN 358279)
8  demetria@jfnovaklaw.com
   LAW OFFICE OF JENNIFER F. NOVAK
9  500 Silver Spur Road, Suite 206
   Rancho Palos Verdes, California 90275
10 Telephone:    (310) 693-0775
   Facsimile:    (310) 627-0172
11 Attorneys for Defendant

12

13                        **UNITED STATES DISTRICT COURT**

14                        **EASTERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC | Case No.: 2:25-cv-02882-WBS-SCR |
| | Assigned to Hon. William B. Shubb |
| Plaintiff, | **STIPULATION AND ORDER TO STAY CASE PENDING SETTLEMENT DISCUSSIONS** |
| vs. | |
| DALE T. JABOUR, et al. | Action Filed: October 7, 2025 |
| Defendants. | |
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC | Case No. 2:25-cv-00078-WBS-CSK |
| Plaintiff | |
| vs. | |
| SWEETENER PRODUCTS, INC., | |
| Defendant. | |

Plaintiff Central Valley Eden Environmental Defenders, LLC ("Plaintiff") and Defendants Dale T. Jabour, Kenneth Cochrane, Steven Shanklin and David Jones ("Defendants") (collectively "the Parties") hereby submit this Stipulation to Stay Case Pending Settlement Discussions.

Plaintiff filed the Complaint in this action on October 7, 2025, alleging violations of the Federal Clean Water Act and California's Industrial General Permit. Defendants' response to the Complaint is currently due on **October 28, 2025**.

The Parties have not requested any prior continuances or stays in this action.

On October 21, 2025, the Court entered an Order Re: Status (Pretrial Scheduling) Conference, as ECF No. 6, with the following dates and deadlines:

- Deadline for Rule 26(f) conference: **February 2, 2026**
- Joint Status Report due **February 9, 2026**
- Status (Pretrial Scheduling) Conference: **February 23, 2026, at 1:30 pm**

The Parties have met and conferred and agreed to participate in settlement discussions, to avoid the substantial burden and costs of rapidly intensifying pre-trial litigation.

Based on the foregoing, the Parties, through their respective attorneys of record, HEREBY STIPULATE AND REQUEST and Order from the Court as follows:

1. That this action be STAYED for a total of forty-five (45) days, with the stay to expire at 12:01 a.m. on **December 8, 2025**.

2. That Defendant's deadline to respond to Plaintiff's Complaint be extended to fourteen (14) days after the expiration of the Stay.

3. That the Parties will meet and confer on or before **December 1, 2025**, to (a) finalize settlement negotiations and prepare a Notice of Settlement; (b) mutually agree on a request for a further stay of the action; or (c) agree that this matter will not settle and prepare a Joint Status Report to the Court.

4. That the Parties will file a Notice of Settlement, Stipulation and Order for Further Stay, or Joint Status Report to the Court on or before **December 8, 2025**.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: October 24, 2025 | LAW OFFICE OF JENNIFER F. NOVAK |
| 3 | | |
| 4 | | |
| 5 | | */s/ Jennifer F. Novak (as authorized on 10/23/25 per LR 131(e)*<br>Jennifer F. Novak<br>Attorney for Defendant |
| 6 | | |
| 7 | Date: October 24, 2025 | CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC |
| 8 | | |
| 9 | | |
| 10 | | */s/ Adam D. Brumm (as authorized on 10/23/25 per LR 131(e)*<br>Adam Brumm<br>Attorney for Plaintiff |
| 11 | | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DALE T. JABOUR, et al,<br><br>    Defendants. | Case No.: 2:25-cv-02882-WBS-SCR<br><br>Judge: Hon. William B. Shubb<br><br><u>ORDER STAYING CASE PENDING SETTLEMENT</u> |
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SWEETENER PRODUCTS, INC,<br><br>    Defendant. | Case No. 2:25-cv-0078-WBS-CSK |

    Having considered the Stipulation of the Parties, the Court finds good cause exists to stay this Action so that the Parties may engage in settlement negotiations.  IT IS HEREBY ORDERED that the stipulation is approved in its entirety.

    1.    This Action is hereby STAYED until 12:01 a.m. on December 8, 2025, at which time it will automatically expire unless extended by stipulation of the Parties and Order of this Court.

2. For so long as the Stay is in effect, this Action is stayed in its entirety. All deadlines and obligations are stayed, including the deadline for Defendant to respond to Plaintiff's Complaint.

3. The Stay shall operate to toll all deadlines and obligations through the expiration of the Stay.

4. The Parties shall meet and confer meet and confer on or before December 1, 2025, to finalize settlement negotiations and prepare a Notice of Settlement; mutually agree on a request for a further stay of the action; or agree that this matter will not settle and prepare a Joint Status Report to the Court.

5. On or before December 8, 2025, the Parties shall file a Notice of Settlement, Stipulation and Order for Further Stay, or Joint Status Report to the Court.

6. Defendant's response to Plaintiff's Complaint shall be due fourteen (14) days after the expiration of the Stay or any subsequent Stay.

**IT IS SO ORDERED.**

Dated: OCTOBER 24, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE