Adam D. Brumm, Esq.  SB#257906
Eden Environmental Defenders
1520 E. Covell Blvd, Suite B5-611
Davis, CA  95616
Telephone: (800) 545-7215, Extension 906
Email: adam@edendefenders.org
Attorneys for Plaintiff

Jennifer F. Novak (SBN 183882)
novak@jfnovaklaw.com
Megan Meadows (SBN 245033)
megan@jfnovaklaw.com
Demetria Mantalis (SBN 358279)
demetria@jfnovaklaw.com
LAW OFFICE OF JENNIFER F. NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone:     (310) 693-0775
Facsimile:     (310) 627-0172
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SWEETENER PRODUCTS, INC.<br><br>Defendant. | Case No.: 2:25-cv-00078-WBS-CSK<br><br>Assigned to Hon. William B. Shubb<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING SETTLEMENT DISCUSSIONS**<br><br>Action Filed: January 8, 2025<br>Trial Date: September 15, 2026 |
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>DALE T. JABOUR, et al.<br><br>Defendants. | Related Case No. 2:25-cv-02882-WBS-SCR |

Plaintiff Central Valley Eden Environmental Defenders, LLC ("Plaintiff") and Defendant Sweetener Products, Inc. ("Defendant") (collectively "the Parties") hereby submit this Stipulation to Stay Case Pending Settlement Discussions.

Plaintiff filed the Complaint in this action on January 8, 2025, alleging violations of the Federal Clean Water Act and California's Industrial General Permit. Defendant filed its Answer on January 30, 2025.

The Parties have not requested any prior continuances or stays in this action.

The Court entered its Scheduling Order in this matter on May 2, 2025 (ECF No. 9). Pending deadlines pursuant to the Scheduling Order include the following:

- Expert Disclosure and Initial Reports due **December 23, 2025**
- Rebuttal Experts and Reports due **January 23, 2026**
- Discovery Cut-Off: **February 23, 2026**
- Motion filing deadline: **April 24, 2026**
- Final Pre-Trial Conference: **July 13, 2026**
- Bench Trial: **September 15, 2026**

The Parties have exchanged Initial and Supplemental Disclosures and written discovery. Currently, the Parties have two Motions to Compel and two Motions for Protective Order on calendar for hearing before Magistrate Judge Kim on **November 4, 2025**, and **December 9, 2025**.

On October 10, 2025, Plaintiff served Defendant with a second set of Interrogatories and Requests for Production of Documents. Defendant's response is due on or before **November 9, 2025**.

The Parties have met and conferred and agreed to participate in settlement discussions, to avoid the substantial burden and costs of rapidly intensifying pre-trial litigation.

Based on the foregoing, the Parties, through their respective attorneys of record, HEREBY STIPULATE AND REQUEST an Order from the Court as follows:

1. That all current hearing dates on the Parties' respective discovery disputes (November 4, 2025; and December 9, 2025) be VACATED.

2. That this action be STAYED for a total of forty-five (45) days, with the stay to expire at 12:01 a.m. on **December 8, 2025**.

3. That the Parties will meet and confer on or before **December 1, 2025**, to (a) finalize settlement negotiations and prepare a Notice of Settlement; (b) mutually agree on a request for a further stay of the action; or (c) agree that this matter will not settle and prepare a Joint Status Report to the Court.

4. That the Parties will file a Notice of Settlement, Stipulation and Order for Further Stay, or Joint Status Report to the Court on or before **December 8, 2025**.

5. That in the event that the Parties are unable to successfully negotiate a complete resolution of this matter, the Parties will (a) submit a Stipulation to Modify the Scheduling Order with jointly proposed dates; (b) meet and confer with regard to scheduling depositions; and (c) meet and confer in good faith to reset the hearings on the Parties' respective discovery disputes; and further that Defendant's responses to Plaintiff's Second Set of Interrogatories and Requests for Production of Documents be extended to fifteen (15) days from the expiration of the initial or any subsequent stay of this matter.

IT IS SO STIPULATED.

Date:   October 27, 2025        LAW OFFICE OF JENNIFER F. NOVAK

                                        */s/ Jennifer F. Novak (as authorized on 10/23/25 per LR 131(e)*
                                             Jennifer F. Novak
                                             Attorney for Defendant

Date:   October 27, 2025        CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC

                                        */s/ Adam D. Brumm (as authorized on 10/23/25) per LR 131(e)*
                                           Adam Brumm
                                           Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SWEETENER PRODUCTS, Inc,<br><br>        Defendant. | Case No.: 2:25-cv-78-WBS-CSK<br><br>Judge: Hon. William B. Shubb<br><br>ORDER STAYING CASE PENDING SETTLEMENT |
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DALE T. JABOUR, et al,<br><br>        Defendants. | Case No. 2:25-cv-2882-WBS-CSK |

Having considered the Stipulation of the Parties, the Court finds good cause exists to stay this Action so that the Parties may engage in settlement negotiations.  IT IS HEREBY ORDERED that the stipulation is approved in its entirety.

ORDER STAYING CASE                1        Case No.: 2:25-cv-00078-WBS-CSK

1. This Action is hereby STAYED until 12:01 a.m. on December 8, 2025, at which time it will automatically expire unless extended by stipulation of the Parties and order of this Court.

2. The Parties' discovery dispute hearings currently scheduled for November 4, 2025, and December 9, 2025, are hereby VACATED.

3. For so long as the Stay is in effect, this Action is stayed in its entirety. All deadlines and obligations are stayed; and the Stay shall operate to toll any and all such deadlines and obligations through the expiration of the Stay.

4. The Parties shall meet and confer meet and confer on or before December 1, 2025, to finalize settlement negotiations and prepare a Notice of Settlement; mutually agree on a request for a further stay of the action; or agree that this matter will not settle and prepare a Joint Status Report to the Court.

5. On or before December 8, 2025, the Parties shall file a Notice of Settlement, Stipulation and Order for Further Stay, or Joint Status Report to the Court.

6. In the event that the Parties are unable to successfully negotiate a complete resolution of this matter, the Parties shall file a Stipulation to Modify the Scheduling Order which includes proposed dates. The Stipulation shall be filed on or before December 10, 2025.

7. Defendant's responses to Plaintiff's Second Set of Interrogatories and Requests for Production of Documents shall be due fifteen (15) days after the expiration of the Stay or any subsequent Stay.

8. A Status Conference is set for **January 12, 2026 at 1:30 p.m. in Courtroom 5 (WBS),** to be automatically vacated upon the court's receipt of the parties' stipulated dismissal or stipulation

1  to modify the scheduling order.

2  **IT IS SO ORDERED.**

3  DATED: OCTOBER 27, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE