Jennifer F. Novak (SBN 183882)
novak@jfnovaklaw.com
Megan Meadows (SBN 245033)
megan@jfnovaklaw.com
Demetria Mantalis (SBN 358279)
demetria@jfnovaklaw.com
LAW OFFICE OF JENNIFER F. NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone: (310) 693-0775
Facsimile: (310) 627-0172
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, a California limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>SWEETENER PRODUCTS, INC.<br><br>Defendant. | Case No.: 2:25-cv-00078-WBS-CSK<br><br>Assigned to Hon. William B. Shubb<br>Courtroom: 5, 14th Floor<br><br>**DECLARATION OF DEMETRIA MANTALIS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S ADMINSTRATIVE MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO SERVE WITNESS JASON ASTON THROUGH ALTERNATIVE SERVICE**<br><br>Action Filed: January 8, 2025<br>Trial Date: April 20, 2027 |

Mantalis Dec ISO Def's Oppo to
Plaintiff's Mot to Continue Hearing on
Aston Service

1

Case No.: 2:25-cv-00078-WBS-CSK

I, Demetria Mantalis, declare as follows:

1.     I am an attorney licensed to practice in the State of California and admitted to practice before the United States District Court for the Eastern District of California. I am counsel for Defendant Sweetener Products, Inc. ("Sweetener") in this action. In that capacity, I have knowledge regarding the underlying actions, communications, and files in this matter. Unless otherwise stated, I make this declaration based upon my personal knowledge and am competent to testify to the facts discussed below.

2.     After being unable to locate Jason Aston, our office retained the services of private investigator Shannon Brown.

3.     Attached as Exhibit A is a true and correct copy of the investigator's declaration, detailing her license numbers and unsuccessful efforts to personally serve Mr. Aston.

Date: May 13, 2026                    LAW OFFICE OF JENNIFER F. NOVAK


                                       /s/ Demetria Mantalis
                                      Demetria Mantalis
                                      Attorney for Defendant Sweetener Products, Inc.

Mantalis Dec ISO Def's Oppo to                2
Plaintiff's Mot to Continue Hearing on
Aston Service                              Case No.: 2:25-cv-00078-WBS-CSK