# EXHIBIT A

Jennifer F. Novak (SBN 183882)
novak@jfnovaklaw.com
Megan Meadows (SBN 245033)
megan@jfnovaklaw.com
Demetria Mantalis (SBN 358279)
demetria@jfnovaklaw.com
LAW OFFICE OF JENNIFER F. NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone:  (310) 693-0775
Facsimile:   (310) 627-0172
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, a California limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>SWEETENER PRODUCTS, INC.<br><br>Defendant. | Case No.: 2:25-cv-00078-WBS-CSK<br><br>Assigned to Hon. William B. Shubb<br>Courtroom: 5, 14th Floor<br><br>**DECLARATION OF SHANNON BROWN RE: PRIVATE INVESTIGATOR LICENSE NUMBER AND DUE DILIGENCE**<br><br>Action Filed: January 8, 2025<br>Trial Date: April 20, 2027 |

I, Shannon Brown, declare:

1.   I am over 18 years of age and am not a party to the above-entitled action.

2.   My address is 836 57th Street, #458, Sacramento, CA 95819.

3.   I have been a licensed private investigator for 16 years. My private investigator license number is 189325, which is under the corporate name. My private investigator license number as an individual is 26921.

4.   I performed a skip trace search for JASON ASTON and obtained the most current addresses associated with JASON ASTON for credit and/or mail. There was no current work address associated with Mr. Aston. The search presented five addresses associated with Mr. Aston over the past 5 years, and did not provide a clear identifiable residence, which included:

    a.   **2205 Longrus Pl, Woodland, CA 95776**

    b.   **4448 G Street, Sacramento, CA 95819**

    c.   **150 Apex Loop, Folsom, CA 95630**

    d.   **568 Silverado Cir, Fairfield, CA 94534**

    e.   **1516 S Street, Apt 414, Sacramento, CA 95811 which was associated with Mr. Aston's live-in partner at 568 Silverado Cir, Fairfield, CA 94534.**

5.   I was asked to serve process on Mr. Aston and provided the following documents: SUBPOENA TO TESTIFY AT DEPOSITION IN A CIVIL ACTION and NOTICE OF DEPOSITION AND SUBPOENA TO JASON ASTON.

6.   I attempted personal service on Mr. Aston at the following dates and times, with the following results:

    a.   **Residence Address: 2205 Longrus Pl, Woodland, CA 95776**

        i.   I visited the property on March 28, 2026, at 2:00 PM to determine whether it was a possible address for Mr. Aston. After several hours, I did not see evidence of Mr. Aston at the address either through his presence or his vehicle.

BROWN DEC RE: PI LICENSE
AND DUE DILIGENCE

2

Case No.: 2:25-cv-00078-WBS-CSK

ii.   I returned to this address on April 10, 2026, at 3:49 PM and knocked on the door. There was no response.

iii.   I returned to the address on April 12, 2026, at 3:25 PM and knocked on the door. There was no response.

iv.   Since there was no sighting of Mr. Aston's person or vehicle at the residence, and the occupants inside the home were reluctant to answer the door, I determined that this address was not likely to be a current address for Mr. Aston or one where he could be served.

a.   **Residence Address: 4448 G. Street, Sacramento, CA 95819**.

i.   I visited this property on April 1, 2026, at 6:00 AM, and observed a resident and visitor come and go. I did not observe Mr. Aston or his vehicle.

ii.   On April 9, 2026, at 12:39 PM, I knocked on the door and received no response.

iii.   On April 10, 2026, at 11:13 AM, I spoke with the resident, who advised that Mr. Aston had not lived there in years and the resident currently had no contact with him.

iv.   I concluded that Mr. Aston did not reside at this address.

b.   **Residence Address: 150 Apex Loop, Folsom, CA 95630**

i.   I visited this property on Apri l, 2026, at 12:00 PM. I did not see Mr. Aston or his vehicle. I knocked on the door of one of its units and the resident stated that he did not live in the building. I observed a package in plain view at the other unit; it did not bear Mr. Aston's name.

ii.   I concluded that Mr. Aston did not reside at this address.

c.   **Residence Address: 1516 S Street, Apt. 414, Sacramento, CA 95811**

BROWN DEC RE: PI LICENSE
AND DUE DILIGENCE

3

Case No.: 2:25-cv-00078-WBS-CSK

i. I visited this property on April 9, 2026, at 1:42 PM. I did not observe Mr. Aston or his vehicle and he was not listed in the apartment's listed directory of residents.

ii. On April 9, 2026, at 1:48 PM, I called the known resident Michelle Corbett Kent, 53-year-old female, to determine whether Mr. Aston lived at the address or if the resident knew where he currently lived or worked. The resident returned my call at 9:09 PM to confirm that she knew Mr. Aston. The resident stated that they had previously resided together at **568 Silverado Cir, Fairfield, California, 94534,** but she had had no contact with him since 2020, when Mr. Aston was removed from their shared residence and she obtained a domestic violence restraining order against him.

iii. I concluded that Mr. Aston did not live at this address.

7. I can be personally served at 836 57th Street, Ste. 458, Sacramento, CA 95819, which is the corporate address listed on the Secretary of State website, to be served by mail or if you prefer personal service, please contact me at 1-877-302-7696 and I can arrange a time to meet for service.

I declare under penalty of perjury and the laws of the State of California that the above is true and correct.

Date: May 13, 2026

Shannon Brown (May 13, 2026 13:59:26 PDT)
SHANNON BROWN

BROWN DEC RE: PI LICENSE
AND DUE DILIGENCE

4

Case No.: 2:25-cv-00078-WBS-CSK

# 2026.05.13_SPC_Dec SB re PI License and Service Attempts v2

Final Audit Report                                      2026-05-13

| | |
|---|---|
| Created: | 2026-05-13 |
| By: | Jaliyah Samuels (jaliyah@jfnovaklaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAa7oef9ThgA-OdcdPJL7iXLcrMPoarPj1 |

## "2026.05.13_SPC_Dec SB re PI License and Service Attempts v 2" History

📄 Document created by Jaliyah Samuels (jaliyah@jfnovaklaw.com)
2026-05-13 - 7:11:48 PM GMT

✉ Document emailed to Shannon Brown (shannon@artemis-inc.com) for signature
2026-05-13 - 7:11:52 PM GMT

📄 Email viewed by Shannon Brown (shannon@artemis-inc.com)
2026-05-13 - 7:36:05 PM GMT

✍ Document e-signed by Shannon Brown (shannon@artemis-inc.com)
Signature Date: 2026-05-13 - 8:59:26 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

✅ Agreement completed.
2026-05-13 - 8:59:26 PM GMT

**Adobe Acrobat Sign**