UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CENTRAL VALLEY EDEN ENVIROMENTAL DEFENDERS, LLC,

            Plaintiff,

    v.

SWEETENER PRODUCTS, INC.,

            Defendant.

No. 2:25-cv-0078 WBS CSK

ORDER RE: PLAINTIFF'S MOTIONS FOR LEAVE TO WITHDRAW MOTION FOR DISQUALIFICATION OF COUNSEL

CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,

            Plaintiff,

    v.

DALE T. JABOUR, et al,

            Defendants.

No. 2:25-cv-2882 WBS CSK

----oo0oo----

The court being fully advised in the premises, and good cause appearing therefor, plaintiff's Motion for Leave to

1

Withdraw Motion for Disqualification of Counsel Without Prejudice (Docket No. 91, in Case No. 2:25-cv-00078; Docket No. 31, in Case No. 2:25-cv-2882) is hereby GRANTED.  The Motions for Disqualification of Counsel (Docket No. 69, in case No. 2:25-cv-0078; Docket No. 21, in Case No. 2:25-cv-2882) are WITHDRAWN on counsel's request and the Clerk of the Court is directed to terminate those motions.

Dated:  May 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2