UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, a California limited liability company,

Plaintiff,

v.

SWEETENER PRODUCTS, INC.; and DOES 1 through 10, inclusive,

Defendants.

No. 2:25-cv-0078 WBS CSK

ORDER RE: DEFENDANT'S REQUEST FOR RECONSIDERATION

----oo0oo----

Defendant Sweetener Products, Inc., requests reconsideration of the magistrate judge's Order (Docket No. 102) granting in part and denying in part defendant's motion to compel and plaintiff's motion for a protective order.  (Docket No. 108.) Specifically, defendant asks this court to set aside the portion of the Order limiting discovery regarding plaintiff's organization.  (Id. at 2.)

"Pursuant to Fed. R. Civ. P. 72(a), a magistrate

1

judge's orders shall be upheld unless 'clearly erroneous or contrary to law.'" Xuan Thi Phan v. JetBlue Airways Corp., No. 2:16-cv-2328 WBS DB, 2018 WL 3239991, at *1 (E.D. Cal. July 2, 2018); see also E.D. Cal. L.R. 303(f). "This standard is highly deferential, and does not allow the reviewing court to 'simply substitute its judgment for that of the deciding court.'" Barnes-Boers v. TRU 2005 REI, LLC, No. 2:13-cv-1827 WBS, 2014 WL 1775491, at *1 (E.D. Cal. May 2, 2014) (citations omitted).

Upon review, the court does not find the magistrate judge's Order to be clearly erroneous or contrary to law. The magistrate judge determined defendant was entitled to discovery regarding plaintiff's business purpose and mission, but not regarding plaintiff's organizational structure and membership. (Docket No. 102 at 14.) This determination was based on applicable authority and defendant's concession that once an organization identifies members in good faith, it may avoid being challenged on its operations. (Id.)

IT IS THEREFORE ORDERED that defendant's request for reconsideration (Docket No. 108) be, and the same hereby is, DENIED.

Dated:  June 22, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2