# EXHIBIT A

Jennifer F. Novak (SBN 183882)
novak@jfnovaklaw.com
Megan Meadows (SBN 245033)
megan@jfnovaklaw.com
Demetria Mantalis (SBN 358279)
demetria@jfnovaklaw.com
LAW OFFICE OF JENNIFER F. NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone:  (310) 693-0775
Facsimile:   (310) 627-0172
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, a California limited liability company <br><br> Plaintiff, <br><br> vs. <br><br> SWEETENER PRODUCTS, INC. <br><br> Defendant. | Case No.: 2:25-cv-00078-WBS-CSK <br><br> Assigned to Hon. William B. Shubb <br><br> **DEFENDANT SWEETENER PRODUCTS, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS - SET ONE** <br><br> Trial Date: September 15, 2026 <br> Complaint Filed: January 8, 2025 |

PROPOUNDING PARTY:     Central Valley Eden Environmental Defenders, LLC

RESPONDING PARTY:     Sweetener Products, Inc.

SET NO.:     One

DEFENDANT'S REVISED RESPONSES     1
TO RFPD – SET ONE                              Case No.:2:25-cv-00078-WBS-CSK

## PRELIMINARY STATEMENT

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant Sweetener Products Inc. ("Defendant") submits the following objections and responses to Plaintiff Central Valley Eden Environmental Defenders, LLC's ("Plaintiff") First Set of Requests for Production of Documents as follows:

## GENERAL OBJECTIONS

1. Defendant objects to Plaintiff's instructions and definitions as purporting to impose requirements different from and more extensive than those imposed by the Federal Rules of Civil Procedure for responses to discovery requests.

2. Defendant objects to Plaintiff's definitions, instructions, and requests to the extent they seek to require Defendant to produce documents not within its possession, custody, or control.

3. Defendant objects to Plaintiff's definition of "Document" when used in reference to a document on the grounds that it is unduly burdensome, oppressive, and exceeds the scope of permissible discovery. Defendant shall construe the definition of the term "Document" as the term "document" is described in Federal Rule of Civil Procedure 34(a).

4. Defendant will agree to produce relevant, responsive, non-privileged documents located after a reasonably diligent search. Such an answer is not a representation that any such documents exist, only that Defendant agrees that if, after a reasonably diligent search, any such documents are located, Defendant will produce them.

5. Defendant objects to these requests to the extent they seek documents that are available from public sources or third parties or are otherwise equally available to Plaintiff.

6. Defendant's investigation of these requests is ongoing. Defendant responds to these requests with its current knowledge and reserves the right to amend or supplement its answers and responses if any additional documents or information are identified at a later time and to make additional objections as necessary. The following objections and

DEFENDANT'S REVISED RESPONSES 2
TO RFPD – SET ONE                          Case No.:2:25-cv-00078-WBS-CSK

responses are given without prejudice to Defendant's right to produce evidence of any subsequently discovered facts. Defendant also reserves the right to assert additional privileges if warranted by new documents or evidence discovered at a later date.

7. Defendant does not concede that any of its responses are or will be admissible evidence during litigation of this matter, and Defendant does not waive any objection, whether or not asserted herein, to the use of any such response at trial.

8. Defendant objects to duplicative production as unduly burdensome. To the extent a single relevant, non-privileged document Defendant locates after a reasonably diligent search is responsive to more than one of Plaintiffs' requests, Defendant will produce only a single copy of the document.

9. Defendant objects to all requests to the extent that they seek documents protected by the attorney-client privilege, attorney work-product doctrine, or any other applicable privilege. Nothing contained in these responses is intended to be, or in any way shall be deemed, a waiver of any such available privilege or doctrine.

10. To the extent Defendant agrees to produce documents responsive to these requests, they will be produced on a rolling basis.

11. A privilege log will be produced at the appropriate time, if necessary.

12. Defendant objects to all requests that seek "all" or "any" documents, writings, reports, memoranda, records, notes, or other tangible materials concerning any subject on the ground that, in those instances where this objection is applicable, many documents in Defendant's possession reflect or may reflect requested information. Accordingly, in response to such requests, Defendant may provide one document that is (or a group of documents that are) fully responsive to the document request. A requirement that Defendant produce "any" relevant documentation would be unduly burdensome and oppressive where the desired information can be obtained or verified by the production of one document or a group of documents. Given Defendant's production of one document or a group of documents that fully respond(s) to the request, any asserted need by the Plaintiff for "any"

DEFENDANT'S REVISED RESPONSES  3
TO RFPD – SET ONE                              Case No.:2:25-cv-00078-WBS-CSK

relevant documentation is outweighed by the undue burden that such a requirement would impose on Defendant.

13.   These responses replace the responses originally provided by Defendant on June 30, 2025.

## OBJECTIONS AND RESPONSES TO REQUESTS FOR

## PRODUCTION OF DOCUMENTS

**DOCUMENT REQUEST NO. 1**:

**ALL DOCUMENTS** RELATING TO ownership of real property located at 1150 Thurman Street in Lodi, California.

**RESPONSE TO REQUEST FOR PRODUCTION NO.1:**

Defendant objects to this Request on the ground that it seeks documents that are confidential. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0001-0024

SPC_RFP_0025-0072

SPC_RFP_0075-0080

SPC_RFP_0081-0086

SPC_RFP_0087-0089

SPC_RFP_0090-0095

SPC_RFP_0096-0098

SPC_RFP_0099-0101

SPC_RFP_0102-0104

SPC_RFP_0105-0110

SPC_RFP_0111-0113

SPC_RFP_0114-0119

SPC_RFP_0120-0125

SPC_RFP_0126-0128

SPC_RFP_0129-0131

SPC_RFP_0132-0134

SPC_RFP_0135-0137

SPC_RFP_0138-0140

SPC_RFP_0141-0146

SPC_RFP_0147-0152

SPC_RFP_0153-0155

SPC_RFP_0156-0158

SPC_RFP_0159-0161

SPC_RFP_0162-0164

SPC_RFP_0165-0170

SPC_RFP_0171-0173

SPC_RFP_0174-0176

SPC_RFP_0177-0179

SPC_RFP_0180-0182

SPC_RFP_0183-0185

SPC_RFP_0186-0188

SPC_RFP_0189-0194

SPC_RFP_0195-0197

SPC_RFP_0198-0200

SPC_RFP_0201-0206

SPC_RFP_0207-0209

SPC_RFP_0210-0212

SPC_RFP_0213-0215

SPC_RFP_0216-0218

SPC_RFP_0219-0221

SPC_RFP_0226

SPC_RFP_0230-0240

SPC_RFP_0241-0252

DEFENDANT'S REVISED RESPONSES  5
TO RFPD – SET ONE                           Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0253-0263

SPC_RFP_0264-0276

SPC_RFP_0277-0288

SPC_RFP_0289-0300

SPC_RFP_0301-0311

SPC_RFP_0312-0325

SPC_RFP_0326-0337

SPC_RFP_0338-0349

SPC_RFP_0350-0361

SPC_RFP_0362-0373

SPC_RFP_0374-0385

SPC_RFP_0386-0401

SPC_RFP_0402-0413

SPC_RFP_0414-0424

SPC_RFP_0425-0438

SPC_RFP_0439-0449

SPC_RFP_0450-0463

SPC_RFP_0464-0475

SPC_RFP_0476-0487

SPC_RFP_0488-0499

SPC_RFP_0500-0511

SPC_RFP_0512-0523

SPC_RFP_0524-0537

SPC_RFP_0538-0539

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

DEFENDANT'S REVISED RESPONSES  6
TO RFPD – SET ONE                    Case No.:2:25-cv-00078-WBS-CSK

**DOCUMENT REQUEST NO. 2:**

**ALL DOCUMENTS** identifying all persons employed by YOU with responsibility for GENERAL PERMIT compliance.

**RESPONSE TO REQUEST FOR PRODUCTION NO.2:**

Defendant objects to this Request as it seeks documents and information that Defendant produced in connection with their Initial Disclosures and thus is duplicative and requests documents equally available to Plaintiff.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0001-0024
SPC_RFP_0025-0072
SPC_RFP_0081-0086
SPC_RFP_0087-0089
SPC_RFP_0090-0095
SPC_RFP_0096-0098
SPC_RFP_0099-0101
SPC_RFP_0102-0104
SPC_RFP_0105-0110
SPC_RFP_0111-0113
SPC_RFP_0114-0119
SPC_RFP_0120-0125
SPC_RFP_0126-0128
SPC_RFP_0129-0131
SPC_RFP_0132-0134
SPC_RFP_0135-0137
SPC_RFP_0138-0140
SPC_RFP_0141-0146
SPC_RFP_0147-0152

