# EXHIBIT D

| BATES | Date | Author | Recipient(s) | Description | Privilege |
|---|---|---|---|---|---|
| SPC_RFP_1188 | 10/3/25 | Dasni Ahangama | Tim Simpson; David Jones; Kenny Cochrane; Jennifer Novak; Mehran Ebrahimi; Carmen Kettrick | Discussion regarding Facility SWPPP. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1189 | 10/2/25 | Megan Meadows; Tim Simpson; Mehran Ebrahimi | Tim Simpson; David Jones; Kenny Cochrane; Jennifer Novak; Dasni Ahangama; Carmen Kettrick | Discussion regarding Facility SWPPP. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1190 | 10/1/25 | Mehran Ebrahimi | Tim Simpson; David Jones; Kenny Cochrane; Jennifer Novak; Dasni Ahangama; Carmen Kettrick | Discussion regarding Facility SWPPP. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1194 | 10/3/25 | Dasni Ahangama | Megan Meadows; Jennifer Novak; Kenny Cochrane; David Jones; Timothy Simpson; Mehran Ebrahimi; Carmen Kettrick | Email discussing changes to SWPPP and seeking feedback from counsel on said changes. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1195 | 10/2/25 | Megan Meadows; Tim Simpson; Mehran Ebrahimi | Tim Simpson; David Jones; Kenny Cochrane; Jennifer Novak; Dasni Ahangama; Carmen Kettrick | Discussion regarding Facility SWPPP. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1196 | 10/1/25 | Mehran Ebrahimi | Tim Simpson; David Jones; Kenny Cochrane; Jennifer Novak; Dasni Ahangama; Carmen Kettrick | Discussion regarding Facility SWPPP. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1199 | 2/27/26 | Mehran Ebrahimi | Steve Shanklin; Jennifer Novak; Kenny Cochrane; Demetria Mantalis; Timothy Simpson; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1200 | 2/27/26 | Mehran Ebrahimi | Steve Shanklin; Jennifer Novak; Kenny Cochrane; Demetria Mantalis; Timothy Simpson; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1201 | 2/26/26 | Mehran Ebrahimi | Steve Shanklin; Jennifer Novak; Kenny Cochrane; Demetria Mantalis; Timothy Simpson; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1202 | 2/26/26 | Jennifer Novak | Steve Shanklin; Kenny Cochrane; Mehran Ebrahimi; Demetria Mantalis; Timothy Simpson; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1204 | 2/26/26 | Kenny Cochrane | Steve Shanklin; Demetria Mantalis; Jennifer Novak; Mehran Ebrahimi; Tim Simpson; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1205 | 2/25/26 | Mehran Ebrahimi | Steve Shanklin; Jennifer Novak; Kenny Cochrane; Demetria Mantalis; Timothy Simpson; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1206 | 2/19/26 | Kenny Cochrane | Steve Shanklin; Demetria Mantalis; Jennifer Novak; Mehran Ebrahimi; Tim Simpson; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1207 | 2/19/26 | Mehran Ebrahimi | Steve Shanklin; Jennifer Novak; Kenny Cochrane; Demetria Mantalis; Timothy Simpson; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1208 | 2/19/26 | Kenny Cochrane | Steve Shanklin; Jennifer Novak; Mehran Ebrahimi; Demetria Mantalis; Timothy Simpson; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege |

| | | | | | |
|---|---|---|---|---|---|
| SPC_RFP_1209 | | 2/19/26 | Mehran Ebrahimi | Steve Shanklin; Jennifer Novak; Kenny Cochrane; Demetria Mantalis; Timothy Simpson; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1213 | | 2/27/26 | Kenny Cochrane | Steve Shanklin; Jennifer Novak; Mehran Ebrahimi; Demetria Mantalis; Timothy Simpson; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1214-SPC_RFP_1225 | | 2/27/26 | Mehran Ebrahimi; Kenny Cochrane; Jennifer Novak | Steve Shanklin; Jennifer Novak; Kenny Cochrane; Demetria Mantalis; Timothy Simpson; David Jones; Mehran Ebrahimi | Duplication of SPC_RFP_1199 to SPC_RFP_1209. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1228-SPC_RFP_1236 | | 2/26/26 | Mehran Ebrahimi; Jennifer Novak; Kenny Cochrane | Demetria Mantalis; Jennifer Novak; Kenny Cochrane; David Jones; Steve Shanklin; Tim Simpson; Kenny Cochrane | Duplication of SPC_RFP_1201 to SPC_RFP_1209. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1240 | | 3/2/26 | Mehran Ebrahimi | Jennifer Novak; Kenny Cochrane; Timothy Simpson; Steven Shanklin; Demetria Mantalis; David Jones | Email seeking advice from counsel about SWPPP certification and uploading. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1241-SPC_RFP_1256 | 2/19/26-2/27/2026 | | Kenny Cochrane; Mehran Ebrahimi; Jennifer Novak | Steve Shanklin; Jennifer Novak; Mehran Ebrahimi; Demetria Mantalis; Timothy Simpson; David Jones; Kenny Cochrane | Duplications of emails from SPC_RFP_1199 to SPC_RFP_1213 | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1257 | | 3/3/26 | Mehran Ebrahimi | Steve Shanklin; Jennifer Novak; Kenny Cochrane; Demetria Mantalis; Timothy Simpson; David Jones | Email seeking advice from counsel about SWPPP certification and uploading. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1258 | | 3/2/26 | Mehran Ebrahimi | Steve Shanklin; Jennifer Novak; Kenny Cochrane; Demetria Mantalis; Timothy Simpson; David Jones | Email seeking advice from counsel about SWPPP certification and uploading. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1259 | | 3/2/26 | Kenny Cochrane | Steve Shanklin; Demetria Mantalis; Jennifer Novak; Mehran Ebrahimi; Tim Simpson; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1260 | | 3/2/26 | Jennifer Novak | Mehran Ebrahimi; Kenny Cochrane; Demetria Mantalis; Steve Shanklin; David Jones; Tim Simpson | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1262-1276 | 2/19/26-3/2/26 | | Mehran Ebrahimi; Jennifer Novak; Kenny Cochrane | Steve Shanklin; Jennifer Novak; Mehran Ebrahimi; Demetria Mantalis; Timothy Simpson; David Jones; Kenny Cochrane | Duplications of emails from SPC_RFP_1199 to SPC_RFP_1213 and SPC_RFP_1240; and SPC_RFP_1257 | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1282 | | 10/1/25 | Mehran Ebrahimi | David Jones; Jennifer Novak; Megan Meadows; Timothy Simpson; Dasni Ahangama; Carmen Kettrick | Email from consultant regarding draft SWPPP and seeking feedback from counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1283 | | 10/1/25 | Mehran Ebrahimi | David Jones; Jennifer Novak; Megan Meadows; Timothy Simpson; Dasni Ahangama; Carmen Kettrick | Duplication of SPC_RFP_1282 | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1309 | | 10/4/25 | Jennifer Novak | Mehran Ebrahimi; Kenny Cochrane; Megan Meadows; Timothy Simspson; Dasni Ahangama; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1310 | | 10/3/25 | Mehran Ebrahimi | Kenny Cochrane; Jennifer Novak; Megan Meadows; Timothy Simpson; Dasni Ahangama; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege |

| | | | | | |
|---|---|---|---|---|---|
| SPC_RFP_1311 | | 10/3/25 | Dasni Ahangama | Kenny Cochrane; Jennifer Novak; Megan Meadows; Timothy Simpson; Mehran Ebrahimi; David Jones | Discussion regarding Facility SWPPP. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1312 | 10/1/2025-10/2/25 | | Megan Meadows; Tim Simpson; Mehran Ebrahimi | Kenny Cochrane; Jennifer Novak; Megan Meadows; Timothy Simpson; Dasni Ahangama; David Jones; Mehran Ebrahimi | Duplications of SPC_RFP_1195 and SPC_RFP_1198. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1354 | | 2/19/26 | Mehran Ebrahimi | Demetria Mantalis; Jennifer Novak; Kenny Cochrane; David Jones; Steve Shanklin; Tim Simpson | Duplication of SPC_RFP_1209 | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1358 | | 10/1/25 | Mehran Ebrahimi | Kenny Cochrane; Jennifer Novak; Megan Meadows; Timothy Simpson; Dasni Ahangama; Carmen Kettrick; David Jones | Discussion regarding Facility SWPPP. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1371 | | 10/2/25 | David Jones; Megan Meadows; Tim Simpson | Megan Meadows; Jennifer Novak; Kenny Cochrane; David Jones; Timothy Simpson; Mehran Ebrahimi; Carmen Kettrick; Dasni Ahangama | Discussion regarding Facility SWPPP. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1372 | | 10/1/25 | Mehran Ebrahimi | Megan Meadows; Jennifer Novak; Kenny Cochrane; David Jones; Timothy Simpson; Mehran Ebrahimi; Carmen Kettrick; Dasni Ahangama | Communications with client and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1375-SPC_RFP_1376 | | 10/1/25 | David Jones; Megan Meadows; Tim Simpson; Mehran Ebrahimi | Megan Meadows; Jennifer Novak; Kenny Cochrane; David Jones; Timothy Simpson; Mehran Ebrahimi; Carmen Kettrick; Dasni Ahangama | Duplications of SPC_RFP_1371 and SPC_RFP_1372 | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1379-SPC_RFP_1380 | | 2/19/26 | Mehran Ebrahimi; Kenny Cochrane | Mehran Ebrahimi;  Jennifer Novak; Demetria Mantalis; Steve Shanklin; David Jones; Tim Simpson; Kenny Cochrane | Duplications of SPC_RFP_1206  to SPC_RFP_1209 | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1387-SPC_RFP_1390 | | 2/19/26 | Mehran Ebrahimi; Kenny Cochrane | Mehran Ebrahimi;  Jennifer Novak; Demetria Mantalis; Steve Shanklin; David Jones; Tim Simpson; Kenny Cochrane | Duplication of SPC_RFP_1206 to 1209 | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1393-SPC_RFP_1398 | 2/19/26-2/26/26 | | Mehran Ebrahimi; Kenny Cochrane | Mehran Ebrahimi;  Jennifer Novak; Demetria Mantalis; Steve Shanklin; David Jones; Tim Simpson; Kenny Cochrane | Duplication of SPC_RFP_1204 to 1209 | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1401 | | 2/27/26 | David Jones | Jennifer Novak; Timothy Simpson; Mehran Ebrahimi; Demetria Mantalis; Steve Shanklin; Kenny Cochrane | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1402-SPC_RFP_1411 | 2/19/26-2/27/26 | | Mehran Ebrahimi; Jennifer Novak; Kenny Cochrane | Kenny Cochrane; Jennifer Novak; Demetria Mantalis; Timothy Simpson; Mehran Ebrahimi; David Jones | Duplications of SPC_RFP_1200 to 1209. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1415 | | 3/2/26 | Kenny Cochrane | Demetria Mantalis; Jennifer Novak; Mehran Ebrahimi; David Jones; Steve Shanklin; Tim Simpson | Discussion regarding Facility SWPPP. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1416-SPC_RFP_1432 | 2/19/26-3/2/26 | | Kenny Cochrane; Mehran Ebrahimi; Jennifer Novak | Demetria Mantalis; Jennifer Novak; Mehran Ebrahimi; David Jones; Steve Shanklin; Tim Simpson | Duplications of emails from SPC_RFP_1199 to SPC_RFP_1213; SPC_RFP_1240. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |

| | | | | | |
|---|---|---|---|---|---|
| SPC_RFP_1435 | | 3/3/26 Kenny Cochrane | Mehran Ebrahimi; Jennifer Novak; Demetria Mantalis; Steve Shanklin; David Jones; Tim Simpson; Kenny Cochrane | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1436 | | 3/3/26 Mehran Ebrahimi | Kenny Cochrane; Jennifer Novak; Demetria Mantalis; Timothy Simpson;  David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1437 | | 3/3/26 Mehran Ebrahimi | Kenny Cochrane; Jennifer Novak; Demetria Mantalis; Timothy Simpson;  David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1438 | | 3/2/26 Kenny Cochrane | Jennifer Novak; Mehran Ebrahimi; Timothy Simpson; Steven Shanklin; Demetria Mantalis; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1439 | | 3/2/36 Jennifer Novak | Steve Shanklin; Kenny Cochrane; Mehran Ebrahimi; Demetria Mantalis; Timothy Simpson; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1441 | | 3/2/26 Mehran Ebrahimi | Jennifer Novak; Kenny Cochrane; Timothy Simpson; Steven Shanklin; Demetria Mantalis; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1442-SPC_RFP_1455 | 2/19/26-2/27/2026 | Kenny Cochrane; Mehran Ebrahimi; Jennifer Novak | Jennifer Novak; Kenny Cochrane; Timothy Simpson; Steven Shanklin; Demetria Mantalis; David Jones; Mehran Ebrahimi; Jennifer Novak | Duplications of emails from SPC_RFP_1213 to SPC_RFP_1225 and SPC_RFP_1240 | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1487 | | 10/30/25 Demetria Mantalis | Office Documents Account | Internal email forwarding response from consultant outling strategy and methods used during SWPPP revision process. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1488 | | 10/27/25 Mehran Ebrahimi | Demetria Mantalis; Megan Meadows; Jennifer Novak; Timothy Simpson | Email from consultant outlining strategy and methods used during SWPPP revision process. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1496 | | 10/30/25 Mehran Ebrahimi | Demetria Mantalis; Timothy Simpson | Email between consultant and counsel discussing settlement provisions. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1497 | 10/28/25-10/29/25 | Demetria Mantalis; Mehran Ebrahimi | Demetria Mantalis; Mehran Ebrahimi; Tim Simpson | October 28 email from counsel to consulatant inquiring about consultant's analysis of client Facility. October 29 email from consultant to counsel explaining the consultant's analysis of client Facility. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1500 | 11/4/25-11/5/25 | Jennifer Novak; Timothy Simpson | Jennifer Novak; Timothy Simpson; Mehran Ebrahimi; Demetria Mantalis | November 4 email from counsel regarding Facility BMPs and ongoing calls. November 5 email from consultant regarding NEC guidance and analysis summary. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1501 | | 11/3/25 Jennifer Novak | Timothy Simpson; Mehran Ebrahimi; Demetria Mantalis | Email from counsel regarding input on impairments for the Mokelumne River. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1508 | 11/5/25-11/6/2025 | Jennifer Novak; Mehran Ebrahimi | Demetria Mantalis; Jennifer Novak; Timothy Simpson | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege |

| | | | | | |
|---|---|---|---|---|---|
| SPC_RFP_1509 | | 11/5/25 | Demetria Mantalis; Mehran Ebrahimi | Mehran Ebrahimi; Jennifer Novak; Tim Simpson | First half of pdf is the remainder of Mehran Ebrahimi's email on SPC_RFP_1508. Email from counsel seeking guidance on understanding Facility parameters. Internal document shared between counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1511 | | 11/6/25 | Timothy Simpson; Jennifer Novak | Jennifer Novak; Timothy Simpson; Mehran Ebrahimi; Demetria Mantalis | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1512 | 11/5/25-11/6/2025 | | Jennifer Novak | Timothy Simpson; Mehran Ebrahimi; Demetria Mantalis | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1513 | | 11/5/25 | Mehran Ebrahimi; Demetria Mantalis | Jennifer Novak; Timothy Simpson; Mehran Ebrahimi; Demetria Mantalis | Duplications of emails from SPC_RFP_1509 | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1523 | | 11/17/25 | Timothy Simpson | Demetria Mantalis; Megan Meadows; Mehran Ebrahimi | Discussions regarding budget and CV's of consultants for insurance and settlement analysis. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1524 | | 11/13/25 | Timothy Simpson; Megan Meadows | Demetria Mantalis; Timothy Simpson; Mehran Ebrahimi; Megan Meadows | Discussions regarding budget and CV's of consultants for insurance and settlement analysis. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1525 | | 11/13/25 | Demetria Mantalis | Timothy Simpson | Discussions regarding budget and CV's of consultants for insurance and settlement analysis. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1530 | 1/26/26-1/27/25 | | Demetria Mantalis; Mehran Ebrahimi | Internal office email; Jennifer Novak; Demetria Mantalis; Timothy Simpson | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1532 | | 1/28/26 | Mehran Ebrahimi; Demetria Mantalis | Demetria Mantalis; Mehran Ebrahimi; Tim Simpson | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1533 | | 1/28/26 | Demetria Mantalis | Mehran Ebrahimi; Tim Simpson | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1535 | 2/3/26-2/4/26 | | Demetria Mantalis | Mehran Ebrahimi; Tim Simpson | Evlauation of settlement propositions. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1536 | | 2/3/26 | Demetria Mantalis | Mehran Ebrahimi; Tim Simpson | Evaluation of settlement propositions. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1537 | | 2/2/26 | Demetria Mantalis; Mehran Ebrahimi; Tim Simpson | Demetria Mantalis; Mehran Ebrahimi; Tim Simpson | Evaluation of settlement propositions. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1538 | | 1/30/26 | Mehran Ebrahimi | Demetria Mantalis; Tim Simpson; Jennifer Novak | Evaluation of settlement propositions. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1539 | | 1/30/26 | Demetria Mantlais | Mehran Ebrahimi; Tim Simpson; Jennifer Novak | Evaluation of settlement propositions. | Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1540 | | 1/30/26 | Demetria Mantalis; Mehran Ebrahimi | Demetria Mantalis; Mehran Ebrahimi | Counsel seeking analysis of settlement propositions from consultant. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1541 | | 1/29/26 | Demetria Mantalis; Mehran Ebrahimi | Demetria Mantalis; Mehran Ebrahimi | Counsel providing video to consultant for analysis. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1542 | | 1/29/26 | Mehran Ebrahimi | Jennifer Novak; Demetria Mantalis; Tim Simpson | Discussion of Facility compliance. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1544 | | 1/28/26 | Jennifer Novak | Mehran Ebrahimi; Tim Simpson; Demetria Mantalis | Counsel seeking feedback on Plaintiff's settlement propositions. | Attorney Work Product; Attorney-Client Privilege |

| | | | | | |
|---|---|---|---|---|---|
| SPC_RFP_1548 | 2/10/26-2/11/26 | Demetria Mantalis; Mehran Ebrahimi | Demetria Mantalis; Mehran Ebrahimi; Tim Simpson | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1549 | 2/10/26 | Demetria Mantalis; Mehran Ebrahimi | Demetria Mantalis; Mehran Ebrahimi; Tim Simpson | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1550 | 2/9/26 | Demetria Mantalis; Mehran Ebrahimi | Demetria Mantalis; Mehran Ebrahimi; Tim Simpson | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1551 | 2/5/26-2/9/26 | Demetria Mantalis; Mehran Ebrahimi | Demetria Mantalis; Mehran Ebrahimi; Tim Simpson | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1554 | 2/19/26 | Demetria Mantalis; Mehran Ebrahimi | Demetria Mantalis; Mehran Ebrahimi | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1555 | 2/19/26 | Demetria Mantalis | Mehran Ebrahimi | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1556 | 2/19/26 | Demetria Mantalis; Mehran Ebrahimi | Demetria Mantalis; Mehran Ebrahimi | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1557 | 2/18/26 | Demetria Mantalis | Mehran Ebrahimi; Tim Simpson | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1560 | 2/25/26 | Demetria Mantalis | Mehran Ebrahimi; Tim Simpson | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1561 | 3/3/26 | Kenny Cochrane; Mehran Ebrahimi | Mehran Ebrahimi; KennyCochrane; Jennifer Novak; Demetria Mantalis; Steve Shanklin; David Jones; Tim Simpson | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1562 | 3/2/26 | Kenny Cochrane; Mehran Ebrahimi | Mehran Ebrahimi; Kenny Cochrane; Jennifer Novak; Demetria Mantalis; Steve Shanklin; David Jones; Tim Simpson | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1563 | 3/2/26 | Jennifer Novak | Mehran Ebrahimi; Kenny Cochrane; Demetria Mantalis; Steve Shanklin; David Jones; Tim Simpson | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1564 | 2/27/26-3/2/26 | Kenny Cochrane; Mehran Ebrahimi | Mehran Ebrahimi; Kenny Cochrane; Jennifer Novak; Demetria Mantalis; Steve Shanklin; David Jones; Tim Simpson | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1565 | 2/27/26 | Kenny Cochrane | Mehran Ebrahimi;  Jennifer Novak; Demetria Mantalis; Steve Shanklin; David Jones; Tim Simpson | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1566 | 2/27/26 | Mehran Ebrahimi | Jennifer Novak; Kenny Cochrane; Timothy Simpson; Steven Shanklin; Demetria Mantalis; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1567 | 2/26/26 | Mehran Ebrahimi; Jennifer Novak | Jennifer Novak; Kenny Cochrane; Timothy Simpson; Steven Shanklin; Demetria Mantalis; David Jones; Mehran Ebrahimi | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1568 | 2/26/26 | Kenny Cochrane; Mehran Ebrahimi | Jennifer Novak; Kenny Cochrane; Timothy Simpson; Steven Shanklin; Demetria Mantalis; David Jones; Mehran Ebrahimi | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |

| Bates | Date Range | Date | From | To | Description | Privilege |
|---|---|---|---|---|---|---|
| SPC_RFP_1569 | | 2/19/26 | Kenny Cochrane; Mehran Ebrahimi | Jennifer Novak; Kenny Cochrane; Timothy Simpson; Steven Shanklin; Demetria Mantalis; David Jones; Mehran Ebrahimi | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1570 | | 2/19/26 | Kenny Cochrane; Mehran Ebrahimi | Jennifer Novak; Kenny Cochrane; Timothy Simpson; Steven Shanklin; Demetria Mantalis; David Jones; Mehran Ebrahimi | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1571 | | 2/19/26 | Kenny Cochrane | Jennifer Novak; Timothy Simpson; Steven Shanklin; Demetria Mantalis; David Jones; Mehran Ebrahimi | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1572 | | 2/19/26 | Mehran Ebrahimi | Jennifer Novak; Kenny Cochrane; Timothy Simpson; Steven Shanklin; Demetria Mantalis; David Jones | Strategy and analysis between consultant, client, and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1574 | 3/5/26-3/6/26 | | Demetria Mantalis; Mehran Ebrahimi | Demetria Mantalis; Mehran Ebrahimi; Tim Simpson | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1575 | | 3/4/26 | Demetria Mantalis; Mehran Ebrahimi | Demetria Mantalis; Mehran Ebrahimi; Tim Simpson | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1576 | | 3/4/26 | Demetria Mantalis; Mehran Ebrahimi | Demetria Mantalis; Mehran Ebrahimi | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1577 | | 3/4/26 | Demetria Mantalis; Mehran Ebrahimi | Demetria Mantalis; Mehran Ebrahimi | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1578 | | 3/10/26 | Demetria Mantalis; Mehran Ebrahimi | Demetria Mantalis; Mehran Ebrahimi; Tim Simpson | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1579 | | 3/10/26 | Demetria Mantalis; Tim Simpson | Demetria Mantalis; Mehran Ebrahimi; Tim Simpson | Strategy and analysis between consultant and counsel. | Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1581 | | 3/11/26 | Demetria Mantalis; Mehran Ebrahimi; Tim Simpson | Demetria Mantalis; Mehran Ebrahimi; Tim Simpson | Discussion of settlement propositions. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1582 | | 3/11/26 | Tim Simpson; Demetria Mantalis | Demetria Mantalis; Tim Simpson | Discussion of settlement propositions. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1583 | | 3/11/26 | Demetria Mantalis | Timothy Simpson | Discussion of settlement propositions. | Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1588 | | 4/23/26 | Demetria Mantalis | Mehran Ebrahimi | Discussion of settlement propositions. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1592 | | 4/23/26 | Demetria Mantalis; Mehran Ebrahimi | Demetria Mantalis; Mehran Ebrahimi | Discussion of scope of work completed. | Attorney Work Product; Attorney-Client Privilege |
| SPC_RFP_1595 | | 4/24/26 | Demetria Mantalis; Mehran Ebrahimi | Demetria Mantalis; Tim Simpson; Jennifer Novak; Mehran Ebrahimi | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |
| SPC_RFP_1599 | | 2/25/26 | Demetria Mantalis; Mehran Ebrahimi | Demetria Mantalis; Mehran Ebrahimi; Tim Simpson | Strategy and analysis between consultant and counsel. | Attorney Work Product; Attorney-Client Privilege; Attorney Work Product |

| Bates Stamp | Date | Author | Recipient(s) | Description | Privilege |
|---|---|---|---|---|---|
| SPC_ID_0759 to SPC_ID_0766 | 9/24/24 | Steve Shanklin | Megan Meadows; Demetria Mantalis; Dale Jabour; Hector Morfin; Kenny Cochrane; Davis Jones | Email from client to attorney seeking legal advice in preparation for litigation strategy meeting | Attorney-Client Privilege |
| SPC_ID_0759 to SPC_ID_0766 | 9/24/24 | Megan Meadows | Steve Shanklin; Dale Jabour; Kenny Cochrane; Hector Morfin, David Jones; Demetria Mantalis | Email from attorney to client providing legal advice related to notice of intent to sue and possible litigation | Attorney-Client Privilege |
| SPC_ID_0759 to SPC_ID_0766 | 9/25/24 | Megan Meadows | Steve Shanklin; Dale Jabour; David Jones; Kenny Cochrane; Megan Meadows; Hector Morfin | Email from attorney to client providing legal advice related to notice of intent to sue and possible litigation | Attorney-Client Privilege |