SPC_RFP_0153-0155

SPC_RFP_0156-0158

SPC_RFP_0159-0161

SPC_RFP_0162-0164

SPC_RFP_0165-0170

SPC_RFP_0171-0173

SPC_RFP_0174-0176

SPC_RFP_0177-0179

SPC_RFP_0180-0182

SPC_RFP_0183-0185

SPC_RFP_0186-0188

SPC_RFP_0189-0194

SPC_RFP_0195-0197

SPC_RFP_0198-0200

SPC_RFP_0201-0206

SPC_RFP_0207-0209

SPC_RFP_0210-0212

SPC_RFP_0213-0215

SPC_RFP_0216-0218

SPC_RFP_0219-0221

SPC_RFP_0230-0240

SPC_RFP_0241-0252

SPC_RFP_0253-0263

SPC_RFP_0264-0276

SPC_RFP_0277-0288

SPC_RFP_0289-0300

SPC_RFP_0301-0311

SPC_RFP_0312-0325

SPC_RFP_0326-0337

SPC_RFP_0338-0349

SPC_RFP_0350-0361

SPC_RFP_0362-0373

SPC_RFP_0374-0385

SPC_RFP_0386-0401

SPC_RFP_0402-0413

SPC_RFP_0414-0424

SPC_RFP_0425-0438

SPC_RFP_0439-0449

SPC_RFP_0450-0463

SPC_RFP_0464-0475

SPC_RFP_0476-0487

SPC_RFP_0488-0499

SPC_RFP_0500-0511

SPC_RFP_0512-0523

SPC_RFP_0524-0537

SPC_RFP_0538-0539

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 3:**

**ALL DOCUMENTS** RELATING TO spills of HAZARDOUS MATERIALS, INDUSTRIAL MATERIALS or INDUSTRIAL CHEMICALS which have occurred at YOUR FACILITY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

Defendant objects to this Request as it seeks documents equally available to Plaintiff. Defendant also objects to the definitions of HAZARDOUS MATERIALS,

DEFENDANT'S REVISED RESPONSES  9
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

INDUSTRIAL MATERIALS and INDUSTRIAL CHEMICALS as overbroad and misrepresentative of PERMIT requirements. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0001-0024
SPC_RFP_0025-0072
SPC_RFP_0075-0080
SPC_RFP_0081-0086
SPC_RFP_0538-0539
SPC_RFP_0540-0588
SPC_RFP_0589-0637
SPC_RFP_0638-0686
SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 4:**

**ALL DOCUMENTS** RELATING TO or identifying all NON-STORM WATER DISCHARGES which have occurred at YOUR FACILITY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Defendant further objects to this request on the ground that it contains no specified time period and is therefore overbroad and burdensome. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce all non-privileged documents within its possession, custody or control related to this Request.

SPC_RFP_0001-0024
SPC_RFP_0025 -0072
SPC_RFP_0075-0080

DEFENDANT'S REVISED RESPONSES 10
TO RFPD – SET ONE                                      Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0538-0539

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 5:**

**ALL DOCUMENTS** RELATING TO or identifying all INDUSTRIAL MATERIALS AND/OR HAZARDOUS MATERIALS delivered to, stored, handled or otherwise utilized at YOUR FACILITY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

Defendant objects to this Request as overly broad and seeks information equally available to Plaintiff. Defendant objects to the definitions of HAZARDOUS MATERIALS and INDUSTRIAL MATERIALS as overbroad and misrepresentative of PERMIT requirements. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0025 -0072

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 6:**

**ALL DOCUMENTS** RELATING TO or identifying all INDUSTRIAL CHEMICALS delivered to, stored, handled or otherwise utilized at YOUR FACILITY.

DEFENDANT'S REVISED RESPONSES 11
TO RFPD – SET ONE                                  Case No.:2:25-cv-00078-WBS-CSK

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

Defendant objects to this Request as overly broad and seeks information equally available to Plaintiff.  Defendant objects to the definition of CHEMICALS as overbroad and misrepresentative of PERMIT requirements. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0025 -0072

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 7:**

**ALL DOCUMENTS** RELATING TO or identifying all INDUSTRIAL ACTIVITIES and INDUSTRIAL PROCESSES occurring at YOUR FACILITY, including the specific location(s) in which the INDUSTRIAL ACTIVITIES occur.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

Defendant objects to this Request as overly broad. Defendant objects to the definitions of INDUSTRIAL ACTIVITIES and INDUSTRIAL PROCESSES as overbroad and misrepresentative of Permit requirements. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0025 -0072

SPC_RFP_0075-0080

SPC_RFP_0081-0086

DEFENDANT'S REVISED RESPONSES 12
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0087-0089

SPC_RFP_0223

SPC_RFP_0224-0225

SPC_RFP_0226

SPC_RFP_0227

SPC_RFP_0228

SPC_RFP_0229

SPC_RFP_0538-0539

**DOCUMENT REQUEST NO. 8:**

**ALL DOCUMENTS** RELATING TO all COMMUNICATIONS between YOU, or anyone acting on YOUR behalf, and any environmental consultant, contractor, architect, engineer, geologist, hydrogeologist or other environmental professional RELATING TO YOUR FACILITY, regardless of whether the individual or entity was actually retained by YOU, including but not limited to letters, memos, scheduling records, emails, photographs, texts, draft and final reports, draft and final contracts, inspections, opinions, FACILITY evaluations, drainage plans, notes, drawings, diagrams, permits, plans, invoices, maps, and any other documents or records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

Defendant objects to this Request as overly broad. Defendant objects to this Request on the ground that it contains no specified time period and is therefore overbroad and burdensome. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit. Finally, Defendant objects to this Request because it seeks information that is protected by attorney-client privilege and the work-product doctrine. Defendant objects to this Request because it seeks information from third parties and information not within its possession, custody,

DEFENDANT'S REVISED RESPONSES 13
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

or control. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0025-0072

SPC_RFP_0073-0074

SPC_RFP_0075-0080

SPC_RFP_0230-0240

SPC_RFP_0241-0252

SPC_RFP_0253-0263

SPC_RFP_0264-0276

SPC_RFP_0277-0288

SPC_RFP_0289-0300

SPC_RFP_0301-0311

SPC_RFP_0312-0325

SPC_RFP_0326-0337

SPC_RFP_0338-0349

SPC_RFP_0350-0361

SPC_RFP_0362-0373

SPC_RFP_0374-0385

SPC_RFP_0386-0401

SPC_RFP_0402-0413

SPC_RFP_0414-0424

SPC_RFP_0425-0438

SPC_RFP_0439-0449

SPC_RFP_0450-0463

SPC_RFP_0464-0475

SPC_RFP_0476-0487

SPC_RFP_0488-0499

SPC_RFP_0500-0511

DEFENDANT'S REVISED RESPONSES 14
TO RFPD – SET ONE                              Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0512-0523

SPC_RFP_0524-0537

SPC_RFP_0538-0539

**DOCUMENT REQUEST NO. 9:**

**ALL DOCUMENTS** RELATING TO any environmental consultant, engineer, geologist, hydrogeologist or other environmental professional retained by YOU, or anyone acting on YOUR behalf, to conduct an environmental or regulatory compliance evaluation at YOUR FACILITY,  including but not limited to letters, memos, scheduling records, emails, draft and final contracts, photographs, texts, draft and final reports, inspections, opinions, drainage plans, notes, drawings, diagrams, permits, plans, invoices, maps, and any other documents or records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

Defendant objects to this Request on the ground that it contains no specified time period and is therefore overbroad and burdensome. Defendant objects to this Request because it seeks information from third parties and information not within its possession, custody, or control. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Defendant further objects to this Request because it seeks information that is protected by attorney-client privilege and the work-product doctrine. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0025-0072

SPC_RFP_0073-0074

SPC_RFP_0075-0080

SPC_RFP_0230-0240

SPC_RFP_0241-0252

SPC_RFP_0253-0263

SPC_RFP_0264-0276

SPC_RFP_0277-0288

SPC_RFP_0289-0300

SPC_RFP_0301-0311

SPC_RFP_0312-0325

SPC_RFP_0326-0337

SPC_RFP_0338-0349

SPC_RFP_0350-0361

SPC_RFP_0362-0373

SPC_RFP_0374-0385

SPC_RFP_0386-0401

SPC_RFP_0402-0413

SPC_RFP_0414-0424

SPC_RFP_0425-0438

SPC_RFP_0439-0449

SPC_RFP_0450-0463

SPC_RFP_0464-0475

SPC_RFP_0476-0487

SPC_RFP_0488-0499

SPC_RFP_0500-0511

SPC_RFP_0512-0523

SPC_RFP_0524-0537

SPC_RFP_0538-0539

**DOCUMENT REQUEST NO. 10:**

**ALL DOCUMENTS** RELATING TO any environmental consultant, engineer, geologist, hydrogeologist or other environmental professional retained by YOU, or anyone acting on your behalf, to perform environmental, GENERAL PERMIT or