| SPC_ID_0759 to SPC_ID_0766 | 10/4/24 | Megan Meadows | Steve Shanklin; Dale Jabour; David Jonnes; Kenny Cochrane; Demetria Mantalis; Hector Morfin | Email from attorney to client providing legal advice related to notice of intent to sue and possible litigation | Attorney-Client Privilege |
| SPC_ID_4128 to SPC_ID_4154 | 10/9/24 | Jessica Stacy | Steve Shanklin; Dale Jabour;  Kenny Cochrane; Demetria Mantalis; Hector Morfin; Megan Meadows | Consultant working at direction of legal counsel in anticipation of litigation | Attorney-Work Product |
| SPC_ID_0759 to SPC_ID_0766 | 10/11/24 | Megan Meadows | Steve Shanklin; Dale Jabour; Kenny Cochrane; Hector Morfin, David Jones; Demetria Mantalis | Email from attorney to client providing legal advice related to notice of intent to sue and possible litigation | Attorney-Client Privilege |
| SPC_ID_0767 TO SPC_ID_0776 | 10/22/24 | Megan Meadows | Demetria Mantalis; Kenny Cochrane; Jessica Stacy; Hector Morfin; David Jones; Megan Meadows; Dale Jabour; Steve Shanklin | Email from attorney to client providing legal advice related to notice of intent to sue and possible litigation | Attorney-Client Privilege |
| SPC_ID_0767 TO SPC_ID_0776 | 10/22/24 | Megan Meadows | Steve Shanklin; Jessica Stacy; Dale Jabour; David Jones; Kenny Cochrane; Demetria Mantalis; Hector Morfin | Email from attorney to client providing legal advice related to notice of intent to sue and possible litigation | Attorney-Client Privilege |
| SPC_ID_0767 TO SPC_ID_0776 | 10/22/24 | Steve Shanklin | Megan Meadows; Hector Morfin; Kenny Cochrane; David Jones; Dale Jabour; Jessica Stacy; | Email from client to attorney seeking legal advice | Attorney-Client Privilege |
| SPC_ID_0767 TO SPC_ID_0776 | 10/22/24 | Megan Meadows | Steve Shanklin; Dale Jabour; David Jones; Kenny Cochrane; Jessica Stacy; Hector Morfin | Email from attorney to client providing legal advice related to notice of intent to sue and possible litigation | Attorney-Client Privilege |
| SPC_ID_0767 TO SPC_ID_0776 | 10/23/24 | Hector Morfin | Megan Meadows; Demetria Mantalis; Dale Jabour; Hector Morfin; Kenny Cochrane; Davis Jones; Jessica Stacy; Steve Shanklin | Email from client to attorney seeking legal advice | Attorney-Client Privilege |
| SPC_ID_0767 TO SPC_ID_0776 | 10/23/24 | Megan Meadows | Steve Shanklin; Dale Jabour; David Jones; Kenny Cochrane; Jessica Stacy; Hector Morfin | Email from attorney to client providing legal advice related to notice of intent to sue and possible litigation | Attorney-Client Privilege |
| SPC_ID_4128 to SPC_ID_4154 | 10/29/24 | Megan Meadows | Steve Shanklin; Dale Jabour; David Jones; Kenny Cochrane; Demetria Mantalis; Hector Morfin | Email from attorney to client discussing legal strategy in preparation for meeting | Attorney-Client Privilege |

| | | | | | |
|---|---|---|---|---|---|
| SPC_ID_0767 TO SPC_ID_0776 | 11/5/24 | Megan Meadows | Steve Shanklin; Dale Jabour; David Jonnes; Kenny Cochrane; Demetria Mantalis; Hector Morfin | Email from attorney to client providing legal advice related to notice of intent to sue and possible litigation | Attorney-Client Privilege |
| SPC_ID_0767 TO SPC_ID_0776 | 11/12/24 | Megan Meadows | Steve Shanklin; Dale Jabour; David Jones; Kenny Cochrane; Jessica Stacy; Hector Morfin | Email from attorney to client providing legal advice related to litigation strategy | Attorney-Client Privilege |
| SPC_ID_0767 TO SPC_ID_0776 | 11/19/24 | Megan Meadows | Steve Shanklin; Dale Jabour; David Jonnes; Kenny Cochrane; Demetria Mantalis; Hector Morfin; Jessica Stacy | Email from attorney to client providing legal advice reated to litigation strategy | Attorney-Client Privilege |
| SPC_ID_0767 TO SPC_ID_0776 | 11/19/24 | Steve Shanklin | Megan Meadows; Demetria Mantalis; Dale Jabour; Hector Morfin; Kenny Cochrane; Davis Jones; Jessica Stacy; Steve Shanklin | Email from client to attorney responding to attorneys requests for photographs to be taken at the site | Attorney-Client Privilege |
| SPC_ID_0767 TO SPC_ID_0776 | 11/19/24 | Megan Meadows | Steve Shanklin; Dale Jabour; David Jonnes; Kenny Cochrane; Demetria Mantalis; Hector Morfin; Jessica Stacy | Email from attorney to client providing legal advice reated to litigation strategy | Attorney-Client Privilege |
| SPC_ID_0777 TO SPC_ID_0780 | 12/4/24 | Demetria Mantalis | Steve Shanklin; Jessica Stacy; Dale Jabour; David Jones; Kenny Cochrane; Megan Meadows; Hector Morfin | Email from attorney to client providing legal advice related to litigation strategy | Attorney-Client Privilege |
| SPC_ID_0777 TO SPC_ID_0780 | 12/5/24 | Kenny Cochrane | Demetria Mantalis; Steve Shanklin; Jessica Stacy; Hector Morfin; David Jones; Megan Meadows | Email from client to attorney responding to attorneys requests for photographs to be taken at the site | Attorney-Client Privilege; Attorney-Work Product |