DEFENDANT'S REVISED RESPONSES 16
TO RFPD – SET ONE                    Case No.:2:25-cv-00078-WBS-CSK

regulatory compliance services at YOUR FACILITY,  including but not limited to letters, memos, scheduling records, emails, draft and final contracts, photographs, texts, draft and final reports, inspections, opinions, drainage plans, notes, drawings, diagrams, permits, plans, invoices, maps, and any other documents or records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

Defendant objects to this Request on the ground that it contains no specified time period and is therefore overbroad and burdensome. Defendant further objects to this Request because it seeks information that is protected by attorney-client privilege and the work-product doctrine. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Defendant objects to this Request because it seeks information from third parties and information not within its possession, custody, or control. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0025-0072

SPC_RFP_0073-0074

SPC_RFP_0075-0080

SPC_RFP_0230-0240

SPC_RFP_0241-0252

SPC_RFP_0253-0263

SPC_RFP_0264-0276

SPC_RFP_0277-0288

SPC_RFP_0289-0300

SPC_RFP_0301-0311

SPC_RFP_0312-0325

SPC_RFP_0326-0337

SPC_RFP_0338-0349

SPC_RFP_0350-0361

SPC_RFP_0362-0373

SPC_RFP_0374-0385

SPC_RFP_0386-0401

SPC_RFP_0402-0413

SPC_RFP_0414-0424

SPC_RFP_0425-0438

SPC_RFP_0439-0449

SPC_RFP_0450-0463

SPC_RFP_0464-0475

SPC_RFP_0476-0487

SPC_RFP_0488-0499

SPC_RFP_0500-0511

SPC_RFP_0512-0523

SPC_RFP_0524-0537

SPC_RFP_0538-0539

**DOCUMENT REQUEST NO. 11:**

**ALL DOCUMENTS** RELATING TO any services provided by any environmental consultant, engineer, geologist, hydrogeologist or other environmental professional at YOUR FACILITY,  including but not limited to letters, memos, scheduling records, emails, draft and final contracts, photographs, texts, draft and final reports, inspections, opinions, drainage plans, notes, drawings, diagrams, permits, plans, invoices, maps, and any other documents or records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

Defendant objects to this Request on the ground that it contains no specified time period and is therefore overbroad and burdensome.  Defendant objects to this Request because it seeks information that is protected by attorney-client privilege and the work-product doctrine. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.

DEFENDANT'S REVISED RESPONSES 18
TO RFPD – SET ONE                              Case No.:2:25-cv-00078-WBS-CSK

Defendant objects to this Request because it seeks information from third parties and information not within its possession, custody, or control. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0025-0072

SPC_RFP_0073-0074

SPC_RFP_0075-0080

SPC_RFP_0230-0240

SPC_RFP_0241-0252

SPC_RFP_0253-0263

SPC_RFP_0264-0276

SPC_RFP_0277-0288

SPC_RFP_0289-0300

SPC_RFP_0301-0311

SPC_RFP_0312-0325

SPC_RFP_0326-0337

SPC_RFP_0338-0349

SPC_RFP_0350-0361

SPC_RFP_0362-0373

SPC_RFP_0374-0385

SPC_RFP_0386-0401

SPC_RFP_0402-0413

SPC_RFP_0414-0424

SPC_RFP_0425-0438

SPC_RFP_0439-0449

SPC_RFP_0450-0463

SPC_RFP_0464-0475

SPC_RFP_0476-0487

SPC_RFP_0488-0499

SPC_RFP_0500-0511

SPC_RFP_0512-0523

SPC_RFP_0524-0537

SPC_RFP_0538-0539

**DOCUMENT REQUEST NO. 12:**

**ALL DOCUMENTS** referencing YOUR procedures for washing industrial vehicles at YOUR FACILITY.

**RESPONSE FOR REQUEST FOR PRODUCTION NO. 12:**

Defendant further objects to this Request on the ground that it is overly broad. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0075-0080

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 13:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING outdoor storage of any materials occurring at YOUR FACILITY.

**RESPONSE FOR REQUEST FOR PRODUCTION NO. 13:**

Defendant objects to this Request as overly broad and vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property

DEFENDANT'S REVISED RESPONSES 20
TO RFPD – SET ONE                                Case No.:2:25-cv-00078-WBS-CSK

not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0025-0072

SPC_RFP_0223

SPC_RFP_0224-0225

SPC_RFP_0226

SPC_RFP_0227

SPC_RFP_0228

SPC_RFP_0229

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 14:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING outdoor storage of equipment occurring at YOUR FACILITY.

**RESPONSE FOR REQUEST FOR PRODUCTION NO. 14:**

Defendant objects to this Request as overly broad, and vague as to the term "equipment." Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0025-0072

SPC_RFP_0223

SPC_RFP_0224-0225

SPC_RFP_0226

DEFENDANT'S REVISED RESPONSES 21
TO RFPD – SET ONE                                Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0227

SPC_RFP_0228

SPC_RFP_0229

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745


**DOCUMENT REQUEST NO. 15:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING outdoor storage of scrap or waste materials occurring at YOUR FACILITY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

Defendant objects to this Request as overly broad and vague as to the terms "scrap or waste materials." Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.


SPC_RFP_0025-0072

SPC_RFP_0223

SPC_RFP_0224-0225

SPC_RFP_0226

SPC_RFP_0227

SPC_RFP_0228

SPC_RFP_0229

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

DEFENDANT'S REVISED RESPONSES 22
TO RFPD – SET ONE                                        Case No.:2:25-cv-00078-WBS-CSK

**DOCUMENT REQUEST NO. 16:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING outdoor storage of metal materials occurring at YOUR FACILITY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

Defendant objects to this Request as overly broad.  Defendant objects to the term "metal materials" as vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0025-0072

SPC_RFP_0223

SPC_RFP_0224-0225

SPC_RFP_0226

SPC_RFP_0227

SPC_RFP_0228

SPC_RFP_0229

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 17:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING YOUR regular business operating hours.

DEFENDANT'S REVISED RESPONSES 23
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

Defendant objects to this Request as overly broad.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.


SPC_RFP_0025-0072

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745


**DOCUMENT REQUEST NO. 18:**

**ALL DOCUMENTS** RELATING TO any STORM WATER SAMPLES collected at YOUR FACILITY, including but not limited to STORM WATER SAMPLE analyses and/or laboratory reports.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

Defendant objects to this Request as overly broad.  Defendant objects because it seeks information that is publicly available or a matter of public record and equally available to Plaintiff. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Defendant objects to this Request because it seeks information from third parties and information not within its possession, custody, or control. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.


SPC_RFP_0025-0072

SPC_RFP_0075-0080

SPC_RFP_0081-0086

SPC_RFP_0087-0089

SPC_RFP_0090-0095

DEFENDANT'S REVISED RESPONSES 24
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0096-0098

SPC_RFP_0099-0101

SPC_RFP_0102-0104

SPC_RFP_0105-0110

SPC_RFP_0111-0113

SPC_RFP_0114-0119

SPC_RFP_0120-0125

SPC_RFP_0126-0128

SPC_RFP_0129-0131

SPC_RFP_0132-0134

SPC_RFP_0135-0137

SPC_RFP_0138-0140

SPC_RFP_0141-0146

SPC_RFP_0147-0152

SPC_RFP_0153-0155

SPC_RFP_0156-0158

SPC_RFP_0159-0161

SPC_RFP_0162-0164

SPC_RFP_0165-0170

SPC_RFP_0171-0173

SPC_RFP_0174-0176

SPC_RFP_0177-0179

SPC_RFP_0180-0182

SPC_RFP_0183-0185

SPC_RFP_0186-0188

SPC_RFP_0189-0194

SPC_RFP_0195-0197

SPC_RFP_0198-0200

SPC_RFP_0201-0206

DEFENDANT'S REVISED RESPONSES 25
TO RFPD – SET ONE                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0207-0209

SPC_RFP_0210-0212

SPC_RFP_0213-0215

SPC_RFP_0216-0218

SPC_RFP_0219-0221

 SPC_RFP_0223

SPC_RFP_0224-0225

SPC_RFP_0226

SPC_RFP_0227

SPC_RFP_0228

SPC_RFP_0229

SPC_RFP_0230-0240

SPC_RFP_0241-0252

SPC_RFP_0253-0263

SPC_RFP_0264-0276

SPC_RFP_0277-0288

SPC_RFP_0289-0300

SPC_RFP_0301-0311

SPC_RFP_0312-0325

SPC_RFP_0326-0337

SPC_RFP_0338-0349

SPC_RFP_0350-0361

SPC_RFP_0362-0373

SPC_RFP_0374-0385

SPC_RFP_0386-0401

SPC_RFP_0402-0413

SPC_RFP_0414-0424

SPC_RFP_0425-0438

SPC_RFP_0439-0449

DEFENDANT'S REVISED RESPONSES 26
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0450-0463

SPC_RFP_0464-0475

SPC_RFP_0476-0487

SPC_RFP_0488-0499

SPC_RFP_0500-0511

SPC_RFP_0512-0523

SPC_RFP_0524-0537

SPC_RFP_0538-0539

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

## DOCUMENT REQUEST NO. 19:

**ALL DOCUMENTS** referencing all COMMUNICATIONS between YOU, or anyone acting on YOUR behalf, and any laboratory regarding analyzing STORM WATER SAMPLES collected from YOUR FACILITY.