| SPC_ID_4166 | 12/6/24 | Kenny Cochrane | Megan Meadows | Images taken at the direction of counsel | Attorney-Client Privilege |
| SPC_ID_4167 | 12/6/24 | Kenny Cochrane | Megan Meadows | Images taken at the direction of counsel | Attorney-Client Privilege |
| SPC_ID_4168 | 12/6/24 | Kenny Cochrane | Megan Meadows | Images taken at the direction of counsel | Attorney-Client Privilege |
| SPC_ID_4169 | 12/6/24 | Kenny Cochrane | Megan Meadows | Images taken at the direction of counsel | Attorney-Client Privilege |
| SPC_ID_4170 | 12/6/24 | Kenny Cochrane | Megan Meadows | Images taken at the direction of counsel | Attorney-Client Privilege |
| SPC_ID_4171 | 12/6/24 | Kenny Cochrane | Megan Meadows | Images taken at the direction of counsel | Attorney-Client Privilege |
| SPC_ID_4172 | 12/6/24 | Kenny Cochrane | Megan Meadows | Images taken at the direction of counsel | Attorney-Client Privilege |
| SPC_ID_0777 TO SPC_ID_0780 | 12/12/24 | Megan Meadows | Steve Shanklin; Dale Jabour; David Jonnes; Kenny Cochrane; Demetria Mantalis; Hector Morfin; Jessica Stacy | Email from attorney to client providing legal advice reated to litigation strategy | Attorney-Client Privilege |
| SPC_ID_0781 TO SPC_ID_0787 | 12/12/24 | Megan Meadows | Steve Shanklin; Dale Jabour; David Jonnes; Kenny Cochrane; Demetria Mantalis; Hector Morfin; Jessica Stacy | Email from client to attorney responding to attorneys requests for photographs to be taken at the site | Attorney-Client Privilege |
| SPC_ID_0781 TO SPC_ID_0787 | 12/16/24 | Kenny Cochrane | Megan Meadows; Demetria Mantalis; Dale Jabour; Hector Morfin; Kenny Cochrane; Davis Jones; Jessica Stacy; Steve Shanklin | Email from client to attorney seeking legal advice in preparation for litigation overview and strategy meeting | Attorney-Client Privilege |

| | | | | | |
|---|---|---|---|---|---|
| SPC_ID_0781 TO SPC_ID_0787 | 12/16/24 | Kenny Cochrane | Megan Meadows; Demetria Mantalis; Dale Jabour; Hector Morfin; Kenny Cochrane; Davis Jones; Jessica Stacy; Steve Shanklin | Email from client to attorney seeking legal advice in preparation of litigation overview and strategy meeting | Attorney-Client Privilege |
| SPC_ID_0781 TO SPC_ID_0787 | 12/16/24 | Megan Meadows | Steve Shanklin; Dale Jabour; David Jones; Kenny Cochrane; Demetria Mantalis; Hector Morfin; Jessica Stacy | Email from attorney to client providing legal advice related to litigation strategy and complex technical issues at the site | Attorney-Client Privilege |
| SPC_ID_0781 TO SPC_ID_0787 | 12/17/24 | Megan Meadows | Steve Shanklin; Dale Jabour; David Jones; Kenny Cochrane; Demetria Mantalis; Hector Morfin; Jessica Stacy | Email from attorney to client discussing litigation strategy and complex technical issues at the Site | Attorney-Client Privilege |
| SPC_ID_4128 to SPC_ID_4154 | 1/2/25 | Demetria Mantalis | Steve Shanklin; Jessica Stacy; Dale Jabour; David Jones; Kenny Cochrane; Megan Meadows; Hector Morfin | Email from attorney to client discussing litigation strategy and complex technical issues at the Site | Attorney-Client Privilege; Attorney-Work Product |
| SPC_ID_0788 TO SPC_ID_0793 | 1/9/25 | Demetria Mantalis | Steve Shanklin; Jessica Stacy; Dale Jabour; David Jones; Kenny Cochrane; Megan Meadows; Hector Morfin | Email from attorney to client discussing litigation  strategy and technical history of the Site | Attorney-Client Privilege; Attorney-Work Product |
| SPC_ID_0781 TO SPC_ID_0787 | 1/9/25 | Steve Shanklin | Demetria Mantalis; Kenny Cochrane; Jessica Stacy; Hector Morfin; David Jones; Megan Meadows; Dale Jabour | Email from client to attorney and consultant regarding complex legal questions and technical issues at the site | Attorney-Client Privilege; Attorney-Work Product |
| SPC_ID_0781 TO SPC_ID_0787 | 1/9/25 | Demetria Mantalis | Steve Shanklin;  Kenny Cochrane; Dale Jabour; Hector Morfin; David Jones; Jessica Stacy; Megan Meadows | Email from attorney to client discussing legal strategy | Attorney-Client Privilege |
| SPC_ID_0781 TO SPC_ID_0787 | 1/16/25 | Steve Shanklin | Megan Meadows; Hector Morfin; Kenny Cochrane; David Jones; Dalle Jabour | Email from client to attorney seeking legal advice | Attorney-Client Privilege |
| SPC_ID_4128 to SPC_ID_4154 | 1/22/25 | Hector Morfin | Megan Meadows; Demetria Mantalis; Kenny Cochrane | Email from client to attorney to exchange privileged documents | Attorney-Client Privilege; Attorney-Work Product |
| SPC_ID_4128 to SPC_ID_4154 | 1/30/25 | Megan Meadows | Dale Jobor; Steve Shanklin | Email from attorney to client providing legal advice related to litigation strategy | Attorney-Client Privilege |
| SPC_ID_4128 to SPC_ID_4154 | 2/11/25 | Megan Meadows | Dale Jobor; Steve Shanklin; Demetria Mantalis | Email from attorney to client providing legal advice related to litigation strategy | Attorney-Client Privilege |