## RESPONSE TO REQUEST FOR PRODUCTION ON. 19:

Defendant objects to this Request as overly broad and vague as to timeframe. Defendant objects to this Request because it seeks information from third parties and information not within its possession, custody, or control. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0025-0072

SPC_RFP_0075-0080

DEFENDANT'S REVISED RESPONSES 27
TO RFPD – SET ONE                                     Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0081-0086

SPC_RFP_0087-0089

SPC_RFP_0090-0095

SPC_RFP_0096-0098

SPC_RFP_0099-0101

SPC_RFP_0102-0104

SPC_RFP_0105-0110

SPC_RFP_0111-0113

SPC_RFP_0114-0119

SPC_RFP_0120-0125

SPC_RFP_0126-0128

SPC_RFP_0129-0131

SPC_RFP_0132-0134

SPC_RFP_0135-0137

SPC_RFP_0138-0140

SPC_RFP_0141-0146

SPC_RFP_0147-0152

SPC_RFP_0153-0155

SPC_RFP_0156-0158

SPC_RFP_0159-0161

SPC_RFP_0162-0164

SPC_RFP_0165-0170

SPC_RFP_0171-0173

SPC_RFP_0174-0176

SPC_RFP_0177-0179

SPC_RFP_0180-0182

SPC_RFP_0183-0185

SPC_RFP_0186-0188

SPC_RFP_0189-0194

SPC_RFP_0195-0197

SPC_RFP_0198-0200

SPC_RFP_0201-0206

SPC_RFP_0207-0209

SPC_RFP_0210-0212

SPC_RFP_0213-0215

SPC_RFP_0216-0218

SPC_RFP_0219-0221

SPC_RFP_0223

SPC_RFP_0224-0225

SPC_RFP_0226

SPC_RFP_0227

SPC_RFP_0228

SPC_RFP_0229

SPC_RFP_0230-0240

SPC_RFP_0241-0252

SPC_RFP_0253-0263

SPC_RFP_0264-0276

SPC_RFP_0277-0288

SPC_RFP_0289-0300

SPC_RFP_0301-0311

SPC_RFP_0312-0325

SPC_RFP_0326-0337

SPC_RFP_0338-0349

SPC_RFP_0350-0361

SPC_RFP_0362-0373

SPC_RFP_0374-0385

SPC_RFP_0386-0401

SPC_RFP_0402-0413

SPC_RFP_0414-0424

SPC_RFP_0425-0438

SPC_RFP_0439-0449

SPC_RFP_0450-0463

SPC_RFP_0464-0475

SPC_RFP_0476-0487

SPC_RFP_0488-0499

SPC_RFP_0500-0511

SPC_RFP_0512-0523

SPC_RFP_0524-0537

SPC_RFP_0538-0539

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 20:**

**ALL DOCUMENTS** referencing all COMMUNICATIONS between YOU, YOUR consultants, YOUR contractors, or anyone acting on YOUR behalf, and any employee or staff member of the Central Valley Regional Water Quality Control Board related to YOUR FACILITY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

Defendant objects to this Request because it seeks information from third parties and information not within its possession, custody, or control. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

DEFENDANT'S REVISED RESPONSES 30
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0073-0074

SPC_RFP_0075-0080


**DOCUMENT REQUEST NO. 21:**

ALL DOCUMENTS RELATING TO any city, state, federal or private inspections, site evaluations or investigations into any matters related to YOUR FACILITY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

Defendant objects to this Request as overly broad.  Defendant objects to this Request because it seeks information from third parties and information not within its possession, custody, or control. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.


SPC_RFP_0001-0024

SPC_RFP_0025-0072

SPC_RFP_0075-0080

SPC_RFP_0081-0086

SPC_RFP_0087-0089

SPC_RFP_0090-0095

SPC_RFP_0096-0098

SPC_RFP_0099-0101

SPC_RFP_0102-0104

SPC_RFP_0105-0110

SPC_RFP_0111-0113

SPC_RFP_0114-0119

SPC_RFP_0120-0125

SPC_RFP_0126-0128

DEFENDANT'S REVISED RESPONSES 31
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0129-0131

SPC_RFP_0132-0134

SPC_RFP_0135-0137

SPC_RFP_0138-0140

SPC_RFP_0141-0146

SPC_RFP_0147-0152

SPC_RFP_0153-0155

SPC_RFP_0156-0158

SPC_RFP_0159-0161

SPC_RFP_0162-0164

SPC_RFP_0165-0170

SPC_RFP_0171-0173

SPC_RFP_0174-0176

SPC_RFP_0177-0179

SPC_RFP_0180-0182

SPC_RFP_0183-0185

SPC_RFP_0186-0188

SPC_RFP_0189-0194

SPC_RFP_0195-0197

SPC_RFP_0198-0200

SPC_RFP_0201-0206

SPC_RFP_0207-0209

SPC_RFP_0210-0212

SPC_RFP_0213-0215

SPC_RFP_0216-0218

SPC_RFP_0219-0221

SPC_RFP_0223

SPC_RFP_0224-0225

SPC_RFP_0226

SPC_RFP_0227

SPC_RFP_0228

SPC_RFP_0229

SPC_RFP_0230-0240

SPC_RFP_0241-0252

SPC_RFP_0253-0263

SPC_RFP_0264-0276

SPC_RFP_0277-0288

SPC_RFP_0289-0300

SPC_RFP_0301-0311

SPC_RFP_0312-0325

SPC_RFP_0326-0337

SPC_RFP_0338-0349

SPC_RFP_0350-0361

SPC_RFP_0362-0373

SPC_RFP_0374-0385

SPC_RFP_0386-0401

SPC_RFP_0402-0413

SPC_RFP_0414-0424

SPC_RFP_0425-0438

SPC_RFP_0439-0449

SPC_RFP_0450-0463

SPC_RFP_0464-0475

SPC_RFP_0476-0487

SPC_RFP_0488-0499

SPC_RFP_0500-0511

SPC_RFP_0512-0523

SPC_RFP_0524-0537

SPC_RFP_0538-0539

DEFENDANT'S REVISED RESPONSES 33
TO RFPD – SET ONE                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745


**DOCUMENT REQUEST NO. 22:**

**ALL DOCUMENTS** RELATING TO environmental compliance, GENERAL PERMIT and/or STORM WATER training of personnel occurring at YOUR FACILITY, including training logs and training materials.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

Defendant objects to this Request as overly broad. Defendant further objects to this Request because it seeks information that is protected by attorney-client privilege and the work-product doctrine. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit. Defendant objects to this Request because it seeks information from third parties and information not within its possession, custody, or control. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745


**DOCUMENT REQUEST NO. 23:**

**ALL DOCUMENTS** RELATING TO all minimum and advanced STORM WATER BEST MANAGEMENT PRACTICES utilized by YOU, OR ANYONE ACTING ON YOUR BEHALF, which have been implemented at YOUR FACILITY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

DEFENDANT'S REVISED RESPONSES 34
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

Defendant objects to this Request as overly broad. Defendant further objects to this Request because it seeks information that is protected by attorney-client privilege and the work-product doctrine. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0001-0024

SPC_RFP_0025-0072

SPC_RFP_0075-0080

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 24:**

**ALL DOCUMENTS** RELATING TO GENERAL PERMIT compliance by YOU, or anyone acting on your behalf at YOUR FACILITY, including but not limited to GENERAL PERMIT applications, Notices of Violation or Non Compliance from the Regional Water Board, Stormwater Pollution Prevention Plans, Site Maps, Invoices related to minimum or advanced BEST MANAGEMENT PRACTICE implementation costs, Annual Reports, FACILITY inspection reports, FACILITY Evaluation Reports, Visual Inspections, correspondence or emails from or to the Central Valley Regional Water Quality Control Board or State Water Resources Control Board, Environmental Reports and/or Exceedance Response Action Reports.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