| SPC_ID_4128 to SPC_ID_4154 | 2/21/25 | Demetria Mantalis | Steve Shanklin; Dale Jabour; Megan Meadows | Email from attorney to client providing legal advice related to litigation strategy | Attorney-Client Privilege |
| SPC_ID_4128 to SPC_ID_4154 | 2/26/25 | Steve Shanklin | Megan Meadows; Demetria Mantalis; Kenny Cochrane | Email from client to attorney seeking legal advice | Attorney-Client Privilege |
| SPC_ID_4162 to SPC_ID_4163 | 3/14/25 | Megan Meadows | Steve Shanklin; Dale Jabour; Demetria Mantalis | Email from attorney to client providing legal advice related to litigation strategy | Attorney-Client Privilege |
| SPC_ID_4162 to SPC_ID_4163 | 3/18/25 | Megan Meadows | Steve Shanklin; Dale Jabour | Email from attorney to client providing legal advice related to litigation strategy | Attorney-Client Privilege |
| SPC_ID_0798 TO SPC_ID_0803 | 3/21/25 | Megan Meadows | Dale Jabour; Steve Shanklin; Demetria Mantalis | Email from attorney to client providing legal advice related to litigation strategy and outlining strategy moving forward | Attorney-Client Privilege; Attorney-Work Product |

| | | | | | |
|---|---|---|---|---|---|
| SPC_ID_0798 TO SPC_ID_0803 | 3/24/25 | Steve Shanklin | Megan Meadows; Dale Jabour; Demetria Mantalis | Email from client to attorney seeking legal advice | Attorney-Client Privilege |
| SPC_ID_0798 TO SPC_ID_0803 | 3/24/25 | Megan Meadows | Steve Shanklin; Dale Jabour; Demetria Mantalis | Email from attorney to client providing legal advice related to litigation strategy | Attorney-Client Privilege |
| SPC_ID_4164 to SPC_ID_4165 | 4/8/25 | Demetria Mantalis | Steve Shanklin; Megan Meadows | Email from attorney to client providing legal advice and seeking feeback from client | Attorney-Client Privilege |
| SPC_ID_4159 to SPC_ID_4161 | 4/16/25 | Demetria Mantalis | Dale Jabour; Kenny Cochrane; Hector Morfin; Megan Meadows | Email from attorney to client providing legal advice and seeking feeback from client | Attorney-Client Privilege |
| SPC_ID_4128 to SPC_ID_4154 | 4/17/25 | Megan Meadows | Steve Shanklin; Dale Jabour; Kenny Cochrane; Hector Morfin, David Jones; Demetria Mantalis | Email from attorney to client providing legal advice related to litigation strategy | Attorney-Client Privilege |
| SPC_ID_4128 to SPC_ID_4154 | 4/17/25 | Kenny Cochrane | Steve Shanklin; Dale Jabour; Megan Meadows; Hector Morfin, David Jones; Demetria Mantalis | Email from client to attorney seeking legal advice | Attorney-Client Privilege |
| SPC_ID_4128 to SPC_ID_4154 | 4/17/25 | Megan Meadows | Steve Shanklin; Dale Jabour; Kenny Cochrane; Hector Morfin, David Jones; Demetria Mantalis | Email from attorney to client providing legal advice related to litigation strategy | Attorney-Client Privilege |
| SPC_ID_4128 to SPC_ID_4154 | 4/21/25 | Megan Meadows | Kenny Cochrane; Steve Shanklin; Demetria Mantalis; Hector Morfin; Dale Jabour; David Jones | Email from attorney to client providing direction for assignment related to litigation strategy | Attorney-Client Privilege |
| SPC_ID_4159 to SPC_ID_4161 | 4/21/25 | Demetria Mantalis | Steve Shanklin; Dale Jabour; Kenny Cochrane | Email from attorney to client providing legal advice related to litigation strategy | Attorney-Client Privilege |
| SPC_ID_4128 to SPC_ID_4154 | 4/21/25 | Kenny Cochrane | Megan Meadows; Demetria Mantalis; Dale Jabour; Hector Morfin; Davis Jones; Steve Shanklin | Email from client to attorney to request guidance on litigation strategy and requested tasks | Attorney-Client Privilege |
| SPC_ID_4128 to SPC_ID_4154 | 5/12/25 | Kenny Cochrane | Megan Meadows | Email from client to attorney regarding site pictures taken at the direction of counsel | Attorney-Client Privilege; Attorney-Work Product |
| SPC_ID_4128 to SPC_ID_4154 | 5/13/25 | Megan Meadows | Kenny Cochrane; Steve Shanklin | Email from attorney to client discussing litigation strategy | Attorney-Client Privilege |
| SPC_ID_4173 TO SPC_ID_4177 | 5/20/25 | Demetria Mantalis | Steve Shanklin; Dale Jabour; Megan Meadows | Email from attorney to client providing legal advice related to litigation stategy | Attorney-Client Privilege |
| SPC_ID_4173 TO SPC_ID_4177 | 5/20/25 | Steve Shanklin | Demetria Mantalis; Kenny Cochrane; Dale Jabour; Megan Meadows | Email from client to attorney seeking legal advice | Attorney-Client Privilege |
| SPC_ID_4173 TO SPC_ID_4177 | 5/21/25 | Demetria Mantalis | Steve Shanklin | Email from attorney to client providing legal advice related to litigation strategy | Attorney-Client Privilege |
| SPC_ID_4173 TO SPC_ID_4177 | 5/22/25 | Demetria Mantalis | Steve Shanklin; Megan Meadows | Email from attorney to client providing legal advice related to litigation strategy | Attorney-Client Privilege |
| SPC_ID_4173 TO SPC_ID_4177 | 5/22/25 | Steve Shanklin | Demetria Mantalis; Megan Meadows | Email from client to attorney discussing litigation strategy | Attorney-Client Privilege |

*Sweetener Products, Inc. Privilege Log*
*05/23/2025*