Defendant objects to this Request as overly broad.  Defendant objects to this Request because it seeks information from third parties and information not within its possession, custody, or control. Defendant objects to the definition of FACILITY as

DEFENDANT'S REVISED RESPONSES 35
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0001-0024

SPC_RFP_0025-0072

SPC_RFP_0073-0075

SPC_RFP_0075-0080

SPC_RFP_0081-0086

SPC_RFP_0087-0089

SPC_RFP_0090-0095

SPC_RFP_0096-0098

SPC_RFP_0099-0101

SPC_RFP_0102-0104

SPC_RFP_0105-0110

SPC_RFP_0111-0113

SPC_RFP_0114-0119

SPC_RFP_0120-0125

SPC_RFP_0126-0128

SPC_RFP_0129-0131

SPC_RFP_0132-0134

SPC_RFP_0135-0137

SPC_RFP_0138-0140

SPC_RFP_0141-0146

SPC_RFP_0147-0152

SPC_RFP_0153-0155

SPC_RFP_0156-0158

SPC_RFP_0159-0161

SPC_RFP_0162-0164

DEFENDANT'S REVISED RESPONSES 36
TO RFPD – SET ONE                                  Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0165-0170

SPC_RFP_0171-0173

SPC_RFP_0174-0176

SPC_RFP_0177-0179

SPC_RFP_0180-0182

SPC_RFP_0183-0185

SPC_RFP_0186-0188

SPC_RFP_0189-0194

SPC_RFP_0195-0197

SPC_RFP_0198-0200

SPC_RFP_0201-0206

SPC_RFP_0207-0209

SPC_RFP_0210-0212

SPC_RFP_0213-0215

SPC_RFP_0216-0218

SPC_RFP_0219-0221

SPC_RFP_0223

SPC_RFP_0224-0225

SPC_RFP_0226

SPC_RFP_0227

SPC_RFP_0228

SPC_RFP_0229

SPC_RFP_0230-0240

SPC_RFP_0241-0252

SPC_RFP_0253-0263

SPC_RFP_0264-0276

SPC_RFP_0277-0288

SPC_RFP_0289-0300

SPC_RFP_0301-0311

DEFENDANT'S REVISED RESPONSES 37
TO RFPD – SET ONE                                        Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0312-0325

SPC_RFP_0326-0337

SPC_RFP_0338-0349

SPC_RFP_0350-0361

SPC_RFP_0362-0373

SPC_RFP_0374-0385

SPC_RFP_0386-0401

SPC_RFP_0402-0413

SPC_RFP_0414-0424

SPC_RFP_0425-0438

SPC_RFP_0439-0449

SPC_RFP_0450-0463

SPC_RFP_0464-0475

SPC_RFP_0476-0487

SPC_RFP_0488-0499

SPC_RFP_0500-0511

SPC_RFP_0512-0523

SPC_RFP_0524-0537

SPC_RFP_0538-0539

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 25:**

**ALL DOCUMENTS** RELATING TO YOUR environmental compliance policies.

**RESPONSE TO REQUEST NO. 25:**

Defendant objects to this Request as overly broad and vague as to time. Defendant further objects to this Request because it seeks information that is protected by attorney-

DEFENDANT'S REVISED RESPONSES 38
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

client privilege and the work-product doctrine. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 26:**

**ALL DOCUMENTS** RELATING TO environmental compliance training of YOUR employees conducted by YOU, YOUR consultants, or anyone acting on your behalf.

**RESPONSE TO REQUEST NO. 26:**

Defendant objects to this Request as overly broad and vague as to time. Defendant objects to this Request because it seeks information from third parties and information not within its possession, custody, or control. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 27:**

**ALL DOCUMENTS** RELATING TO all prior legal and/or administrative proceedings or actions instituted against YOU relating to environmental regulations or compliance or in which YOU were a party.

DEFENDANT'S REVISED RESPONSES 39
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

**RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

Defendant objects to this Request because it seeks information from third parties and information not within its possession, custody, or control. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

No responsive documents found.


**DOCUMENT REQUEST NO. 28:**

**ALL DOCUMENTS** RELATING TO any environmental or regulatory compliance inspections conducted of YOUR FACILITY by any individual, environmental consultant or staff member/employee of any local, county, state or federal government agency.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

Defendant objects to this Request because it seeks information from third parties and information not within its possession, custody, or control. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.    Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.


SPC_RFP_0025-0072

SPC_RFP_0073-0074

SPC_RFP_0075-0080

SPC_RFP_0230-0240

SPC_RFP_0241-0252

SPC_RFP_0253-0263

SPC_RFP_0264-0276

SPC_RFP_0277-0288

SPC_RFP_0289-0300

SPC_RFP_0301-0311

SPC_RFP_0312-0325

SPC_RFP_0326-0337

SPC_RFP_0338-0349

SPC_RFP_0350-0361

SPC_RFP_0362-0373

SPC_RFP_0374-0385

SPC_RFP_0386-0401

SPC_RFP_0402-0413

SPC_RFP_0414-0424

SPC_RFP_0425-0438

SPC_RFP_0439-0449

SPC_RFP_0450-0463

SPC_RFP_0464-0475

SPC_RFP_0476-0487

SPC_RFP_0488-0499

SPC_RFP_0500-0511

SPC_RFP_0512-0523

SPC_RFP_0524-0537

SPC_RFP_0538-0539

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 29:**

**ALL DOCUMENTS** RELATING TO all ANNUAL COMPREHENSIVE FACILITY
COMPLIANCE EVALUATIONS conducted by YOU, YOUR consultants, or anyone
acting on your behalf, of YOUR FACILITY.

**RESPONSE TO REQUEST NO. 29:**

DEFENDANT'S REVISED RESPONSES 41
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

Defendant objects to this Request as overly broad and vague, and equally available to Plaintiff. Defendant further objects to this Request because it seeks information that is protected by attorney-client privilege and the work-product doctrine. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0025-0072

SPC_RFP_0081-0086

SPC_RFP_0090-0095

SPC_RFP_0105-0110

SPC_RFP_0114-0119

SPC_RFP_0120-0125

SPC_RFP_0141-0146

SPC_RFP_0147-0152

SPC_RFP_0165-0170

SPC_RFP_0189-0194

SPC_RFP_0201-0205

SPC_RFP_0222

**DOCUMENT REQUEST NO. 30:**

**ALL DOCUMENTS** RELATING TO all city, state, federal or regulatory enforcement actions or notices of violation issued to YOU RELATING TO YOUR FACILITY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

Defendant objects to this Request as overly broad and vague, and equally available to Plaintiff. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject

DEFENDANT'S REVISED RESPONSES 42
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

No responsive documents found.

**DOCUMENT REQUEST NO. 31:**

**ALL DOCUMENTS** RELATING TO or referencing the physical property boundaries of YOUR FACILITY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

Defendant objects to this Request as overly broad and vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.   Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0025-0072

SPC_RFP_0223

SPC_RFP_0224-0225

SPC_RFP_0226

SPC_RFP_0227

SPC_RFP_0228

SPC_RFP_0229

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 32:**

**ALL DOCUMENTS** RELATING TO or referencing the underground STORM WATER conveyance system at YOUR FACILITY, including but not limited to blueprints, diagrams, architectural drawings, "as built" plans; documents, diagrams, plans

and permits provided to the City of Lodi or County of San Joaquin, or any other document which depicts the exact locations of all storm drain inlets at YOUR FACILITY, the exact locations of all underground pipes located at YOUR FACILITY, and the manner in which the underground piping system is connected.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

Defendant objects to this Request as overly broad and vague, and requests documents equally available to Plaintiff. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0025-0072
SPC_RFP_0223
SPC_RFP_0224-0225
SPC_RFP_0226
SPC_RFP_0227
SPC_RFP_0228
SPC_RFP_0229
SPC_RFP_0540-0588
SPC_RFP_0589-0637
SPC_RFP_0638-0686
SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 33:**

**ALL DOCUMENTS** RELATING TO or referencing the cooling tower located at YOUR FACILITY, including diagrams, blueprints, manuals, installation guides, maintenance guides, maintenance records, invoices for installation services, invoices for maintenance services, plans, permits, and any other document RELATING TO YOUR cooling tower.

DEFENDANT'S REVISED RESPONSES 44
TO RFPD – SET ONE                              Case No.:2:25-cv-00078-WBS-CSK

**RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

Defendant objects to this Request as overly broad. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.   Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0229

**DOCUMENT REQUEST NO. 34:**

**ALL DOCUMENTS** RELATING TO or referencing STORM WATER drainage and/or flow at YOUR FACILITY, both on-site and off-site.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

Defendant objects to this Request as overly broad and requests documents that are equally available to Plaintiff.  Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0025-0072

SPC_RFP_0075-0080

SPC_RFP_0223

SPC_RFP_0224-0225

SPC_RFP_0226

SPC_RFP_0227

SPC_RFP_0228

SPC_RFP_0229

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

DEFENDANT'S REVISED RESPONSES 45
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 35:**

ALL DOCUMENTS RELATING TO or referencing STORM WATER SAMPLING locations or outfalls at YOUR FACILITY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

Defendant objects to this Request as overly broad and requests documents equally available to Plaintiff. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0001-0024
SPC_RFP_0025-0072
SPC_RFP_0075-0080
SPC_RFP_0081-0086
SPC_RFP_0087-0089
SPC_RFP_0090-0095
SPC_RFP_0096-0098
SPC_RFP_0099-0101
SPC_RFP_0102-0104
SPC_RFP_0105-0110
SPC_RFP_0111-0113
SPC_RFP_0114-0119
SPC_RFP_0120-0125
SPC_RFP_0126-0128
SPC_RFP_0129-0131
SPC_RFP_0132-0134
SPC_RFP_0135-0137

SPC_RFP_0138-0140

SPC_RFP_0141-0146

SPC_RFP_0147-0152

SPC_RFP_0153-0155

SPC_RFP_0156-0158

SPC_RFP_0159-0161

SPC_RFP_0162-0164

SPC_RFP_0165-0170

SPC_RFP_0171-0173

SPC_RFP_0174-0176

SPC_RFP_0177-0179

SPC_RFP_0180-0182

SPC_RFP_0183-0185

SPC_RFP_0186-0188

SPC_RFP_0189-0194

SPC_RFP_0195-0197

SPC_RFP_0198-0200

SPC_RFP_0201-0206

SPC_RFP_0207-0209

SPC_RFP_0210-0212

SPC_RFP_0213-0215

SPC_RFP_0216-0218

SPC_RFP_0219-0221

SPC_RFP_0223

SPC_RFP_0224-0225

SPC_RFP_0226

SPC_RFP_0227

SPC_RFP_0228

SPC_RFP_0229

DEFENDANT'S REVISED RESPONSES 47
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0230-0240

SPC_RFP_0241-0252

SPC_RFP_0253-0263

SPC_RFP_0264-0276

SPC_RFP_0277-0288

SPC_RFP_0289-0300

SPC_RFP_0301-0311

SPC_RFP_0312-0325

SPC_RFP_0326-0337

SPC_RFP_0338-0349

SPC_RFP_0350-0361

SPC_RFP_0362-0373

SPC_RFP_0374-0385

SPC_RFP_0386-0401

SPC_RFP_0402-0413

SPC_RFP_0414-0424

SPC_RFP_0425-0438

SPC_RFP_0439-0449

SPC_RFP_0450-0463

SPC_RFP_0464-0475

SPC_RFP_0476-0487

SPC_RFP_0488-0499

SPC_RFP_0500-0511

SPC_RFP_0512-0523

SPC_RFP_0524-0537

SPC_RFP_0538-0539

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

DEFENDANT'S REVISED RESPONSES 48
TO RFPD – SET ONE                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 36:**

**ALL DOCUMENTS** RELATING TO or referencing the boiler located at YOUR FACILITY, including diagrams, blueprints, manuals, installation guides, maintenance guides, maintenance records, invoices for installation services, invoices for maintenance services, plans, permits, and any other document RELATING TO YOUR boiler.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

Defendant objects to this Request as overly broad. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0229

**DOCUMENT REQUEST NO. 37:**

**ALL DOCUMENTS** RELATING TO or referencing the electrical rooms located at YOUR FACILITY, including diagrams, blueprints, manuals, installation guides, maintenance guides, maintenance records, invoices for installation services, invoices for maintenance services, plans, permits, and any other document RELATING TO YOUR electrical rooms.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

Defendant objects to this Request as overly broad. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0229

DEFENDANT'S REVISED RESPONSES 49
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

**DOCUMENT REQUEST NO. 38:**

ALL DOCUMENTS RELATING TO the tankers parked at YOUR FACILITY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

Defendant objects to this Request as overly broad. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0075-0080

**DOCUMENT REQUEST NO. 39:**

ALL DOCUMENTS RELATING TO or referencing any HAZARDOUS MATERIAL BUSINESS PLAN YOU have developed or implemented at YOUR FACILITY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

Defendant objects to this Request as overly broad and vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0540-0588
SPC_RFP_0589-0637
SPC_RFP_0638-0686
SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 40:**

ALL DOCUMENTS RELATING TO or referencing the manner in which YOU, or anyone acting on YOUR behalf, maintain housekeeping BEST MANAGEMENT PRACTICES at YOUR FACILITY.

DEFENDANT'S REVISED RESPONSES 50
TO RFPD – SET ONE                                     Case No.:2:25-cv-00078-WBS-CSK

**RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

Defendant objects to this Request as overly broad and vague, and requests documents equally available to Plaintiff. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0025-0072

SPC_RFP_0075-0080

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 41:**

**ALL DOCUMENTS** RELATING TO or referencing the spill and leak prevention and clean up policies and practices at YOUR FACILITY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

Defendant objects to this Request as overly broad and vague, and requests documents equally available to Plaintiff. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0001-0024

SPC_RFP_0025-0072

SPC_RFP_0075-0080

SPC_RFP_0540-0588

SPC_RFP_0589-0637

DEFENDANT'S REVISED RESPONSES 51
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0638-0686

SPC_RFP_0687-0745


**DOCUMENT REQUEST NO. 42:**

**ALL DOCUMENTS** RELATING TO or referencing the manner in which YOU, OR ANYONE ACTING ON YOUR BEHALF, conduct field sampling of the pH levels contained in STORM WATER SAMPLES collected at YOUR FACILITY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

Defendant objects to this Request as overly broad and vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0001-0024

SPC_RFP_0025-0072

SPC_RFP_0075-0080

SPC_RFP_0081-0086

SPC_RFP_0087-0089

SPC_RFP_0090-0095

SPC_RFP_0096-0098

SPC_RFP_0099-0101

SPC_RFP_0102-0104

SPC_RFP_0105-0110

SPC_RFP_0111-0113

SPC_RFP_0114-0119

SPC_RFP_0120-0125

SPC_RFP_0126-0128

SPC_RFP_0129-0131

SPC_RFP_0132-0134

SPC_RFP_0135-0137

SPC_RFP_0138-0140

SPC_RFP_0141-0146

SPC_RFP_0147-0152

SPC_RFP_0153-0155

SPC_RFP_0156-0158

SPC_RFP_0159-0161

SPC_RFP_0162-0164

SPC_RFP_0165-0170

SPC_RFP_0171-0173

SPC_RFP_0174-0176

SPC_RFP_0177-0179

SPC_RFP_0180-0182

SPC_RFP_0183-0185

SPC_RFP_0186-0188

SPC_RFP_0189-0194

SPC_RFP_0195-0197

SPC_RFP_0198-0200

SPC_RFP_0201-0206

SPC_RFP_0207-0209

SPC_RFP_0210-0212

SPC_RFP_0213-0215

SPC_RFP_0216-0218

SPC_RFP_0219-0221

SPC_RFP_0223

SPC_RFP_0224-0225

SPC_RFP_0226

SPC_RFP_0227

SPC_RFP_0228

DEFENDANT'S REVISED RESPONSES 53
TO RFPD – SET ONE                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0229

SPC_RFP_0230-0240

SPC_RFP_0241-0252

SPC_RFP_0253-0263

SPC_RFP_0264-0276

SPC_RFP_0277-0288

SPC_RFP_0289-0300

SPC_RFP_0301-0311

SPC_RFP_0312-0325

SPC_RFP_0326-0337

SPC_RFP_0338-0349

SPC_RFP_0350-0361

SPC_RFP_0362-0373

SPC_RFP_0374-0385

SPC_RFP_0386-0401

SPC_RFP_0402-0413

SPC_RFP_0414-0424

SPC_RFP_0425-0438

SPC_RFP_0439-0449

SPC_RFP_0450-0463

SPC_RFP_0464-0475

SPC_RFP_0476-0487

SPC_RFP_0488-0499

SPC_RFP_0500-0511

SPC_RFP_0512-0523

SPC_RFP_0524-0537

SPC_RFP_0538-0539

SPC_RFP_0540-0588

SPC_RFP_0589-0637

DEFENDANT'S REVISED RESPONSES 54
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0638-0686

SPC_RFP_0687-0745


**DOCUMENT REQUEST NO. 43:**

**ALL DOCUMENTS** RELATING TO or referencing all field sampling results of the pH levels contained in the STORM WATER run-off at YOUR FACILITY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

Defendant objects to this Request as overly broad, and vague as to time. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0001-0024

SPC_RFP_0025-0072

SPC_RFP_0075-0080

SPC_RFP_0081-0086

SPC_RFP_0087-0089

SPC_RFP_0090-0095

SPC_RFP_0096-0098

SPC_RFP_0099-0101

SPC_RFP_0102-0104

SPC_RFP_0105-0110

SPC_RFP_0111-0113

SPC_RFP_0114-0119

SPC_RFP_0120-0125

SPC_RFP_0126-0128

SPC_RFP_0129-0131

SPC_RFP_0132-0134

DEFENDANT'S REVISED RESPONSES 55
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0135-0137

SPC_RFP_0138-0140

SPC_RFP_0141-0146

SPC_RFP_0147-0152

SPC_RFP_0153-0155

SPC_RFP_0156-0158

SPC_RFP_0159-0161

SPC_RFP_0162-0164

SPC_RFP_0165-0170

SPC_RFP_0171-0173

SPC_RFP_0174-0176

SPC_RFP_0177-0179

SPC_RFP_0180-0182

SPC_RFP_0183-0185

SPC_RFP_0186-0188

SPC_RFP_0189-0194

SPC_RFP_0195-0197

SPC_RFP_0198-0200

SPC_RFP_0201-0206

SPC_RFP_0207-0209

SPC_RFP_0210-0212

SPC_RFP_0213-0215

SPC_RFP_0216-0218

SPC_RFP_0219-0221

SPC_RFP_0223

SPC_RFP_0224-0225

SPC_RFP_0226

SPC_RFP_0227

SPC_RFP_0228

DEFENDANT'S REVISED RESPONSES 56
TO RFPD – SET ONE                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0229

SPC_RFP_0230-0240

SPC_RFP_0241-0252

SPC_RFP_0253-0263

SPC_RFP_0264-0276

SPC_RFP_0277-0288

SPC_RFP_0289-0300

SPC_RFP_0301-0311

SPC_RFP_0312-0325

SPC_RFP_0326-0337

SPC_RFP_0338-0349

SPC_RFP_0350-0361

SPC_RFP_0362-0373

SPC_RFP_0374-0385

SPC_RFP_0386-0401

SPC_RFP_0402-0413

SPC_RFP_0414-0424

SPC_RFP_0425-0438

SPC_RFP_0439-0449

SPC_RFP_0450-0463

SPC_RFP_0464-0475

SPC_RFP_0476-0487

SPC_RFP_0488-0499

SPC_RFP_0500-0511

SPC_RFP_0512-0523

SPC_RFP_0524-0537

SPC_RFP_0538-0539

SPC_RFP_0540-0588

SPC_RFP_0589-0637

DEFENDANT'S REVISED RESPONSES 57
TO RFPD – SET ONE                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 44:**

ALL DOCUMENTS RELATING TO or referencing training of YOUR POLLUTION PREVENTION TEAM.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

Defendant objects to this Request as overly broad and vague, and requests documents equally available to Plaintiff. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 45:**

ALL DOCUMENTS RELATING TO or referencing any above-ground storage tanks located at YOUR FACILITY, including diagrams, blueprints, manuals, installation guides, maintenance guides, maintenance records, invoices for installation services, invoices for maintenance services, plans, permits, and any other document RELATING TO above-ground storage tanks located at YOUR FACILITY.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

Defendant objects to this Request as overly broad and vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.   Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0226

DEFENDANT'S REVISED RESPONSES 58
TO RFPD – SET ONE                                        Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0227

SPC_RFP_0228

SPC_RFP_0229


**DOCUMENT REQUEST NO. 46:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING the drain inlets and underground conveyances at YOUR FACILITY which connect to the City of Lodi's sewer system.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

Defendant objects to this Request as overly broad and vague, and requests documents equally available to Plaintiff. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.


SPC_RFP_0226

SPC_RFP_0227

SPC_RFP_0228

SPC_RFP_0229


**DOCUMENT REQUEST NO. 47:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING the painting operations conducted at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 47:**

Defendant objects to this Request as overly broad and vague as to time. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

DEFENDANT'S REVISED RESPONSES 59
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

No responsive documents found.

**DOCUMENT REQUEST NO. 48:**

ALL DOCUMENTS RELATING TO or DESCRIBING the pesticide application processes conducted at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 48:**

Defendant objects to this Request as overly broad and vague as to time. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.   Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0090-0095

SPC_RFP_0114-0119

SPC_RFP_0120-0125

SPC_RFP_0141-0146

SPC_RFP_0147-0152

SPC_RFP_0165-0170

SPC_RFP_0189-0194

SPC_RFP_0201-0206

**DOCUMENT REQUEST NO. 49:**

ALL DOCUMENTS RELATING TO or DESCRIBING the welding operations conducted at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 49:**

Defendant objects to this Request as overly broad, objects to the term "welding operations" as vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject

DEFENDANT'S REVISED RESPONSES 60
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

No responsive documents found.

**DOCUMENT REQUEST NO. 50:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING the metal fabrication operations conducted at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 50:**

Defendant objects to this Request as overly broad, and objects to the term "metal fabrication operations" as vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

No responsive documents found.

**DOCUMENT REQUEST NO. 51:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING the maintenance operations conducted at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 51:**

Defendant objects to this Request as overly broad. Defendant objects to the term "maintenance operations" as vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.   Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0001-0024

SPC_RFP_0025-0072

SPC_RFP_0075-0080

SPC_RFP_0081-0086

DEFENDANT'S REVISED RESPONSES 61
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0087-0089

SPC_RFP_0090-0095

SPC_RFP_0096-0098

SPC_RFP_0099-0101

SPC_RFP_0102-0104

SPC_RFP_0105-0110

SPC_RFP_0111-0113

SPC_RFP_0114-0119

SPC_RFP_0120-0125

SPC_RFP_0126-0128

SPC_RFP_0129-0131

SPC_RFP_0132-0134

SPC_RFP_0135-0137

SPC_RFP_0138-0140

SPC_RFP_0141-0146

SPC_RFP_0147-0152

SPC_RFP_0153-0155

SPC_RFP_0156-0158

SPC_RFP_0159-0161

SPC_RFP_0162-0164

SPC_RFP_0165-0170

SPC_RFP_0171-0173

SPC_RFP_0174-0176

SPC_RFP_0177-0179

SPC_RFP_0180-0182

SPC_RFP_0183-0185

SPC_RFP_0186-0188

SPC_RFP_0189-0194

SPC_RFP_0195-0197

SPC_RFP_0198-0200

SPC_RFP_0201-0206

SPC_RFP_0207-0209

SPC_RFP_0210-0212

SPC_RFP_0213-0215

SPC_RFP_0216-0218

SPC_RFP_0219-0221

 SPC_RFP_0223

SPC_RFP_0224-0225

SPC_RFP_0226

SPC_RFP_0227

SPC_RFP_0228

SPC_RFP_0229

SPC_RFP_0230-0240

SPC_RFP_0241-0252

SPC_RFP_0253-0263

SPC_RFP_0264-0276

SPC_RFP_0277-0288

SPC_RFP_0289-0300

SPC_RFP_0301-0311

SPC_RFP_0312-0325

SPC_RFP_0326-0337

SPC_RFP_0338-0349

SPC_RFP_0350-0361

SPC_RFP_0362-0373

SPC_RFP_0374-0385

SPC_RFP_0386-0401

SPC_RFP_0402-0413

SPC_RFP_0414-0424

DEFENDANT'S REVISED RESPONSES 63
TO RFPD – SET ONE                          Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0425-0438

SPC_RFP_0439-0449

SPC_RFP_0450-0463

SPC_RFP_0464-0475

SPC_RFP_0476-0487

SPC_RFP_0488-0499

SPC_RFP_0500-0511

SPC_RFP_0512-0523

SPC_RFP_0524-0537

SPC_RFP_0538-0539

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 52:**

**ALL DOCUMENTS** RELATING TO YOUR USE of any Chemquest products at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 52:**

Defendant objects to this Request as overly broad and vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

No responsive documents found.

**DOCUMENT REQUEST NO. 53:**

**ALL DOCUMENTS** RELATING TO maintenance of YOUR cooling tower.

**RESPONSE TO REQUEST NO. 53:**

DEFENDANT'S REVISED RESPONSES 64
TO RFPD – SET ONE                                   Case No.:2:25-cv-00078-WBS-CSK

Defendant objects to this Request as overly broad and vague. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0229

**DOCUMENT REQUEST NO. 54:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING YOUR use of propane at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 54:**

Defendant objects to this Request as overly broad and vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request. No responsive documents found.

**DOCUMENT REQUEST NO. 55:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING YOUR USE of diesel fuel at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 55:**

Defendant objects to this Request as overly broad and vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

No responsive documents found.

**DOCUMENT REQUEST NO. 56:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING YOUR use of Acetylene at YOUR FACILITY.

DEFENDANT'S REVISED RESPONSES 65
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

**RESPONSE TO REQUEST NO. 56:**

Defendant objects to this Request as overly broad and vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.   Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

No responsive documents found.

**DOCUMENT REQUEST NO. 57:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING YOUR USE of Sulfite(s) at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 57:**

Defendant objects to this Request as overly broad and vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

No responsive documents found.

**DOCUMENT REQUEST NO. 58:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING YOUR use of Tartaric Acid at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 58:**

Defendant objects to this Request as overly broad and vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

No responsive documents found.

**DOCUMENT REQUEST NO. 59:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING YOUR use of Hydrochloric Acid at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 59:**

Defendant objects to this Request as overly broad and vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

No responsive documents found.

**DOCUMENT REQUEST NO. 60:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING YOUR use of 2,5-dihydroxybenzoic acid, also known as gentisic acid, at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 60:**

Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Defendant does not have documents responsive to this Request.

**DOCUMENT REQUEST NO. 60:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING any perimeter berms YOU have installed at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 60:**

Defendant objects to this Request as overly broad and vague, and requests documents equally available to Plaintiff. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

No responsive documents found.

**DOCUMENT REQUEST NO. 61:**

DEFENDANT'S REVISED RESPONSES 67
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

**ALL DOCUMENTS** RELATING TO or DESCRIBING any modifications made to any storm drain inlets at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 61:**

Defendant objects to this Request as overly broad and vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

**DOCUMENT REQUEST NO. 62:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING any modifications made to any underground STORM WATER conveyance systems at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 62:**

Defendant objects to this Request as overly broad and vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

**DOCUMENT REQUEST NO. 63:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING any modifications made to STORM WATER SAMPLING locations at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 63:**

Defendant objects to this Request as overly broad and vague, and requests documents equally available to Plaintiff. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

**DOCUMENT REQUEST NO. 64:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING any STORM WATER containment or discharge reduction systems or advanced BMPs YOU have installed or constructed at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 64:**

Defendant objects to this Request as overly broad and vague, and requests documents equally available to Plaintiff. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0264-0276
SPC_RFP_0312-0325
SPC_RFP_0425-0438
SPC_RFP_0450-0463
SPC_RFP_0524-0537

**DOCUMENT REQUEST NO. 65:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING pH meter calibrations YOU have conducted YOUR FACILITY, including calibration logs.

**RESPONSE TO REQUEST NO. 65:**

Defendant objects to this Request as overly broad and vague. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

No responsive documents found.

**DOCUMENT REQUEST NO. 66:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING YOUR membership or affiliation with any GENERAL PERMIT Compliance Group at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 66:**

Defendant objects to this Request as overly broad and vague. Defendant objects to this Request because it seeks information from third parties and information not within its possession, custody, or control. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit.  Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

No responsive documents found.

**DOCUMENT REQUEST NO. 67:**

**ALL DOCUMENTS** RELATING TO or DESCRIBING all discharge locations at YOUR FACILITY.

**RESPONSE TO REQUEST NO. 67:**

Defendant objects to this Request as overly broad. Defendant objects to this Request on the grounds that it is duplicative of documents turned over by Defendant through initial disclosures. Defendant objects to the definition of FACILITY as overbroad and attempting to regulate areas of the property not covered by the General Permit. Subject to its objections, Defendant will produce non-privileged documents within its possession, custody or control related to this request.

SPC_RFP_0001-0024

SPC_RFP_0025-0072

SPC_RFP_0075-0080

SPC_RFP_0081-0086

SPC_RFP_0087-0089

SPC_RFP_0090-0095

SPC_RFP_0096-0098

SPC_RFP_0099-0101

SPC_RFP_0102-0104

DEFENDANT'S REVISED RESPONSES 70
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0105-0110

SPC_RFP_0111-0113

SPC_RFP_0114-0119

SPC_RFP_0120-0125

SPC_RFP_0126-0128

SPC_RFP_0129-0131

SPC_RFP_0132-0134

SPC_RFP_0135-0137

SPC_RFP_0138-0140

SPC_RFP_0141-0146

SPC_RFP_0147-0152

SPC_RFP_0153-0155

SPC_RFP_0156-0158

SPC_RFP_0159-0161

SPC_RFP_0162-0164

SPC_RFP_0165-0170

SPC_RFP_0171-0173

SPC_RFP_0174-0176

SPC_RFP_0177-0179

SPC_RFP_0180-0182

SPC_RFP_0183-0185

SPC_RFP_0186-0188

SPC_RFP_0189-0194

SPC_RFP_0195-0197

SPC_RFP_0198-0200

SPC_RFP_0201-0206

SPC_RFP_0207-0209

SPC_RFP_0210-0212

SPC_RFP_0213-0215

DEFENDANT'S REVISED RESPONSES 71
TO RFPD – SET ONE                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0216-0218

SPC_RFP_0219-0221

 SPC_RFP_0223

SPC_RFP_0224-0225

SPC_RFP_0226

SPC_RFP_0227

SPC_RFP_0228

SPC_RFP_0229

SPC_RFP_0230-0240

SPC_RFP_0241-0252

SPC_RFP_0253-0263

SPC_RFP_0264-0276

SPC_RFP_0277-0288

SPC_RFP_0289-0300

SPC_RFP_0301-0311

SPC_RFP_0312-0325

SPC_RFP_0326-0337

SPC_RFP_0338-0349

SPC_RFP_0350-0361

SPC_RFP_0362-0373

SPC_RFP_0374-0385

SPC_RFP_0386-0401

SPC_RFP_0402-0413

SPC_RFP_0414-0424

SPC_RFP_0425-0438

SPC_RFP_0439-0449

SPC_RFP_0450-0463

SPC_RFP_0464-0475

SPC_RFP_0476-0487

DEFENDANT'S REVISED RESPONSES 72
TO RFPD – SET ONE                                    Case No.:2:25-cv-00078-WBS-CSK

SPC_RFP_0488-0499

SPC_RFP_0500-0511

SPC_RFP_0512-0523

SPC_RFP_0524-0537

SPC_RFP_0538-0539

SPC_RFP_0540-0588

SPC_RFP_0589-0637

SPC_RFP_0638-0686

SPC_RFP_0687-0745

**DOCUMENT REQUEST NO. 68:**

**ALL non-privileged DOCUMENTS** RELATING TO YOUR defenses to any claim or cause of action included in Plaintiff's Complaint filed against YOU.

**RESPONSE TO REQUEST NO. 68:**

Defendant objects to this Request as overly broad, and seeks documents and information protected by the attorney-client privilege and work product doctrine.

**DOCUMENT REQUEST NO. 69:**

For each response to Plaintiff's Requests for Admission Set One to which YOU have not made an unqualified admission:

(a) IDENTIFY the number of the Request; and

(b) Produce all DOCUMENTS and other tangible things which support YOUR response.

**RESPONSE TO REQUEST NO. 69:**

Defendant objects to this Request as overly broad. Defendant objects to this Request because it seeks information that is protected by attorney-client privilege and the work-product doctrine. Defendant further objects to this Request as it is duplicative of

DEFENDANT'S REVISED RESPONSES 73
TO RFPD – SET ONE                                   Case No.:2:25-cv-00078-WBS-CSK

Plaintiff's Interrogatory number 16, which Defendant has answered in its Responses to Plaintiff's Interrogatories.

Defendant produces the following responsive documents, available via the following link which expires on October 30, 2025, password RfP101:

https://novak-000rs3617rpxs.quickconnect.to/d/s/13zFGRo73IDbklvFvtpEFeR51kRQ9d99/61OMUvqm48oa5lwOXANvJnNpSq0u3y-d-zbQgvwelZQw

Date: October 7, 2025                         LAW OFFICE OF JENNIFER F. NOVAK


                                               /s/ *Megan S. Meadows*
                                              Megan S. Meadows
                                              Attorneys for Defendant Sweetener Products, Inc.

DEFENDANT'S REVISED RESPONSES 74
TO RFPD – SET ONE                              Case No.:2:25-cv-00078-WBS-CSK