# EXHIBIT E

Jennifer F. Novak (SBN 183882)
novak@jfnovaklaw.com
Megan S. Meadows (SBN 245033)
megan@jfnovaklaw.com
Nichole Fandino (SBN 347544)
nichole@jfnovaklaw.com
LAW OFFICE OF JENNIFER F. NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone:  (310) 693-0775
Facsimile:   (310) 627-0172
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SWEETENER PRODUCTS, INC.,<br><br>Defendant. | Case No.: 2:25-CV-00078-WBS-CSK<br><br>Hon. William B. Shubb<br><br>**DEFENDANT SWEETENER PRODUCTS, INC.'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION**<br><br>Trial Date:  September 15, 2026<br>Complaint Filed: January 8, 2025 |

PROPOUNDING PARTY:   Central Valley Eden Environmental Defenders, LLC

RESPONDING PARTY:   Sweetener Products, Inc.

SET NO.:   One

## PRELIMINARY STATEMENT

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant Sweetener Products, Inc. ("Defendant"), submits the following objections and responses to Plaintiff Central Valley Eden Environmental Defenders, LLC's ("Plaintiff") Requests for Admission – Set One.

## GENERAL OBJECTIONS

All of the following General Objections and Reservations are deemed incorporated by reference into each of Defendant's specific objections and responses to the requests provided below.

These responses were prepared based on Defendant's good faith interpretation and understanding of the requests.

Defendant objects to each request to the extent it seeks information that is not relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Nothing herein shall be construed as an admission by Defendant with respect to the admissibility or relevance of any fact or document, or as an admission of the truth, or to the accuracy of any information.

Defendant reserves its right to challenge the competency, relevancy, materiality and admissibility of, and to object on any ground to, the use of information set forth herein at any subsequent proceeding or the trial of this or any other action. Defendant objects to the definitions used by Plaintiff in its Requests for Admission as overbroad and misrepresenting the requirements and scope of the Permit.

## RESPONSES TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit the genuineness of the document attached hereto as **Exhibit 1.**

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Admit.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 2:**

Admit that YOU submitted to SMARTS the document attached hereto as **Exhibit 1**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Admit.

**REQUEST FOR ADMISSION NO. 3:**

Admit that YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 1**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Defendant admits that it submitted and certified its Exhibit 1 as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 4:**

Admit that on or about April 10, 2025, YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 1**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Defendant admits that it submitted and certified Exhibit 1 as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 5:**

Admit that all information on **Exhibit 1** is true and correct.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Defendant admits it submitted and certified Exhibit 1 as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 6:**

Admit that the total size of YOUR FACILITY is 12 acres.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Defendant objects to the term Facility as overbroad, and that as defined, includes land, buildings and structures at the 1150 Thurman Road location that are not regulated

by the Permit. Defendant admits that the total area of Sweetener Products, including both industrial and non-industrial areas, is approximately 12 acres.

**REQUEST FOR ADMISSION NO. 7:**

Admit that the statement in the document attached hereto as **Exhibit** 1 indicating that the industrial area exposed to storm water at YOUR FACILITY is 1 acre, is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Defendant objects to the term Facility as overbroad, and that as defined, includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Defendant objects on the ground of relevance. Without waiving objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 8:**

Admit that the area of industrial activity exposed to storm water at YOUR FACILITY is more than 1 acre.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Defendant objects to the term Facility as overbroad, and that as defined, includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 9:**

Admit that Standard Industrial Classification (SIC) Code 2064 applies to YOUR FACILITY OPERATIONS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Admit.

**REQUEST FOR ADMISSION NO. 10:**

Admit that YOU manufacture sugar products and sugar substitutes.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Deny.

**REQUEST FOR ADMISSION NO. 11:**

Admit that YOU conduct INDUSTRIAL ACTIVITIES at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Defendant objects to the definition of Industrial Activities as overbroad and vague. Defendant objects that the definition as written describes the types of action or work that does not accurately describe the type of activity that is regulated by the Permit. Defendant also objects to the term Facility as overbroad, and that as defined, includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits that it conducts industrial activity as that term is used in the Permit.

**REQUEST FOR ADMISSION NO. 12:**

Admit that YOU conduct INDUSTRIAL ACTIVITIES outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Defendant objects to the definition of Industrial Activities as overbroad and vague. Defendant objects that the definition as written describes the types of action or work that does not accurately describe the type of activity that is regulated by the Permit. Defendant also objects to the term Facility as overbroad, and that as defined, includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits that it conducts industrial activity as that term is used in the Permit.

**REQUEST FOR ADMISSION NO. 13:**

Admit that the INDUSTRIAL ACTIVITIES YOU conduct outdoors at YOUR FACILITY are subject to the GENERAL PERMIT.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Defendant objects to the definition of Industrial Activities as overbroad and vague. Defendant objects that the definition as written describes the types of action or work that does not accurately describe the type of activity that is regulated by the Permit. Defendant also objects to the term Facility as overbroad, and that as defined, includes land, buildings and structures at the 1150 Thurman Road location that are not regulated

Case No.: 2:25-CV-00078-WBS-CSK

by the Permit. Without waiving any objections, Defendant admits that it conducts industrial activity as that term is defined in the Permit.

**REQUEST FOR ADMISSION NO. 14:**

Admit that storm water discharges from YOUR FACILITY enter the City of Lodi's municipal storm water system (MS4).

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits its onsite storm drain inlets indirectly discharge to the City of Lodi's storm drain system.

**REQUEST FOR ADMISSION NO. 15:**

Admit that YOUR regular business operating days are Monday through Friday each week.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Deny.

**REQUEST FOR ADMISSION NO. 16:**

Admit that YOUR regular business operating hours are Monday through Friday, 2:30 am to 6:30 pm.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Deny.

**REQUEST FOR ADMISSION NO. 17:**

Admit that a cooling tower has been present at YOUR FACILITY since at least September 1, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 18:**

Admit that cooling tower maintenance activities have occurred outdoors at YOUR FACILITY since at least September 1, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 19:**

Admit that a boiler has been present at YOUR FACILITY since at least September 1, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 20:**

Admit that one or more electrical rooms have been present at YOUR FACILITY since at least September 1, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 21:**

Admit that since at least September 1, 2019, fueling operations have taken place outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated

Case No.: 2:25-CV-00078-WBS-CSK

by the Permit. Defendant objects to the term "fueling operations" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 22:**

Admit that since at least September 1, 2019, metal fabrication operations have been conducted at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term "metal fabrication operations" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 23:**

Admit that since at least September 1, 2019, metal fabrication operations have been conducted at YOUR FACILITY inside a building with roll-up doors which remain open or partially open during the metal fabrication process.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term "metal fabrication operations" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 24:**

Admit that since at least September 1, 2019, welding operations have been conducted at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term "welding operations" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 25:**

Admit that since at least September 1, 2019, welding operations have been conducted at YOUR FACILITY inside a building with roll-up doors which remain open or partially open during the welding operation process.

**RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term "welding operations" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 26:**

Admit that since at least September 1, 2019, painting operations have been conducted at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term "painting operations" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 27:**

Admit that since at least September 1, 2019, painting operations have been conducted outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term "painting operations" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 28:**

Admit that since at least September 1, 2019, painting operations have been conducted at YOUR FACILITY inside a building with roll-up doors which remain open or partially open during the welding operation process.

**RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term "painting operations" as vague. Defendant is unsure as to whether Plaintiff intended this Request for Admission to refer to painting operations or welding operations as it refers to both.

**REQUEST FOR ADMISSION NO. 29:**

Admit that since at least September 1, 2019, repairing and/or maintenance of industrial equipment has occurred at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the terms "industrial equipment" and "repairing and/or maintenance" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 30:**

Admit that since at least September 1, 2019, repairing and/or maintenance of industrial equipment has occurred outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the terms "industrial equipment" and "repairing and/or maintenance" as vague. Without waiving any objections, Defendant admits.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 31:**

Admit that since at least September 1, 2019, repairing and/or maintenance of industrial machinery has occurred at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the terms "industrial machinery" and "repairing and/or maintenance" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 32:**

Admit that since at least September 1, 2019, repairing and/or maintenance of industrial machinery has occurred outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the terms "industrial machinery" and "repairing and/or maintenance" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 33:**

Admit that since at least September 1, 2019, repairing and/or maintenance of permanent industrial fixtures has occurred outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the terms "permanent industrial fixtures" and "repairing and/or maintenance" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 34:**

Admit that since at least September 1, 2019, repairing and/or maintenance of industrial equipment has occurred at YOUR FACILITY inside a building with roll-up doors which remain open or partially open during the process.

**RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the terms "industrial equipment" and "repairing and/or maintenance" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 35:**

Admit that since at least September 1, 2019, repairing and/or maintenance of industrial vehicles, including trucks, has occurred at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the terms "industrial vehicles" and "repairing and/or maintenance" as vague. Defendant denies repairing and/or maintenance of trucks has occurred. Without waiving any objections, Defendant admits repairing and/or maintenance of industrial vehicles has occurred.

**REQUEST FOR ADMISSION NO. 36:**

Admit that since at least September 1, 2019, repairing and/or maintenance of industrial vehicles, including trucks, has occurred outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the terms "industrial vehicles" and "repairing and/or maintenance" as vague. Defendant denies repairing and/or maintenance of trucks has

occurred. Without waiving any objections, Defendant admits repairing and/or maintenance of industrial vehicles has occurred.

**REQUEST FOR ADMISSION NO. 37:**

Admit that since at least September 1, 2019, repairing and/or maintenance of industrial vehicles, including trucks, has occurred at YOUR FACILITY inside a building with roll-up doors which remain open or partially open during the process.

**RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the terms "industrial vehicles" and "repairing and/or maintenance" as vague. Defendant denies repairing and/or maintenance of trucks has occurred. Without waiving any objections, Defendant admits repairing and/or maintenance of industrial vehicles has occurred.

**REQUEST FOR ADMISSION NO. 38:**

Admit that since at least September 1, 2019, repairing and/or maintenance of tankers has occurred at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

Deny.

**REQUEST FOR ADMISSION NO. 39:**

Admit that since at least September 1, 2019, repairing and/or maintenance of tankers has occurred at YOUR FACILITY inside a building with roll-up doors which remain open or partially open during the process.

**RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Deny.

**REQUEST FOR ADMISSION NO. 40:**

Admit that since at least September 1, 2019, tankers have been stored and/or parked outdoors at YOUR FACILITY.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 41:**

Admit that since at least September 1, 2019, tankers have driven into and out of the boundaries of YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 42:**

Admit that since at least September 1, 2019, tankers have driven into and out of the boundaries of YOUR FACILITY through the entrances to YOUR facility from East Thurman Street.

**RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 43:**

Admit that since at least September 1, 2019, industrial vehicles (including trucks) have been stored and/or parked outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 43:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the terms "stored" and "parked" as vague as to time. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 44:**

Admit that since at least September 1, 2019, industrial vehicles (including trucks) have driven into and out of the boundaries of YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 44:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 45:**

Admit that since at least September 1, 2019, industrial vehicles (including trucks) have driven into and out of the boundaries of YOUR FACILITY through the entrances to YOUR facility from East Thurman Street.

**RESPONSE TO REQUEST FOR ADMISSION NO. 45:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 46:**

Admit that since at least September 1, 2019, industrial equipment, such as forklifts and small material handling trucks, have been stored and/or parked outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 46:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the terms "industrial equipment" as vague, and the terms "stored" and "parked" as vague as to time. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 47:**

Admit that since at least September 1, 2019, industrial equipment, such as forklifts and small material handling trucks, have been utilized outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 47:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term "industrial equipment" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 48:**

Admit that since at least September 1, 2019, YOU have washed industrial vehicles (such as tankers, trucks and trailers) at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 48:**

Deny as written. Defendant admits it washes out trailers, Defendant denies it washes vehicles.

**REQUEST FOR ADMISSION NO. 49:**

Admit that since at least September 1, 2019, YOU have washed industrial vehicles (such as tankers, trucks and trailers) outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 49:**

Deny.

**REQUEST FOR ADMISSION NO. 50:**

Admit that since at least September 1, 2019, YOU have washed industrial vehicles at YOUR FACILITY inside a building with roll-up doors which remain open or partially open during the washing process.

**RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

Deny as written. Defendant admits it washes out trailers, Defendant denies it washes vehicles.

**REQUEST FOR ADMISSION NO. 51:**

Admit that since at least September 1, 2019, YOU have washed industrial equipment at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

Deny.

**REQUEST FOR ADMISSION NO. 52:**

Admit that since at least September 1, 2019, YOU have washed industrial equipment outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 52:**

Deny.

**REQUEST FOR ADMISSION NO. 53:**

Admit that since at least September 1, 2019, YOU have washed industrial equipment at YOUR FACILITY inside a building with roll-up doors that remain open or partially open during the washing process.

**RESPONSE TO REQUEST FOR ADMISSION NO. 53:**

Deny.

**REQUEST FOR ADMISSION NO. 54:**

Admit that since at least September 1, 2019, YOU have conducted outdoor repair and/or maintenance of equipment such as compressors and dust collectors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 54:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the terms "equipment" and "repair and/or maintenance" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 55:**

Admit that since at least September 1, 2019, YOU have stored metal materials outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 55:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the terms "metal materials" and "stored" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 56:**

Admit that since at least September 1, 2019, YOU have stored wooden materials outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 56:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the terms "wooden materials" and "stored" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 57:**

Admit that since at least September 1, 2019, YOU have stored plastic materials outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 57:**

Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the terms "plastic materials" and "stored" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 58:**

Admit that since at least September 1, 2019, YOU have stored scrap materials outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 58:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the terms "scrap materials" and "stored" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 59:**

Admit that since at least September 1, 2019, YOU have stored waste materials outdoors at YOUR FACILITY, including temporary storage of waste materials in waste bins and/or debris boxes.

**RESPONSE TO REQUEST FOR ADMISSION NO. 59:**

Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the terms "waste materials" and "stored" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 60:**

Admit that since at least September 1, 2019, the waste materials YOU have stored outdoors at YOUR FACILITY have been stored in waste bins and/or debris boxes without a cover or lid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 60:**

Deny.

**REQUEST FOR ADMISSION NO. 61:**

Admit that since at least September 1, 2019, YOU have stored INDUSTRIAL CHEMICALS at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 61:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term Industrial Chemicals as overbroad and as defined, includes items or materials that are not regulated by the Permit. Without waiving any objections, Defendant admits that it has stored chemicals that are regulated by the Permit.

**REQUEST FOR ADMISSION NO. 62:**

Admit that since at least September 1, 2019, YOU have stored INDUSTRIAL CHEMICALS at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 62:**

This Request is identical to Request Number 61.

**REQUEST FOR ADMISSION NO. 63:**

Admit that since at least September 1, 2019, YOU have stored INDUSTRIAL CHEMICALS at YOUR FACILITY in area(s) that have a roof but are otherwise open to the elements.

**RESPONSE TO REQUEST FOR ADMISSION NO. 63:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term Industrial Chemicals as overbroad and as defined includes items or materials that are not regulated by the Permit. Without waiving any objections, Defendant admits that it has stored chemicals that are regulated by the Permit.

**REQUEST FOR ADMISSION NO. 64:**

Admit that since at least September 1, 2019, YOU have stored outdoors at YOUR FACILITY raw materials for the sugar and sugar substitutes that YOU manufacture.

**RESPONSE TO REQUEST FOR ADMISSION NO. 64:**

Deny.

**REQUEST FOR ADMISSION NO. 65:**

Admit that since at least September 1, 2019, YOU have stored propane outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 65:**

Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term "stored" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 66:**

Admit that since at least September 1, 2019, one or more outdoor above-ground storage tanks (ASTs) have been present at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 66:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 67:**

Admit that since at least September 1, 2019, YOU have conducted repairs and/or maintenance outdoors at YOUR FACILITY of one or more of the above-ground storage tanks, including product storage tanks in YOUR tank farm located at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 67:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term "repairs and/or maintenance" as vague. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 68:**

Admit that since at least September 1, 2019, an above-ground storage tank containing propane has been present outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 68:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 69:**

Admit that since at least September 1, 2019, loading and unloading of tankers, trucks, sugar hoppers and/or trailers has been conducted at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 69:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 70:**

Admit that since at least September 1, 2019, loading and unloading of tankers,  trucks, sugar hoppers and/or trailers has been conducted outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 70:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 71:**

Admit that since at least September 1, 2019, loading and unloading of tankers,  trucks, sugar hoppers and/or trailers has taken place at YOUR FACILITY inside a building with roll-up doors which remain open or partially open during the loading and unloading process.

**RESPONSE TO REQUEST FOR ADMISSION NO. 71:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 72:**

Admit that since at least September 1, 2019, loading and unloading of tankers,  trucks, sugar hoppers and/or trailers has taken place at YOUR FACILITY in designated loading areas which have only a roof and are otherwise open to the elements.

**RESPONSE TO REQUEST FOR ADMISSION NO. 72:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 73:**

Admit that since at least September 1, 2019, application of pesticides has taken place outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 73:**

Deny.

**Industrial Materials and Chemicals**

**REQUEST FOR ADMISSION NO. 74:**

Admit that since at least September 1, 2019, pesticides have been present at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 74:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies pesticides are applied. Defendant admits that a company comes onsite and maintains covered bait boxes.

**REQUEST FOR ADMISSION NO. 75:**

Admit that since at least September 1, 2019, YOU have stored and/or handled painting supplies at YOUR FACILITY, including but not limited to paint and paint solvents.

**RESPONSE TO REQUEST FOR ADMISSION NO. 75:**

Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 76:**

Admit that since at least September 1, 2019, YOU have stored and/or handled painting supplies outdoors at YOUR FACILITY, including but not limited to paint and paint solvents.

**RESPONSE TO REQUEST FOR ADMISSION NO. 76:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits it has handled painting supplies. Defendant denies it has stored painting supplies outdoors.

**REQUEST FOR ADMISSION NO. 77:**

Admit that since at least September 1, 2019, YOU have stored and/or handled propane outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 77:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits it has handled propane. Defendant denies it has stored propane outdoors.

**REQUEST FOR ADMISSION NO. 78:**

Admit that since at least September 1, 2019, YOU have stored and/or handled cooling tower maintenance chemicals at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 78:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 79:**

Admit that since at least September 1, 2019, YOU have stored and/or handled cooling tower maintenance chemicals outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 79:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits it has handled cooling tower maintenance chemicals. Defendant denies it has stored cooling tower maintenance chemicals outdoors.

**REQUEST FOR ADMISSION NO. 80:**

Admit that since at least September 1, 2019, YOU have stored and/or handled diesel fuel at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 80:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 81:**

Admit that since at least September 1, 2019, YOU have stored and/or handled diesel fuel outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 81:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits it has handled diesel fuel. Defendant denies it has stored diesel fuel outdoors.

**REQUEST FOR ADMISSION NO. 82:**

Admit that since at least September 1, 2019, YOU have stored and/or handled Chemquest at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 82:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 83:**

Admit that since at least September 1, 2019, YOU have stored and/or handled Chemquest outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 83:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits it has handled Chemquest. Defendant denies it has stored Chemquest outdoors.

**REQUEST FOR ADMISSION NO. 84:**

Admit that since at least September 1, 2019, YOU have stored and/or handled Acetylene at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 84:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 85:**

Admit that since at least September 1, 2019, YOU have stored and/or handled Acetylene outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 85:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits it has handled Acetylene. Defendant denies it has stored Acetylene outdoors.

**REQUEST FOR ADMISSION NO. 86:**

Admit that since at least September 1, 2019, YOU have stored and/or handled Sulfite at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 86:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 87:**

Admit that since at least September 1, 2019, YOU have stored and/or handled Sulfite outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 87:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated

by the Permit. Without waiving any objections, Defendant admits it has handled Sulfite. Defendant denies it has stored Sulfite outdoors.

**REQUEST FOR ADMISSION NO. 88:**

Admit that since at least September 1, 2019, YOU have stored and/or handled Sodium Hydroxide at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 88:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 89:**

Admit that since at least September 1, 2019, YOU have stored and/or handled Tartaric Acid at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 89:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 90:**

Admit that since at least September 1, 2019, YOU have stored and/or handled Tartaric Acid outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 90**

Deny.

**REQUEST FOR ADMISSION NO. 91:**

Admit that since at least September 1, 2019, YOU have stored and/or handled Hydrochloric Acid at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 91**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 92:**

Admit that since at least September 1, 2019, YOU have stored and/or handled Hydrochloric Acid outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 92**

Deny.

**REQUEST FOR ADMISSION NO. 93:**

Admit that since at least September 1, 2019, YOU have stored and/or handled at YOUR FACILITY 2,5-dihydroxybenzoic acid, also known as gentisic acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 93:**

Deny.

**REQUEST FOR ADMISSION NO. 94:**

Admit that since at least September 1, 2019, YOU have stored and/or handled at YOUR FACILITY 2,5-dihydroxybenzoic acid, also known as gentisic acid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 94:**

Deny.

**REQUEST FOR ADMISSION NO. 95:**

Admit that since at least September 1, 2019, YOU have stored and/or handled Sodium Hydroxide outdoors at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 95:**

Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits it has handled Sodium Hydroxide. Defendant denies it has stored Sodium Hydroxide outdoors.

**REQUEST FOR ADMISSION NO. 96:**

Admit that since at least September 1, 2019, YOU have stored and/or handled at YOUR FACILITY materials and chemicals associated with YOUR maintenance shop and maintenance of industrial equipment, machinery and vehicles, including but not limited to engine oil, waste oils, gasoline, degreasers, lubricants, sealants, adhesives, diesel

Case No.: 2:25-CV-00078-WBS-CSK

exhaust fluids, industrial coatings, transmission fluid, brake fluid, coolants, antifreeze and batteries.

**RESPONSE TO REQUEST FOR ADMISSION NO. 96:**

Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 97:**

Admit that since at least September 1, 2019, YOU have stored and/or handled outdoors at YOUR FACILITY materials and chemicals associated with YOUR maintenance shop and maintenance of industrial equipment, machinery and vehicles, including but not limited to engine oil, waste oils, gasoline, degreasers, lubricants, sealants, adhesives, diesel exhaust fluids, industrial coatings, transmission fluid, brake fluid, coolants, antifreeze and batteries.

**RESPONSE TO REQUEST FOR ADMISSION NO. 97:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the request as overbroad and vague. Defendant denies handling or storing waste oil outdoors without secondary containment. Without waiving any objections, Defendant it has handled various materials and chemicals associated with its maintenance shop and maintenance of equipment.

**REQUEST FOR ADMISSION NO. 98:**

Admit that since at least September 1, 2019, YOU have stored and/or handled at YOUR FACILITY materials and chemicals associated with YOUR welding operations, including but not limited to cutting oils, coolants, lubricants, solvents, coatings and gases.

**RESPONSE TO REQUEST FOR ADMISSION NO. 98:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 99:**

Admit that since at least September 1, 2019, YOU have stored and/or handled outdoors at YOUR FACILITY materials and chemicals associated with YOUR welding industrial processes, including but not limited to cutting oils, coolants, lubricants, solvents, coatings and gases.

**RESPONSE TO REQUEST FOR ADMISSION NO. 99:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant admits to storing and/or handling gases. As to the remaining allegations, Defendant denies.

**REQUEST FOR ADMISSION NO. 100:**

Admit that since at least September 1, 2019, YOU have stored and/or handled outdoors at YOUR FACILITY materials and chemicals associated with YOUR metal fabrication industrial processes, including but not limited to metalworking fluids, coolants, lubricants, solvents, and cutting oils.

**RESPONSE TO REQUEST FOR ADMISSION NO. 100:**

Deny.

**REQUEST FOR ADMISSION NO. 101:**

Admit that since at least September 1, 2019, YOU have stored and/or handled outdoors at YOUR FACILITY boiler water treatment chemicals.

**RESPONSE TO REQUEST FOR ADMISSION NO. 101:**

Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits it has handled boiler water treatment chemicals. Defendant denies it has stored boiler water treatment chemicals outdoors.

**Drainage and Stormwater Flow**

**REQUEST FOR ADMISSION NO. 102:**

Admit that since at least September 1, 2019, storm drain inlets have been located within the boundaries of YOUR FACILITY which connect to the City of Lodi's storm drain (MS4) system.

**RESPONSE TO REQUEST FOR ADMISSION NO. 102:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits the storm drain inlets indirectly connect to the City of Lodi's MS4 system.

**REQUEST FOR ADMISSION NO. 103:**

Admit that since at least September 1, 2019, at least twelve (12) storm drain inlets have been located within the boundaries of YOUR FACILITY, all of which connect to the City of Lodi's storm drain (MS4) system.

**RESPONSE TO REQUEST FOR ADMISSION NO. 103:**

Deny.

**REQUEST FOR ADMISSION NO. 104:**

Admit that since at least September 1, 2019, none of the storm drain inlets located within the boundaries of YOUR FACILITY which connect to the City of Lodi's storm drain (MS4) system have been capped or otherwise altered to prevent storm water from entering the storm drain inlet.

**RESPONSE TO REQUEST FOR ADMISSION NO. 104:**

Deny.

**REQUEST FOR ADMISSION NO. 105:**

Admit that on September 1, 2019, no storm water containment or discharge reduction system existed at YOUR FACILITY (such as a detention or retention pond).

**RESPONSE TO REQUEST FOR ADMISSION NO. 105:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the question to the extent it is asking for information that is not relevant to Defendant's property or its stormwater management or required by the Permit. Defendant admits that it does not have a detention or retention pond.

**REQUEST FOR ADMISSION NO. 106:**

Admit that since at least September 1, 2019, YOU have not installed or constructed a storm water containment or discharge reduction system at YOUR FACILITY (such as a detention or retention pond).

**RESPONSE TO REQUEST FOR ADMISSION NO. 106:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the question to the extent it is asking for information that is not relevant to Defendant's property or its stormwater management or required by the Permit. Defendant admits that it does not have a detention or retention pond.

**REQUEST FOR ADMISSION NO. 107:**

Admit that on September 1, 2019, no perimeter berm existed at YOUR FACILITY which surrounded the entire FACILITY boundary.

**RESPONSE TO REQUEST FOR ADMISSION NO. 107:**

Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the question to the extent it is asking for information that is not relevant to Defendant's property or its stormwater management or required by the Permit. Without waiving any objections, defendant admits a perimeter berm has not surrounded the entire property.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 108:**

Admit that since at least September 1, 2019, you have not installed or constructed a perimeter berm around YOUR entire FACILITY boundary.

**RESPONSE TO REQUEST FOR ADMISSION NO. 108:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the question to the extent it is asking for information that is not relevant to Defendant's property or its stormwater management or required by the Permit. Defendant admits that it has a berm, and Defendant admits the berm is not, nor required to be, constructed around the boundary of the entire property.

**REQUEST FOR ADMISSION NO. 109:**

Admit that since at least September 1, 2019, there have been two (2) entrances to YOUR FACILITY from East Thurman Street.

**RESPONSE TO REQUEST FOR ADMISSION NO. 109:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 110:**

Admit that on September 1, 2019, there were no stormwater diversion or containment measures installed at either of the two entrances to YOUR FACILITY to prevent stormwater from escaping from either of the entrances to East Thurman Street (e.g. concrete berms, rollover berms, curbs, wattles, trench drains, grading inward to property).

**RESPONSE TO REQUEST FOR ADMISSION NO. 110:**

Deny.

**REQUEST FOR ADMISSION NO. 111:**

Admit that since at least September 1, 2019, YOU have not constructed or installed any stormwater diversion or containment measures at either of the two entrances to YOUR FACILITY to prevent stormwater from escaping from either of the entrances to East

Thurman Street (e.g. concrete berms, rollover berms, curbs, wattles, trench drains, grading inward to property).

**RESPONSE TO REQUEST FOR ADMISSION NO. 111:**

Deny.

**SECTION II-SWPPPs and SITE MAPs**

Request Nos. 112 through 331 apply to the various versions of YOUR STORMWATER POLLUTION PREVENTION PLAN (SWPPP) and Site Maps uploaded/certified to SMARTS in effect from September 1, 2019, through April 30, 2025.

These Requests support the First Cause of Action in Plaintiff's Complaint, as well as the facts contained in Plaintiff's Complaint, at ¶¶103-117.

The specific SWPPP revisions referred to in these Requests are as follows:

(1)     SWPPP revision YOU certified to SMARTS on December 14, 2018, as Attachment 2300508, with a date on its cover and signature pages of June 19, 2015, and an amendment log revision date of July 17, 2018, attached hereto as **Exhibit 5** ("SWPPP 12/14/2018");

(2)     SWPPP revision YOU certified to SMARTS on January 26, 2022, as Attachment 3024947, with a date on its cover and signature pages of June 19, 2015, and an amendment log revision date of December 6, 2021, attached hereto as **Exhibit 6** ("SWPPP 1/26/2022");

(3)     SWPPP revision YOU certified to SMARTS on August 3, 2022, as Attachment 3172006, with a date on its cover and signature pages of August 1, 2022, and an amendment log revision date of August 1, 2022, attached hereto as **Exhibit 7** ("SWPPP 8/3/2022"); and

(4)     SWPPP revision YOU certified to SMARTS on November 12, 2024, as Attachment 3744155, with a date on its cover page of October 23, 2024, a date on its signature page of August 1, 2022, and an amendment log revision date of October 23, 2024, attached hereto as **Exhibit 8** ("SWPPP 11/12/2024").

Case No.: 2:25-CV-00078-WBS-CSK

The specific Site Map revisions referred to in these Requests are as follows:

(1)    Site Map revision YOU certified in SMARTS on December 14, 2018, as Attachment 2300508, attached hereto as **x** ("Site Map 12/14/2018");

(2)    Site Map revision YOU certified in SMARTS on January 26, 2022, as Attachment 3024943, attached hereto as **Exhibit 10** ("Site Map 1/26/2022");

(3)    Site Map revision YOU certified in SMARTS on August 3, 2022, as Attachment 3172007, attached hereto as **Exhibit 11** (Site Map 8/2/2022");

(4)    Site Map revision YOU certified in SMARTS on May 1, 2024, as Attachment 3604592, attached hereto as **Exhibit 12** ("Site Map 5/1/2024"); and

(5)    Site Map revision YOU certified in SMARTS on November 12, 2024, as Attachment 3744156, attached hereto as **Exhibit 13** ("Site Map 11/12/2024").

**SWPPP 12/14/2018** (Exhibit 5)

**REQUEST FOR ADMISSION NO. 112:**

Admit the genuineness of the document attached hereto as **Exhibit 5.**

**RESPONSE TO REQUEST FOR ADMISSION NO. 112:**

Admit.

**REQUEST FOR ADMISSION NO. 113:**

Admit that YOU submitted to SMARTS the document attached hereto as **Exhibit 5**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 113:**

Admit.

**REQUEST FOR ADMISSION NO. 114:**

Admit that YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 5**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 114:**

Defendant admits that it submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 115:**

Admit that on December 14, 2018, YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 5**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 115:**

Defendant admits that it submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 116:**

Admit that all information contained in **Exhibit 5** is true and correct.

**RESPONSE TO REQUEST FOR ADMISSION NO. 116:**

Defendant admits that it submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 117:**

Admit that all information contained in **Exhibit 5** was true and correct on December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 117:**

Defendant admits that it submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 118:**

Admit that all information contained in **Exhibit 5** was true and correct between December 14, 2018, and January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 118:**

Defendant admits that it submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 119:**

Admit that all information contained in **Exhibit 5** was true and correct between December 14, 2018, and December 27, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 119:**

Defendant admits that it submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 120:**

Admit that all information contained in **Exhibit 5** was true and correct between December 14, 2018, and October 27, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 120:**

Defendant admits that it submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 121:**

Admit that the statement in **Exhibit 5** (Section B.D.) that the total size of YOUR facility is 4 acres is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 121:**

Deny.

**REQUEST FOR ADMISSION NO. 122:**

Admit that the statement in **Exhibit 5** (Section B.11) that [all] "On-site storm drains are connected underground in series" is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 122:**

Deny.

**REQUEST FOR ADMISSION NO. 123:**

Admit that YOU failed to include in **Exhibit 5** all INDUSTRIAL MATERIALS and INDUSTRIAL CHEMICALS handled or stored at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 123:**

Defendant submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit.. Defendant objects to the definitions of Industrial Materials and Industrial Chemicals as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 124:**

Admit that YOU failed to include in **Exhibit 5** all INDUSTRIAL ACTIVITIES/PROCESSES occurring at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 124:**

Defendant submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates.. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 125:**

Admit that YOU failed to include in **Exhibit 5** a description of all INDUSTRIAL ACTIVITIES/PROCESSES occurring at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 125:**

Defendant submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 126:**

Admit that YOU failed to include in **Exhibit 5** a description of all potential POLLUTANT sources at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 126:**

Defendant submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Pollutant as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 127:**

Admit that YOU failed to include in **Exhibit 5** an assessment of all potential POLLUTANT sources at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 127:**

Defendant submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Pollutant as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 128:**

Admit that YOU failed to include in **Exhibit 5** a description of all potential NON-STORM WATER DISCHARGES at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 128:**

Defendant submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 129:**

Admit that YOU failed to include in **Exhibit 5** a complete and accurate description of all DISCHARGE LOCATIONS at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 129:**

Defendant submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 130:**

Admit that YOUR representation in **Exhibit 5** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Discharge Location #3 was false as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 130:**

Defendant submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 131:**

Admit that YOUR representation in **Exhibit 5** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Discharge Location #4 was false as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 131:**

Defendant submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 132:**

Admit that YOUR representation in **Exhibit 5** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Discharge Location #5 was false as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 132:**

Defendant submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 133:**

Admit that YOUR representation in **Exhibit 5** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Discharge Location #6 was false as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 133:**

Defendant submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 134:**

Admit that YOUR representation in **Exhibit 5** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Discharge Location #7 was false as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 134:**

Defendant submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 135:**

Admit that YOUR representation in **Exhibit 5** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Discharge Location #8 was false as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 135:**

Defendant submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 136:**

Admit that YOUR representation in **Exhibit 5** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Discharge Location #9 was false as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 136:**

Defendant submitted Exhibit 5 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 137:**

Admit that YOUR representation in **Exhibit 5** that YOU were a member of the California Trucking Association Compliance Group on December 14, 2018, is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 137:**

Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Deny.

**SWPPP 1/26/2022** (Exhibit 6)

**REQUEST FOR ADMISSION NO. 138:**

Admit the genuineness of the document attached hereto as **Exhibit 6**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 138:**

Admit.

**REQUEST FOR ADMISSION NO. 139:**

Admit that YOU submitted to SMARTS the document attached hereto as **Exhibit 6**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 139:**

Admit.

**REQUEST FOR ADMISSION NO. 140:**

Admit that YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 6**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 140:**

Defendant admits that it submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 141:**

Admit that on January 26, 2022, YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 6**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 141:**

Defendant admits that it submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 142:**

Admit that all information contained in **Exhibit 6** was true and correct on January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 142:**

Defendant admits that it submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 143:**

Admit that all information contained in **Exhibit 6** was true and correct between January 26, 2022, and August 3, 2022.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 143:**

Defendant admits that it submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 144:**

Admit that all information contained in **Exhibit 6** was true and correct between January 26, 2022, and July 4, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 144:**

Defendant admits that it submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 145:**

Admit that all information contained in **Exhibit 6** was true and correct between January 26, 2022, and May 5, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 145:**

Defendant admits that it submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 146:**

Admit that YOUR statement in **Exhibit 6** (Section B.D.) that the total size of YOUR facility is 4 acres is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 146:**

Deny.

**REQUEST FOR ADMISSION NO. 147:**

Admit that YOUR representation in **Exhibit 6** that YOU were a member of the California Trucking Association Compliance Group on January 26, 2022, is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 147:**

Deny.

**REQUEST FOR ADMISSION NO. 148:**

Admit that YOUR statement in **Exhibit 6** (Section B.11) that [all] "On-site storm drains are connected underground in series" as of January 26, 2022, is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 148:**

Defendant submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 149:**

Admit that YOU failed to include in **Exhibit 6** all INDUSTRIAL MATERIALS and INDUSTRIAL CHEMICALS handled or stored at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 149:**

Defendant submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the definitions of Industrial Materials and Industrial Chemicals as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 150:**

Admit that YOU failed to include in **Exhibit 6** all INDUSTRIAL ACTIVITIES/PROCESSES occurring at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 150:**

Defendant submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the

Permit. Defendant objects to the definition of Industrial Activities/Processes as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 151:**

Admit that YOU failed to include in **Exhibit 6** a description of all INDUSTRIAL ACTIVITIES/ PROCESSES occurring at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 151:**

Defendant submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities/Processes as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 152:**

Admit that YOU failed to include in **Exhibit 6** a description of all potential POLLUTANT sources at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 152:**

Defendant submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the definition of Pollutant as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 153:**

Admit that YOU failed to include in **Exhibit 6** an assessment of all potential POLLUTANT sources at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 153:**

Defendant submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the

Permit. Defendant objects to the definition of Pollutant as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 154:**

Admit that YOU failed to include in **Exhibit 6** a description of all potential NON-STORM WATER DISCHARGES at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 154:**

Defendant submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 155:**

Admit that YOU failed to include in **Exhibit 6** a complete and accurate description of all DISCHARGE LOCATIONS at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 155:**

Defendant submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 156:**

Admit that YOUR representation in **Exhibit 6** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Discharge Location #3 was false as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 156:**

Defendant submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what

Case No.: 2:25-CV-00078-WBS-CSK

the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 157:**

Admit that YOUR representation in **Exhibit 6** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Discharge Location #4 was false as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 157:**

Defendant submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 158:**

Admit that YOUR representation in **Exhibit 6** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Discharge Location #5 was false as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 158:**

Defendant submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 159:**

Admit that YOUR representation in **Exhibit 6** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Discharge Location #6 was false as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 159:**

Defendant submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what

Case No.: 2:25-CV-00078-WBS-CSK

the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 160:**

Admit that YOUR representation in **Exhibit 6** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Discharge Location #7 was false as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 160:**

Defendant submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 161:**

Admit that YOUR representation in **Exhibit 6** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Discharge Location #8 was false as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 161:**

Defendant submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 162:**

Admit that YOUR representation in **Exhibit 6** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Discharge Location #9 was false as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 162:**

Defendant submitted Exhibit 6 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**SWPPP 8/3/2022** (Exhibit 7)

**REQUEST FOR ADMISSION NO. 163:**

Admit the genuineness of the document attached hereto as **Exhibit 7**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 163:**

Admit.

**REQUEST FOR ADMISSION NO. 164:**

Admit that YOU submitted to SMARTS the document attached hereto as **Exhibit 7**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 164:**

Admit.

**REQUEST FOR ADMISSION NO. 165:**

Admit that YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 7**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 165:**

Defendant admits that it submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 166:**

Admit that on August 3, 2022, YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 7**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 166:**

Defendant admits that it submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 167**

Admit that all information contained in **Exhibit 7** was true and correct on August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 167:**

Defendant admits that it submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 168:**

Admit that all information contained in **Exhibit 7** was true and correct between August 3, 2022, and November 12, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 168:**

Defendant admits that it submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 169:**

Admit that all information contained in **Exhibit 7** was true and correct between August 3, 2022, and October 13, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 169:**

Defendant admits that it submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 170:**

Admit that all information contained in **Exhibit 7** was true and correct between August 3, 2022, and August 14, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 170:**

Defendant admits that it submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 171:**

Admit that YOUR statement in **Exhibit 7** (Section B.4) that the total size of YOUR facility is 4 acres is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 171:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 172:**

Admit that YOUR statement in **Exhibit 7** (Section B.11) that [all] "Onsite storm drain inlets are connected by underground piping" as of August 3, 2022, is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 172:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 173:**

Admit that YOU failed to include in **Exhibit 7** all INDUSTRIAL MATERIALS and INDUSTRIAL CHEMICALS handled or stored at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 173:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the definitions of Industrial Materials and Industrial Chemicals as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 174:**

Admit that YOU failed to include in **Exhibit 7** all INDUSTRIAL ACTIVITIES/ PROCESSES occurring at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 174:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the definition of Industrial Activities/Processes as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 175:**

Admit that YOU failed to include in **Exhibit 7** a description of all potential POLLUTANT sources at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 175:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 176:**

Admit that YOU failed to include in **Exhibit 7** an assessment of all potential POLLUTANT sources at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 176:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the definition of Industrial Pollutant as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 177:**

Admit that YOU failed to include in **Exhibit 7** a description of all potential NON-STORM WATER DISCHARGES at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 177:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 178:**

Admit that YOU failed to include in **Exhibit 7** a complete and accurate description of all DISCHARGE LOCATIONS at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 178:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 179:**

Admit that YOUR representation in **Exhibit 7** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Drain 1 was false as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 179:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 180:**

Admit that YOUR representation in **Exhibit 7** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Drain 2 was false as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 180:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 181:**

Admit that YOUR representation in **Exhibit 7** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Drain 5 was false as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 181:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 182:**

Admit that YOUR representation in **Exhibit 7** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Drain 6 was false as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 182:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 183:**

Admit that YOUR representation in **Exhibit 7** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Drain 7 was

 as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 183:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 184:**

Admit that YOUR representation in **Exhibit 7** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Drain 8 was false as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 184:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 185:**

Admit that YOUR representation in **Exhibit 7** that no INDUSTRIAL ACTIVITIES were occurring in the vicinity of Drain 9 was false as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 185:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 186:**

Admit that YOUR representation in **Exhibit 7** that Drain 11 receives commingled storm water from all other onsite drain inlets was false as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 186:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 187:**

Admit that YOUR representation in **Exhibit 7** that Drain 1 is connected by piping to the main storm water drainage system at YOUR FACILITY was false as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 187:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 188:**

Admit that YOUR representation in **Exhibit 8** that Drain 2 is connected by piping to the main storm water drainage system at YOUR FACILITY was false as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 188:**

Defendant submitted Exhibit 7 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally. Without waiving objections, Defendant denies.

**SWPPP 11/12/2024** (Exhibit 8)

**REQUEST FOR ADMISSION NO. 189:**

Admit the genuineness of the document attached hereto as **Exhibit 8**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 189:**

Admit.

**REQUEST FOR ADMISSION NO. 190:**

Admit that YOU submitted to SMARTS the document attached hereto as **Exhibit 8**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 190:**

Defendant admits that it submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 191:**

Admit that YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 8**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 191:**

Defendant admits that it submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 192:**

Admit that on November 12, 2024, YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 8**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 192:**

Defendant admits that it submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 193:**

Admit that all information contained in **Exhibit 8** was true and correct on November 12, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 193:**

Defendant admits that it submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 194:**

Admit that YOUR statement in **Exhibit 8** (Section B.4) that the total size of YOUR facility is 4 acres is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 194:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 195:**

Admit that YOUR statement in **Exhibit 8** (Section B.11) that [all] "Onsite storm drain inlets are connected by underground piping" is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 195:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 196:**

Admit that YOU failed to include in **Exhibit 8** all INDUSTRIAL MATERIALS and INDUSTRIAL CHEMICALS handled or stored at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 196:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the

Permit. Defendant objects to the definitions of Industrial Materials and Industrial Chemicals as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 197:**

Admit that YOU failed to include in **Exhibit 8** all INDUSTRIAL ACTIVITIES/ PROCESSES occurring at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 197:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the definition of Industrial Activities/Processes as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 198:**

Admit that YOU failed to include in **Exhibit 8** all INDUSTRIAL ACTIVITIES/PROCESSES occurring at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 198:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the definition of Industrial Activities/Processes as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 199:**

Admit that YOU failed to include in **Exhibit 8** a description of all potential POLLUTANT sources at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 199:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the definition of Pollutant as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 200:**

Admit that YOU failed to include in **Exhibit 8** an assessment of all potential POLLUTANT sources at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 200:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the definition of Pollutant as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 201:**

Admit that YOU failed to include in **Exhibit 8** a description of all potential NON-STORM WATER DISCHARGES at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 201:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 202:**

Admit that YOU failed to include in **Exhibit 8** a complete and accurate description of all DISCHARGE LOCATIONS at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 202:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 203:**

Admit that YOUR representation in **Exhibit 8** that no INDUSTRIAL ACTIVITIES occur in the vicinity of Drain 1 is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 203:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities/Processes as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 204:**

Admit that YOUR representation in **Exhibit 8** that no INDUSTRIAL ACTIVITIES occur in the vicinity of Drain 2 is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 204:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities/Processes as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as

implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 205:**

Admit that YOUR representation in **Exhibit 8** that no INDUSTRIAL ACTIVITIES occur in the vicinity of Drain 5 is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 205:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities/Processes as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 206:**

Admit that YOUR representation in **Exhibit 8** that no INDUSTRIAL ACTIVITIES occur in the vicinity of Drain 6 is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 206:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities/Processes as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 207:**

Admit that YOUR representation in **Exhibit 8** that no INDUSTRIAL ACTIVITIES occur in the vicinity of Drain 7 is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 207:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

Defendant objects to the definition of Industrial Activities/Processes as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 208:**

Admit that YOUR representation in **Exhibit 8** that no INDUSTRIAL ACTIVITIES occur in the vicinity of Drain 8 is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 208:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 209:**

Admit that YOUR representation in **Exhibit 8** that no INDUSTRIAL ACTIVITIES occur in the vicinity of Drain 9 is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 209:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 210:**

Admit that YOUR representation in **Exhibit 8** that stormwater samples are collected from the bottom of Drain 11 is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 210:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 211:**

Admit that YOUR representation in **Exhibit 8** that Drain 11 receives commingled storm water from all other onsite drain inlets is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 211:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 212:**

Admit that YOUR representation in **Exhibit 8** that Drain 1 is connected by piping to the main storm water drainage system at YOUR FACILITY is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 212:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 213:**

Admit that YOUR representation in **Exhibit 8** that Drain 2 is connected by piping to the main storm water drainage system at YOUR FACILITY is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 213:**

Defendant submitted Exhibit 8 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the definition of Industrial Activities/Processes as overbroad and beyond what the Permit regulates. Defendant objects to use of the term "false" as

implying inaccurate information was provided intentionally.  Without waiving objections, Defendant denies.

**Site Map 12-14-2018** (Exhibit 9)

**REQUEST FOR ADMISSION NO. 214:**

Admit the genuineness of the document attached hereto as **Exhibit 9**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 214:**

Admit.

**REQUEST FOR ADMISSION NO. 215:**

Admit that YOU submitted to SMARTS the document attached hereto as **Exhibit 9**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 215:**

Admit.

**REQUEST FOR ADMISSION NO. 216:**

Admit that YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 9**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 216:**

Defendant admits that it submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 217:**

Admit that on December 14, 2018, YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 9**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 217:**

Defendant admits that it submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 218:**

Admit that **Exhibit 9** was true and correct as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 218:**

Case No.: 2:25-CV-00078-WBS-CSK

Defendant admits that it submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 219:**

Admit that YOU failed to include in **Exhibit 9** an accurate depiction of the property boundaries of YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 219:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term "boundaries" as vague and irrelevant. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 220:**

Admit that YOU failed to include in **Exhibit 9** an accurate depiction of all drainage areas at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 220:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 221:**

Admit that YOU failed to include in **Exhibit 9** an accurate depiction of all DISCHARGE LOCATIONS at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 221:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 222:**

Admit that YOU failed to include in **Exhibit 9** an accurate depiction of the underground storm water piping connections at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 222:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 223:**

Admit that YOU failed to include in **Exhibit 9** a depiction of all areas of materials directly exposed to storm water at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 223:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the description "all areas of materials" as vague. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 224:**

Admit that YOU failed to include in **Exhibit 9** an accurate depiction of all impervious areas at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 224:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 225:**

Admit that YOU failed to include in **Exhibit 9** an accurate depiction of all storm drain inlets at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 225:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 226:**

Admit that YOU failed to include in **Exhibit 9** an accurate depiction of the exact locations of all storm drain inlets at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 226:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 227:**

Admit that YOU failed to include in **Exhibit 9** a depiction of the storm drain inlet located at the east end of the loading/unloading dock near Bays 4 and 5 at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 227:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit.. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 228:**

Admit that YOU failed to include in **Exhibit 9** a depiction of the municipal storm drain inlets on E. Thurman Street which received storm water runoff from YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 228:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 229:**

Admit that YOU failed to include in **Exhibit 9** an accurate depiction of the direction of storm water flow at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 229:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 230:**

Admit that YOU failed to include in **Exhibit 9** a depiction of the above-ground propane storage tank located at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 230:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects on the grounds of relevance. Without waiving objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 231:**

Admit that YOU failed to include in **Exhibit 9** a depiction of the cooling tower located at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 231:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 232:**

Admit that YOU failed to include in **Exhibit 9** a depiction of the boiler located at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 232:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 233:**

Admit that YOU failed to include in **Exhibit 9** a depiction of the electrical rooms located at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 233:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects on the grounds of relevance. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 234:**

Admit that YOU failed to include in **Exhibit 9** a depiction of the locations of outdoor storage of INDUSTRIAL CHEMICALS located at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 234:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term Industrial Chemicals as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 235:**

Admit that YOU failed to include in **Exhibit 9** a depiction of all areas of outdoor storage located at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 235:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 236:**

Admit that YOU failed to include in **Exhibit 9** a depiction of all areas of INDUSTRIAL ACTIVITY conducted at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 236:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 237:**

Admit that YOU failed to include in **Exhibit 9** an accurate depiction of the exact locations of all areas of INDUSTRIAL ACTIVITY conducted at YOUR FACILITY as of December 14, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 237:**

Defendant submitted Exhibit 9 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term Industrial Activity as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**Site Map 1-26-2022** (Exhibit 10)

**REQUEST FOR ADMISSION NO. 238:**

Admit the genuineness of the document attached hereto as **Exhibit 10.**

**RESPONSE TO REQUEST FOR ADMISSION NO. 238:**

Admit.

**REQUEST FOR ADMISSION NO. 239:**

Admit that YOU submitted to SMARTS the document attached hereto as **Exhibit 10**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 239:**

Admit.

**REQUEST FOR ADMISSION NO. 240:**

Admit that YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 10**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 240:**

Defendant admits that it submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 241:**

Admit that on January 26, 2022, YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 10**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 241:**

Defendant admits that it submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 242:**

Admit that **Exhibit 10** was true and correct as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 242:**

Defendant admits that it submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 243:**

Admit that YOU failed to include in **Exhibit 10** an accurate depiction of the property boundaries of YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 243:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land,

buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term "boundaries" as vague and on the basis of relevance. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 244:**

Admit that YOU failed to include in **Exhibit 10** an accurate depiction of all  drainage areas at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 244:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 245:**

Admit that YOU failed to include in **Exhibit 10** an accurate depiction of all DISCHARGE LOCATIONS at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 245:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 246:**

Admit that YOU failed to include in **Exhibit 10** an accurate depiction of the underground storm water piping connections at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 246:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land,

buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 247:**

Admit that YOU failed to include in **Exhibit 10** an accurate depiction of all areas of materials directly exposed to storm water at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 247:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 248:**

Admit that YOU failed to include in **Exhibit 10** an accurate depiction of all impervious areas at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 248:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 249:**

Admit that YOU failed to include in **Exhibit 10** an accurate depiction of all storm drain inlets at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 249:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land,

buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 250:**

Admit that YOU failed to include in **Exhibit 10** an accurate depiction of the exact locations of all storm drain inlets at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 250:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 251:**

Admit that YOU failed to include in **Exhibit 10** a depiction of the storm drain inlet located at the east end of the loading/unloading dock near Bays 4 and 5 at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 251:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 252:**

Admit that YOU failed to include in **Exhibit 10** a depiction of the municipal storm drain inlets on E. Thurman Street which received storm water runoff from YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 252:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 253:**

Admit that YOU failed to include in **Exhibit 10** an accurate depiction of the direction of storm water flow at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 253:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Without waiving objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 254:**

Admit that YOU failed to include in **Exhibit 10** a depiction of the direction of all storm water flow at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 254:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the phrasing of "all storm water flow" as vague and irrelevant. Without waiving objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 255:**

Admit that YOU failed to include in **Exhibit 10** a depiction of the above-ground propane storage tank located at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 255:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land,

buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects on the ground of relevance. Without waiving objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 256:**

Admit that YOU failed to include in **Exhibit 10** a depiction of the cooling tower located at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 256:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 257:**

Admit that YOU failed to include in **Exhibit 10** a depiction of the locations of outdoor storage of INDUSTRIAL CHEMICALS at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 257:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the definition of Industrial Chemicals as overbroad and beyond what the Permit regulates. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 258:**

Admit that YOU failed to include in **Exhibit 10** a depiction of the boiler located at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 258:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 259:**

Admit that YOU failed to include in **Exhibit 10** a depiction of the electrical rooms located at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 259:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 260:**

Admit that YOU failed to include in **Exhibit 10** a depiction of all areas of outdoor storage at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 260:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 261:**

Admit that YOU failed to include in **Exhibit 10** an accurate depiction of the exact locations of all areas of outdoor storage at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 261:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land,

buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term "all areas of outdoor storage" as overbroad and vague. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 262:**

Admit that YOU failed to include in **Exhibit 10** a depiction of all areas of INDUSTRIAL ACTIVITY conducted at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 262:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the definition of Industrial Activity as overbroad, and beyond what the Permit requires. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 263:**

Admit that YOU failed to include in **Exhibit 10** an accurate depiction of the exact locations of all areas of INDUSTRIAL ACTIVITY conducted at YOUR FACILITY as of January 26, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 263:**

Defendant submitted Exhibit 10 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the definition of Industrial Activity as overbroad, and beyond what the Permit requires. Without waiving objections, Defendant denies.

**Site Map 8-3-2022** (Exhibit 11)

**REQUEST FOR ADMISSION NO. 264:**

Admit the genuineness of the document attached hereto as **Exhibit 11**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 264:**

Admit.

**REQUEST FOR ADMISSION NO. 265:**

Admit that YOU submitted to SMARTS the document attached hereto as **Exhibit 11**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 265:**

Admit.

**REQUEST FOR ADMISSION NO. 266:**

Admit that YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 11**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 266:**

Defendant admits that it submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 267:**

Admit that on August 3, 2022, YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 11**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 267:**

Defendant admits that it submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 268:**

Admit that **Exhibit 11** was true and correct as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 268:**

Defendant admits that it submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 269:**

Admit that YOU failed to include in **Exhibit 11** an accurate depiction of the property boundaries of YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 269:**

Defendant submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term "boundaries" as vague. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 270:**

Admit that YOU failed to include in **Exhibit 11** a depiction of all drainage areas at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 270:**

Defendant submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 271:**

Admit that YOU failed to include in **Exhibit 11** a depiction of all DISCHARGE LOCATIONS at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 271:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Deny.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 272:**

Admit that YOU failed to include in **Exhibit 11** an accurate depiction of the underground storm water piping connections at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 272:**

Defendant submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 273:**

Admit that YOU failed to include in **Exhibit 11** a depiction of all areas where materials are directly exposed to storm water at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 273:**

Defendant submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 274:**

Admit that YOU failed to include in **Exhibit 11** a depiction of all impervious areas at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 274:**

Defendant submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 275:**

Admit that YOU failed to include in **Exhibit 11** a depiction of all storm drain inlets at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 275:**

Defendant submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 276:**

Admit that YOU failed to include in **Exhibit 11** an accurate depiction of the exact locations of the storm drain inlets at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 276:**

Defendant submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 277:**

Admit that YOU failed to include in **Exhibit 11** a depiction of the storm drain inlet located at the east end of the loading/unloading dock near Bays 4 and 5 at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 277:**

Defendant submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 278:**

Admit that YOU failed to include in **Exhibit 11** a depiction of the municipal storm drain inlets on E. Thurman Street which received storm water runoff from YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 278:**

Defendant submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 279:**

Admit that YOU failed to include in **Exhibit 11** a depiction of the direction of storm water flow in any area of YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 279:**

Defendant submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 280:**

Admit that YOU failed to include in **Exhibit 11** a depiction of the above-ground propane storage tank located at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 280:**

Defendant submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 281:**

Admit that YOU failed to include in **Exhibit 11** a depiction of the cooling tower located at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 281:**

Defendant submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 282:**

Admit that YOU failed to include in **Exhibit 11** a depiction of the locations of outdoor storage of INDUSTRIAL CHEMICALS at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 282:**

Defendant submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 283:**

Admit that YOU failed to include in **Exhibit 11** a depiction of the electrical rooms located at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 283:**

Defendant submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects on the ground of relevance. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 284:**

Admit that YOU failed to include in **Exhibit 11** a depiction of all areas of outdoor storage at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 284:**

Defendant submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

Case No.: 2:25-CV-00078-WBS-CSK

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 285:**

Admit that YOU failed to include in **Exhibit 11** an accurate depiction of the exact locations of all areas of outdoor storage at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 285:**

Defendant submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term "all areas of outdoor storage" as vague and overbroad. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 286:**

Admit that YOU failed to include in **Exhibit 11** a depiction of all areas of INDUSTRIAL ACTIVITY conducted at YOUR FACILITY as of August 3, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 286:**

Defendant submitted Exhibit 11 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the definition of Industrial Activity as overbroad and beyond what the Permit requires. Without waiving objections, Defendant denies.

**Site Map 5-1-2024** (Exhibit 12)

**REQUEST FOR ADMISSION NO. 287:**

Admit the genuineness of the document attached hereto as **Exhibit 12**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 287:**

Admit.

**REQUEST FOR ADMISSION NO. 288:**

Admit that YOU submitted to SMARTS the document attached hereto as **Exhibit 12**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 288:**

Admit.

**REQUEST FOR ADMISSION NO. 289:**

Admit that YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 12**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 289:**

Defendant admits that it submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 290:**

Admit that on May 1, 2024, YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 12**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 290:**

Defendant admits that it submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 291:**

Admit that **Exhibit 12** was true and correct as of May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 291:**

Defendant admits that it submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 292:**

Admit that YOU failed to include in **Exhibit 12** an accurate depiction of the property boundaries of YOUR FACILITY as of May 1, 2024.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 292:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 293:**

Admit that YOU failed to include in **Exhibit 12** a depiction of all drainage areas at YOUR FACILITY as of May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 293:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 294:**

Admit that YOU failed to include in **Exhibit 12** a depiction of all DISCHARGE LOCATIONS at YOUR FACILITY as of May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 294:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 295:**

Admit that YOU failed to include in **Exhibit 12** an accurate depiction of the underground storm water piping connections at YOUR FACILITY as of May 1, 2024.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 295:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 296:**

Admit that YOU failed to include in **Exhibit 12** a depiction of all areas where materials are directly exposed to storm water at YOUR FACILITY as of May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 296:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 297:**

Admit that YOU failed to include in **Exhibit 12** a depiction of all impervious areas at YOUR FACILITY as of May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 297:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 298:**

Admit that YOU failed to include in **Exhibit 12** a depiction of all storm drain inlets at YOUR FACILITY as of May 1, 2024.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 298:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 299:**

Admit that YOU failed to include in **Exhibit 12** an accurate depiction of the exact locations of all storm drain inlets at YOUR FACILITY as of May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 299:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 300:**

Admit that YOU failed to include in **Exhibit 12** a depiction of the storm drain inlet located at the east end of the loading/unloading dock near Bays 4 and 5 at YOUR FACILITY as of May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 300:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 301:**

Admit that YOU failed to include in **Exhibit 12** a depiction of the municipal storm drain inlets on E. Thurman Street which received storm water runoff from YOUR FACILITY as of May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 301:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 302:**

Admit that YOU failed to include in **Exhibit 12** an accurate depiction of the  direction of storm water flow at YOUR FACILITY as of May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 302:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 303:**

Admit that YOU failed to include in **Exhibit 12** a depiction of the direction of storm water flow in all areas of YOUR FACILITY as of May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 303:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects as irrelevant. Without waiving objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 304:**

Admit that YOU failed to include in **Exhibit 12** a depiction of the above-ground propane storage tank located at YOUR FACILITY as of May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 304:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 305:**

Admit that YOU failed to include in **Exhibit 12** a depiction of the cooling tower located at YOUR FACILITY as May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 305:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 306:**

Admit that YOU failed to include in **Exhibit 12** a depiction of all locations of outdoor storage of INDUSTRIAL CHEMICALS at YOUR FACILITY as May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 306:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects to the term Industrial Chemicals as overbroad and beyond what the Permit requires. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 307:**

Admit that YOU failed to include in **Exhibit 12** a depiction of the boiler located at YOUR FACILITY as May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 307:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 308:**

Admit that YOU failed to include in **Exhibit 12** a depiction of the electrical rooms located at YOUR FACILITY as May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 308:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 309:**

Admit that YOU failed to include in **Exhibit 12** a depiction of all areas of outdoor storage at YOUR FACILITY as of May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 309:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects that the term "all areas of outdoor storage" is vague. Without waiving objections, Defendant denies.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 310:**

Admit that YOU failed to include in **Exhibit 12** an accurate depiction of the exact locations of all areas of outdoor storage at YOUR FACILITY as of May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 310:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 311:**

Admit that YOU failed to include in **Exhibit 12** a depiction of all areas of INDUSTRIAL ACTIVITY conducted at YOUR FACILITY as of May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 311:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 312:**

Admit that YOU failed to include in **Exhibit 12** an accurate depiction of the exact locations of all areas of INDUSTRIAL ACTIVITY conducted at YOUR FACILITY as of May 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 312:**

Defendant submitted Exhibit 12 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the

Permit. Defendant objects to the definition of Industrial Activity as overbroad and beyond what the Permit requires. Without waiving objections, Defendant denies.

**Site Map 11-12-2024** (Exhibit 13)

**REQUEST FOR ADMISSION NO. 313:**

Admit the genuineness of the document attached hereto as **Exhibit 13**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 313:**

Admit.

**REQUEST FOR ADMISSION NO. 314:**

Admit that YOU submitted to SMARTS the document attached hereto as **Exhibit 13**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 314:**

Admit.

**REQUEST FOR ADMISSION NO. 315:**

Admit that YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 13**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 315:**

Defendant admits that it submitted Exhibit 13 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 316:**

Admit that on November 12, 2024, YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 13**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 316:**

Defendant admits that it submitted Exhibit 13 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 317:**

Admit that **Exhibit 13 is** true and correct.

**RESPONSE TO REQUEST FOR ADMISSION NO. 317:**

Defendant admits that it submitted Exhibit 13 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 318:**

Admit that YOU failed to include in **Exhibit 13** an accurate depiction of the property boundaries of YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 318:**

Defendant submitted Exhibit 13 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 319:**

Admit that YOU failed to include in **Exhibit 13** a depiction of all drainage areas located at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 319:**

Defendant submitted Exhibit 13 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 320:**

Admit that YOU failed to include in **Exhibit 13** a depiction of all DISCHARGE LOCATIONS at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 320:**

Defendant submitted Exhibit 13 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 321:**

Admit that YOU failed to include in **Exhibit 13** an accurate depiction of the underground storm water piping connections at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 321:**

Defendant submitted Exhibit 13 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 322:**

Admit that YOU failed to include in **Exhibit 13** a depiction of all areas where materials are directly exposed to storm water at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 322:**

Defendant submitted Exhibit 13 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 323:**

Admit that YOU failed to include in **Exhibit 13** an accurate depiction of the exact locations of all storm drain inlets at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 323:**

Defendant submitted Exhibit 13 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 324:**

Admit that YOU failed to include in **Exhibit 13** a depiction of the municipal storm drain inlets on E. Thurman Street which receive storm water runoff from YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 324:**

Defendant submitted Exhibit 13 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 325:**

Admit that YOU failed to include in **Exhibit 13** an accurate depiction of the direction of storm water flow at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 325:**

Defendant admits that it submitted Exhibit 13 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 326:**

Admit that YOU failed to include in **Exhibit 13** a depiction of the above-ground propane storage tank located at YOUR FACILITY.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 326:**

Defendant admits that it submitted Exhibit 13 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 327:**

Admit that YOU failed to include in **Exhibit 13** a depiction of all areas of outdoor storage at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 327:**

Defendant admits that it submitted Exhibit 13 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 328:**

Admit that YOU failed to include in **Exhibit 13** an accurate depiction of the exact locations of all outdoor storage areas at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 328:**

Defendant admits that it submitted Exhibit 13 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 329:**

Admit that YOU failed to include in **Exhibit 13** a depiction of the locations of outdoor storage of INDUSTRIAL CHEMICALS at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 329:**

Defendant admits that it submitted Exhibit 13 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 330:**

Admit that YOU failed to include in **Exhibit 13** a depiction of all areas of INDUSTRIAL ACTIVITY conducted at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 330:**

Defendant admits that it submitted Exhibit 13 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 331:**

Admit that YOU failed to include in **Exhibit 13** a North Arrow.

**RESPONSE TO REQUEST FOR ADMISSION NO. 331:**

Defendant admits that it submitted Exhibit 13 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit. Defendant admits.

**SECTION III – POLLUTANTS in YOUR STORMWATER**

Request Nos. 332 through 349 apply to pollutants in stormwater discharge at YOUR FACILITY, as confirmed by laboratory reports and Ad Hoc Monitoring Reports which YOU certified in SMARTS on March 8, 2021 (sample collected on 2/2/2021, SMARTS Attachment 2840256); May 9, 2022 (sample collected on 4/19/2022, SMARTS Attachment 3105685) and February 5, 2025 (sample collected on 1/5/2025, SMARTS Attachment  3786958).

These Requests support the First, Second and Fifth causes of action in Plaintiff's Complaint, as well as the facts contained in Plaintiff's Complaint, at ¶¶96, 98, 109, 116, 125, 148-149, 154-155.

**BSK Lab Report for sample collected on 2/2/2021**  (Exhibit 2)

**REQUEST FOR ADMISSION NO. 332:**

Admit the genuineness of the document attached hereto as **Exhibit 2**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 332:**

Admit.

**REQUEST FOR ADMISSION NO. 333:**

Admit that YOU submitted to SMARTS the document attached hereto as **Exhibit 2**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 333:**

Admit.

**REQUEST FOR ADMISSION NO. 334:**

Admit that YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 2**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 334:**

Defendant admits that it submitted Exhibit 2 as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 335:**

Admit that on March 8, 2021, YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 2**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 335:**

Defendant admits that it submitted and certified Exhibit 2 as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 336:**

Admit that **Exhibit 2** is true and correct.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 336:**

Defendant admits that Exhibit 2 was true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 337:**

Admit that the level of Chemical Oxygen Demand (COD) in a storm water sample collected at YOUR FACILITY on February 2, 2021, was 160 mg/L.

**RESPONSE TO REQUEST FOR ADMISSION NO. 337:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects on the ground of relevance. Without waiving objections, Defendant admits.

**BSK Lab Report for sample collected on 4/19/2022** (Exhibit 3)

**REQUEST FOR ADMISSION NO. 338:**

Admit the genuineness of the document attached hereto as **Exhibit 3**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 338:**

Admit.

**REQUEST FOR ADMISSION NO. 339:**

Admit that YOU submitted to SMARTS the document attached hereto as **Exhibit 3**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 339:**

Defendant admits that it submitted and certified Exhibit 3 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 340:**

Admit that YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 3**.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 340:**

Defendant admits that it submitted and certified Exhibit 3 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 341:**

Admit that on May 9, 2022, YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 3**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 341:**

Defendant admits that it submitted and certified Exhibit 3 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 342:**

Admit that **Exhibit 3** is true and correct.

**RESPONSE TO REQUEST FOR ADMISSION NO. 342:**

Defendant admits that it submitted and certified Exhibit 3 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 343:**

Admit that the level of Chemical Oxygen Demand (COD) in a storm water sample collected at YOUR FACILITY on April 19, 2022, was 300 mg/L.

**RESPONSE TO REQUEST FOR ADMISSION NO. 343:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant objects on the ground of relevance. Without waiving objections, Defendant admits.

**BSK Lab Report for sample collected on 1/3/2025**  (Exhibit 4)

**REQUEST FOR ADMISSION NO. 344:**

Admit the genuineness of the document attached hereto as **Exhibit 4**.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 344:**

Admit.

**REQUEST FOR ADMISSION NO. 345:**

Admit that YOU submitted to SMARTS the document attached hereto as **Exhibit 4**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 345:**

Defendant admits that it submitted and certified Exhibit 4 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 346:**

Admit that YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 4**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 346:**

Defendant admits that it submitted and certified Exhibit 4 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 347:**

Admit that on February 5, 2025, YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 4**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 347:**

Defendant admits that it submitted and certified Exhibit 4 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 348:**

Admit that **Exhibit 4** is true and correct.

**RESPONSE TO REQUEST FOR ADMISSION NO. 348:**

Defendant admits that it submitted and certified Exhibit 4 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 349:**

Admit that the level of Total Suspended Solids in a storm water sample collected from YOUR FACILITY on January 5, 2025, was 580 mg/L.

**RESPONSE TO REQUEST FOR ADMISSION NO. 349:**

Deny.

**SECTION IV – EXCEEDANCE RESPONSE ACTION REPORT**

Request Nos. 350 through 362 apply to a Level 1 Exceedance Response Action ("ERA") Report for annual average Chemical Oxygen Demand (COD) exceedances, which you certified to SMARTS on December 21, 2022, as SMARTS <u>Attachment 3252812</u>.

These Requests support the Sixth Cause of Action in Plaintiff's Complaint, as well as the facts contained in Plaintiff's Complaint, at ¶¶139-147.

**Level 1 ERA Report** (Exhibit 14)

**REQUEST FOR ADMISSION NO. 350:**

Admit the genuineness of the document attached hereto as **Exhibit 14**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 350:**

Admit.

**REQUEST FOR ADMISSION NO. 351:**

Admit that YOU submitted to SMARTS the document attached hereto as **Exhibit 14**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 351:**

Defendant admits that it submitted and certified Exhibit 14 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 352:**

Admit that YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 14**.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 352:**

Defendant admits that it submitted and certified Exhibit 14 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 353:**

Admit that on December 21, 2022, YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 14**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 353:**

Defendant admits that it submitted and certified Exhibit 14 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 354:**

Admit that **Exhibit 14** is true and correct.

**RESPONSE TO REQUEST FOR ADMISSION NO. 354:**

Defendant admits that it submitted and certified Exhibit 14 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 355:**

Admit that an ERA Level 1 Evaluation was completed of YOUR FACILITY on July 21, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 355:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 356:**

Admit that QISP Jason Wunschel of NES conducted an ERA Level 1 evaluation of YOUR FACILITY on July 21, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 356:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant denies the ERA Level 1 evaluation was conducted on July 21, 2022. Defendant admits the ERA Level 1 evaluation was completed on July 21, 2022.

**REQUEST FOR ADMISSION NO. 357:**

Admit that YOUR FACILITY has five separate drainage areas as identified in Section 3.0 of **Exhibit 14**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 357:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant admits.

**REQUEST FOR ADMISSION NO. 358:**

Admit that YOUR FACILITY has at least five separate drainage areas.

**RESPONSE TO REQUEST FOR ADMISSION NO. 358:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Defendant admits.

**REQUEST FOR ADMISSION NO. 359:**

Admit that the statement in the document attached hereto as **Exhibit 14** in Section 3.0 that the area in the vicinity of Drain 1 is not used for industrial activities is false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 359:**

Defendant objects to use of the term "false" as implying inaccurate information was provided intentionally.  Deny.

**REQUEST FOR ADMISSION NO. 360:**

Admit that industrial activities are conducted in the immediate vicinity of Drain 1.

**RESPONSE TO REQUEST FOR ADMISSION NO. 360:**

Deny.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 361:**

Admit that the industrial activities conducted in the immediate vicinity of Drain 1 include truck traffic/loading and unloading into Bays 1, 2, 3 and/or 4 on the northwestern portion of the FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 361:**

Deny.

**REQUEST FOR ADMISSION NO. 362:**

Admit that the industrial activities conducted in the immediate vicinity of Drain 1 include parking of trucks and/or tankers and/or trailers.

**RESPONSE TO REQUEST FOR ADMISSION NO. 362:**

Defendant objects to the scope of the term "industrial activities" and "immediate vicinity." Without waiving objections, Defendant denies that the request describes industrial activities regulated by the Permit, and on that basis denies that industrial activities are conducted in the immediate vicinity of Drain 1.

## SECTION V – SAMPLING FREQUENCY REDUCTION

Request Nos. 363 through 371 apply to a Sampling Frequency Reduction Certification which YOU certified to SMARTS on September 13, 2024, as SMARTS Attachment 3712498.

These Requests support the Second Cause of Action in Plaintiff's Complaint, as well as the facts contained in Plaintiff's Complaint, at ¶¶118-121.

**Sampling Frequency Reduction Certification** (Exhibit 15)

**REQUEST FOR ADMISSION NO. 363:**

Admit the genuineness of the document attached hereto as **Exhibit 15**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 363:**

Admit.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 364:**

Admit that YOU submitted to SMARTS the document attached hereto as **Exhibit 15**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 364:**

Defendant admits that it submitted and certified Exhibit 15 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 365:**

Admit that YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 15**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 365:**

Defendant admits that it submitted and certified Exhibit 15 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 366:**

Admit that on September 13, 2024, YOU certified in SMARTS as true and correct under penalty of law the document attached hereto as **Exhibit 15**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 366:**

Defendant admits that it submitted and certified Exhibit 15 to SMARTS as true and correct to the best of its knowledge and belief, pursuant to the requirements and standards of the Permit.

**REQUEST FOR ADMISSION NO. 367:**

Admit that YOU did not certify in SMARTS any Sampling Frequency Reduction Certifications prior to September 13, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 367:**

Admit.

**REQUEST FOR ADMISSION NO. 368:**

Admit that YOUR Sampling Frequency Reduction Certification did not take effect until it was certified in SMARTS on September 13, 2024.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 368:**

Admit.

**REQUEST FOR ADMISSION NO. 369:**

Admit that YOU lost YOUR Sampling Frequency Reduction Certification on January 3, 2025, when the level of TSS in storm water at YOUR facility was confirmed to be 580 mg/L.

**RESPONSE TO REQUEST FOR ADMISSION NO. 369:**

Admit.

**REQUEST FOR ADMISSION NO. 370:**

Admit that the dates potentially covered by YOUR Sampling Frequency Reduction Certification commenced September 13, 2024, and ended January 3, 2025.

**RESPONSE TO REQUEST FOR ADMISSION NO. 370:**

Admit.

**REQUEST FOR ADMISSION NO. 371:**

Admit that Sweetener Products, located at 1150 E. Thurman Street in Lodi, California, WDID #5S39I012985 has never been a valid participating member of the California Trucking Association Storm Water Program.

**RESPONSE TO REQUEST FOR ADMISSION NO. 371:**

Deny.

**SECTION VI – MONTHLY VISUAL INSPECTIONS/REPORTS**

Request Nos. 372 through 731 relate to the monthly visual inspection reports which YOU provided to Defendant on April 21, 2025, with YOUR Initial Disclosures.

These Requests support the Second Cause of Action in Plaintiff's Complaint, as well as the facts contained in Plaintiff's Complaint, at ¶¶122, 175-179.

The relevant time period for the following Requests is September 1, 2019; through April 30, 2025.

Case No.: 2:25-CV-00078-WBS-CSK

**September 2019**  (Exhibit 16)

**REQUEST FOR ADMISSION NO. 372:**

Admit the genuineness of the document attached hereto as **Exhibit 16**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 372:**

Admit.

**REQUEST FOR ADMISSION NO. 373:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 16**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 373:**

Admit.

**REQUEST FOR ADMISSION NO. 374:**

Admit that YOUR written responses on the completed Monthly Visual Observation Form attached hereto as **Exhibit 16** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on September 1, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 374:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 375:**

Admit that **Exhibit 16** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of September 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 375:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 376:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on September 1, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 376:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 377:**

Admit that YOUR FACILITY was not open for business on September 1, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 377:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 378:**

Admit that YOUR FACILITY did not maintain regular business operating hours on Sunday, September 1, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 378:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies.

**October 2019** (Exhibit 17)

**REQUEST FOR ADMISSION NO. 379:**

Admit the genuineness of the document attached hereto as **Exhibit 17**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 379:**

Admit.

**REQUEST FOR ADMISSION NO. 380:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 17**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 380:**

Admit.

**REQUEST FOR ADMISSION NO. 381:**

Admit that YOUR written responses on the completed Monthly Visual Observation Form attached hereto as **Exhibit 17** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on October 2, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 381:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 382:**

Admit that **Exhibit 17** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of October 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 382:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 383:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on October 2, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 383:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated

by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**November 2019**  (Exhibit 18)

**REQUEST FOR ADMISSION NO. 384:**

Admit the genuineness of the document attached hereto as **Exhibit 18**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 384:**

Admit.

**REQUEST FOR ADMISSION NO. 385:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 18**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 385:**

Admit.

**REQUEST FOR ADMISSION NO. 386:**

Admit that YOUR written responses on the completed Monthly Visual Observation Form attached hereto as **Exhibit 18** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on November 26, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 386:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 387:**

Admit that **Exhibit 18** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of November 2019.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 387:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 388:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on November 26, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 388:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**December 2019**  (Exhibit 19)

**REQUEST FOR ADMISSION NO. 389:**

Admit the genuineness of the document attached hereto as **Exhibit 19**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 389:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 390:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 19**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 390:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 391:**

Admit that YOUR written responses on the completed Monthly Visual Observation Form attached hereto as **Exhibit 19** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY during the month of December 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 391:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 392:**

Admit that **Exhibit 19** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of December 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 392:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits. Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 393:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY during the month of December 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 393:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated

by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 394:**

Admit that YOU did not conduct a VISUAL INSPECTION of YOUR FACILITY during the month of December 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 394:**

Deny.

**REQUEST FOR ADMISSION NO. 395:**

Admit that YOU did not maintain a record of a VISUAL OBSERVATION conducted during the month of December 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 395:**

Deny.

**REQUEST FOR ADMISSION NO. 396:**

Admit that the Inspection Date of December 8, 2020, listed on the Monthly VISUAL OBSERVATION Form attached hereto as **Exhibit 19** was false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 396:**

Defendant admits that the wrong date was written in error when documented, but does not admit that the information was "false."

**REQUEST FOR ADMISSION NO. 397**

Admit that YOU were not open for business on December 8, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 397:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 398:**

Admit that YOUR FACILITY did not maintain regular business operating hours on Sunday, December 8, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 398:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies.

**REQUEST FOR ADMISSION NO. 399:**

Admit that it was dark at YOUR FACILITY at 5:30 am on December 8, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 399:**

Deny.

**REQUEST FOR ADMISSION NO. 400:**

Admit that it rained at YOUR FACILITY during regular business hours on December 8, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 400:**

Deny.

**January 2020**  (Exhibit 20)

**REQUEST FOR ADMISSION NO. 401:**

Admit the genuineness of the document attached hereto as **Exhibit 20**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 401**

Admit.

**REQUEST FOR ADMISSION NO. 402:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 20**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 402:**

Admit.

**REQUEST FOR ADMISSION NO. 403:**

Admit that YOUR written responses on the completed Monthly Visual Observation Form attached hereto as **Exhibit 20** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on January 3, 2020.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 403:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 404:**

Admit that **Exhibit 20** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of January 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 404:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 405:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on January 3, 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 405:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 406:**

Admit that it was dark at YOUR FACILITY at 12:30 am on January 3, 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 406:**

Deny.

**REQUEST FOR ADMISSION NO. 407:**

Admit that YOU were not open for business at 12:30 am on January 3, 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 407:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 408:**

Admit that YOUR FACILITY did not maintain regular business hours at 12:30 am on January 3, 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 408:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**February 2020**

**REQUEST FOR ADMISSION NO. 409:**

Admit that YOU did not conduct a VISUAL OBSERVATION of any area of YOUR FACILITY during the month of February 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 409:**

Deny.

**REQUEST FOR ADMISSION NO. 410:**

Admit that YOU did not prepare a written record of any VISUAL OBSERVATION conducted during the month of February 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 410:**

Deny.

**March 2020**

**REQUEST FOR ADMISSION NO. 411:**

Admit that YOU did not conduct a VISUAL OBSERVATION of any area of YOUR FACILITY during the month of 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 411:**

As worded, Defendant is unable to respond to this request.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 412:**

Admit that YOU did not prepare a written record of any VISUAL OBSERVATION conducted during the month of March 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 412:**

Deny.

**April 2020**

**REQUEST FOR ADMISSION NO. 413:**

Admit that YOU did not conduct a VISUAL OBSERVATION of any area of YOUR FACILITY during the month of April 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 413:**

Deny.

**REQUEST FOR ADMISSION NO. 414:**

Admit that YOU did not prepare a written record of any VISUAL OBSERVATION conducted during the month of April 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 414:**

Deny.

**May 2020**

**REQUEST FOR ADMISSION NO. 415:**

Admit that YOU did not conduct a VISUAL OBSERVATION of any area of YOUR FACILITY during the month of May 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 415:**

Deny.

**REQUEST FOR ADMISSION NO. 416:**

Admit that YOU did not prepare a written record of any VISUAL OBSERVATION conducted during the month of May 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 416:**

Deny.

Case No.: 2:25-CV-00078-WBS-CSK

**June 2020**

**REQUEST FOR ADMISSION NO. 417:**

Admit that YOU did not conduct a VISUAL OBSERVATION of any area of YOUR FACILITY during the month of June 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 417:**

Deny.

**REQUEST FOR ADMISSION NO. 418:**

Admit that YOU did not prepare a written record of any VISUAL OBSERVATION conducted during the month of June 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 418:**

Deny.

**July 2020**

**REQUEST FOR ADMISSION NO. 419:**

Admit that YOU did not conduct a VISUAL OBSERVATION of any area of YOUR FACILITY during the month of July 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 419:**

Deny.

**REQUEST FOR ADMISSION NO. 420:**

Admit that YOU did not prepare a written record of any VISUAL OBSERVATION conducted during the month of July 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 420:**

Deny.

**August 2020**

**REQUEST FOR ADMISSION NO. 421:**

Admit that YOU did not conduct a VISUAL OBSERVATION of any area of YOUR FACILITY during the month of August 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 421:**

Deny.

**REQUEST FOR ADMISSION NO. 422:**

Admit that YOU did not prepare a written record of any VISUAL OBSERVATION conducted during the month of August 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 422:**

Deny.

**September 2020**

**REQUEST FOR ADMISSION NO. 423:**

Admit that YOU did not conduct a VISUAL OBSERVATION of any area of YOUR FACILITY during the month of September 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 423:**

Deny.

**REQUEST FOR ADMISSION NO. 424:**

Admit that YOU did not prepare a written record of any VISUAL OBSERVATION conducted during the month of September 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 424:**

Deny.

**October 2020** (Exhibit 21)

**REQUEST FOR ADMISSION NO. 425:**

Admit the genuineness of the document attached hereto as **Exhibit 21**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 425:**

Admit.

**REQUEST FOR ADMISSION NO. 426:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 21**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 426:**

Admit.

**REQUEST FOR ADMISSION NO. 427:**

Admit that YOUR written responses on the completed Monthly Visual Observation Form attached hereto as **Exhibit 21** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on October 5, 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 427:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 428:**

Admit that **Exhibit 21** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of October 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 428:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 429:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on October 5, 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 429:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**November 2020** (Exhibit 22)

**REQUEST FOR ADMISSION NO. 430:**

Admit the genuineness of the document attached hereto as **Exhibit 22.**

**RESPONSE TO REQUEST FOR ADMISSION NO. 430:**

Admit.

**REQUEST FOR ADMISSION NO. 431:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 22**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 431:**

Admit.

**REQUEST FOR ADMISSION NO. 432:**

Admit that YOUR written responses on the completed Monthly Visual Observation Form attached hereto as **Exhibit 22** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on November 30, 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 432:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 433:**

Admit that **Exhibit 22** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of November 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 433:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 434**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on November 30, 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 434:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**December 2020** (Exhibit 23)

**REQUEST FOR ADMISSION NO. 435:**

Admit the genuineness of the document attached hereto as **Exhibit 23**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 435:**

Admit.

**REQUEST FOR ADMISSION NO. 436:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 23**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 436:**

Admit.

**REQUEST FOR ADMISSION NO. 437:**

Admit that YOUR written responses on the completed Monthly Visual Observation Form attached hereto as **Exhibit 23** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on December 31, 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 437:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 438:**

Admit that **Exhibit 23** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of December 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 438:**

Admit.

**REQUEST FOR ADMISSION NO. 439:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on December 31, 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 439:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 440:**

Admit that it rained during regular operating hours at YOUR FACILITY on December 31, 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 440:**

Deny.

**January 2021**  (Exhibit 24)

**REQUEST FOR ADMISSION NO. 441:**

Admit the genuineness of the document attached hereto as **Exhibit 24**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 441:**

Admit.

**REQUEST FOR ADMISSION NO. 442:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 24**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 442:**

Admit.

**REQUEST FOR ADMISSION NO. 443:**

Admit that YOUR written responses on the completed Monthly Visual Observation Form attached hereto as **Exhibit 24** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on January 5, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 443:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 444:**

Admit that **Exhibit 24** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of January 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 444:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 445:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on January 5, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 445:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 446:**

Admit that it rained during regular operating hours at YOUR FACILITY on January 5, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 446:**

Deny.

**February 2021** (Exhibit 25)

**REQUEST FOR ADMISSION NO. 447:**

Admit the genuineness of the document attached hereto as **Exhibit 25**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 447:**

Admit.

**REQUEST FOR ADMISSION NO. 448:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 25**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 448:**

Admit.

**REQUEST FOR ADMISSION NO. 449:**

Admit that YOUR written responses on the completed Monthly Visual Observation Form attached hereto as **Exhibit 25** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on February 4, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 449:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 450:**

Admit that **Exhibit 25** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of February 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 450:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 451:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on February 4, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 451:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 452:**

Admit that it was dark at YOUR FACILITY at 6:00 am on February 4, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 452:**

Deny.

**March 2021**  (Exhibit 26)

**REQUEST FOR ADMISSION NO. 453:**

Admit the genuineness of the document attached hereto as **Exhibit 26**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 453:**

Admit.

**REQUEST FOR ADMISSION NO. 454:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 26**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 454:**

Admit.

**REQUEST FOR ADMISSION NO. 455:**

Admit that YOUR written responses on the completed Monthly Visual Observation Form attached hereto as **Exhibit 26** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on March 11, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 455:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 456:**

Admit that **Exhibit 26** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of March 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 456:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 457:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on March 11, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 457:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**April 2021** (Exhibit 27)

**REQUEST FOR ADMISSION NO. 458:**

Admit the genuineness of the document attached hereto as **Exhibit 27**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 458:**

Admit.

**REQUEST FOR ADMISSION NO. 459:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 27**.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 459:**

Admit.

**REQUEST FOR ADMISSION NO. 460:**

Admit that YOUR responses on the completed Monthly Visual Observation Form attached hereto as **Exhibit 27** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on April 5, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 460:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 461:**

Admit that **Exhibit 27** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of April 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 461:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 462:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on April 5, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 462:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 463:**

Admit that it was dark at YOUR FACILITY at 6:00 am on April 5, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 463:**

Deny.

**May 2021** (Exhibit 28)

**REQUEST FOR ADMISSION NO. 464:**

Admit the genuineness of the document attached hereto as **Exhibit 28**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 464:**

Admit.

**REQUEST FOR ADMISSION NO. 465:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 28**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 465:**

Admit.

**REQUEST FOR ADMISSION NO. 466:**

Admit that YOUR written responses on the completed Monthly Visual Observation Form attached hereto as **Exhibit 28** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on May 4, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 466:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 467:**

Admit that **Exhibit 28** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of May 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 467:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 468:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on May 4, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 468:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**June 2021** (Exhibit 29)

**REQUEST FOR ADMISSION NO. 469:**

Admit the genuineness of the document attached hereto as **Exhibit 29**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 469:**

Admit.

**REQUEST FOR ADMISSION NO. 470:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 29**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 470:**

Admit.

**REQUEST FOR ADMISSION NO. 471:**

Admit that YOUR written responses on the completed Monthly Visual Observation Form attached hereto as **Exhibit 29** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on June 8, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 471:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 472:**

Admit that **Exhibit 29** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of June 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 472:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 473:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on June 8, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 473:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**July 2021** (Exhibit 30)

**REQUEST FOR ADMISSION NO. 474:**

Admit the genuineness of the document attached hereto as **Exhibit 30**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 474:**

Admit.

**REQUEST FOR ADMISSION NO. 475:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 30**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 475:**

Admit.

**REQUEST FOR ADMISSION NO. 476:**

Admit that YOUR responses on the completed Monthly Visual Observation Form attached hereto as **Exhibit 30** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on July 6, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 476:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 477:**

Admit that **Exhibit 30** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of July 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 477:**

Admit.

**REQUEST FOR ADMISSION NO. 478:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on July 6, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 478:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**August 2021** (Exhibit 31)

**REQUEST FOR ADMISSION NO. 479:**

Admit the genuineness of the document attached hereto as **Exhibit 31**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 479:**

Admit.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 480:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 31**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 480:**

Admit.

**REQUEST FOR ADMISSION NO. 481:**

Admit that YOUR written responses on the completed Monthly Visual Observation Form attached hereto as **Exhibit 31** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on August 16, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 481:**

Admit.

**REQUEST FOR ADMISSION NO. 482:**

Admit that **Exhibit 31** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of August 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 482:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 483:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on August 16, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 483:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**September 2021** (Exhibit 32)

**REQUEST FOR ADMISSION NO. 484:**

Admit the genuineness of the document attached hereto as **Exhibit 32**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 484:**

Admit.

**REQUEST FOR ADMISSION NO. 485:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 32**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 485:**

Admit.

**REQUEST FOR ADMISSION NO. 486:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 32** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on September 2, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 486:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 487:**

Admit that **Exhibit 32** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of September 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 487:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 488:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on September 2, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 488:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**October 2021** (Exhibit 33)

**REQUEST FOR ADMISSION NO. 489:**

Admit the genuineness of the document attached hereto as **Exhibit 33**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 489:**

Admit.

**REQUEST FOR ADMISSION NO. 490:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 33**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 490:**

Admit.

**REQUEST FOR ADMISSION NO. 491:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 33** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on October 1, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 491:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 492:**

Admit that **Exhibit 33** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of October 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 492:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 493:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on October 1, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 493:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**November 2021** (Exhibit 34)

**REQUEST FOR ADMISSION NO. 494:**

Admit the genuineness of the document attached hereto as **Exhibit 34**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 494:**

Admit.

**REQUEST FOR ADMISSION NO. 495:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 34**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 495:**

Admit.

**REQUEST FOR ADMISSION NO. 496:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 34** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on November 30, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 496:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 497:**

Admit that **Exhibit 34** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of November 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 497:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 498:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on November 30, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 498:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**December 2021** (Exhibit 35)

**REQUEST FOR ADMISSION NO. 499:**

Admit the genuineness of the document attached hereto as **Exhibit 35**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 499:**

Admit.

**REQUEST FOR ADMISSION NO. 500:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 35**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 500:**

Admit.

**REQUEST FOR ADMISSION NO. 501:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 35** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on December 23, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 501:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 502:**

Admit that **Exhibit 35** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of December 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 502:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 503:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on December 23, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 503:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 504:**

Admit that it was dark at YOUR FACILITY at 11:00 pm on December 23, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 504:**

Deny.

**January 2022** (Exhibit 36)

**REQUEST FOR ADMISSION NO. 505:**

Admit the genuineness of the document attached hereto as **Exhibit 36**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 505:**

Admit.

**REQUEST FOR ADMISSION NO. 506:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 36**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 506:**

Admit.

**REQUEST FOR ADMISSION NO. 507:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 36** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on January 14, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 507:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 508:**

Admit that **Exhibit 36** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of January 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 508:**

Admit.

**REQUEST FOR ADMISSION NO. 509:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on January 14, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 509:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**February 2022** (Exhibit 37)

**REQUEST FOR ADMISSION NO. 510:**

Admit the genuineness of the document attached hereto as **Exhibit 37**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 510:**

Admit.

**REQUEST FOR ADMISSION NO. 511:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 37**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 511:**

Admit.

**REQUEST FOR ADMISSION NO. 512:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 37** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on February 28, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 512:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 513:**

Admit that **Exhibit 37** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of February 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 513:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 514:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on February 28, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 514:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**March 2022** (Exhibit 38)

**REQUEST FOR ADMISSION NO. 515:**

Admit the genuineness of the document attached hereto as **Exhibit 38**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 515:**

Admit.

**REQUEST FOR ADMISSION NO. 516:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 38**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 516:**

Admit.

**REQUEST FOR ADMISSION NO. 517:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 38** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on March 8, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 517:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 518:**

Admit that **Exhibit 38** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of March 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 518:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 519:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on March 8, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 519:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**April 2022** (Exhibit 39)

**REQUEST FOR ADMISSION NO. 520:**

Admit the genuineness of the document attached hereto as **Exhibit 39**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 520:**

Admit.

**REQUEST FOR ADMISSION NO. 521:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 39**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 521:**

Admit.

**REQUEST FOR ADMISSION NO. 522:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 39** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on April 25, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 522:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 523:**

Admit that **Exhibit 39** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of April 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 523:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 524:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on April 25, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 524:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**May 2022** (Exhibit 40)

**REQUEST FOR ADMISSION NO. 525:**

Admit the genuineness of the document attached hereto as **Exhibit 40**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 525:**

Admit.

**REQUEST FOR ADMISSION NO. 526:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 40**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 526:**

Admit.

**REQUEST FOR ADMISSION NO. 527:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 40** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on May 31, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 527:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 528:**

Admit that **Exhibit 40** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of May 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 528:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 529:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on May 31, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 529:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**June 2022** (Exhibit 41)

**REQUEST FOR ADMISSION NO. 530:**

Admit the genuineness of the document attached hereto as **Exhibit 41**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 530:**

Admit.

**REQUEST FOR ADMISSION NO. 531:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 41**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 531:**

Admit.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 532:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 41** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on June 13, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 532:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 533:**

Admit that **Exhibit 41** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of June 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 533:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 534:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on June 13, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 534:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**July 2022** (Exhibit 42)

**REQUEST FOR ADMISSION NO. 535:**

Admit the genuineness of the document attached hereto as **Exhibit 42**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 535:**

Admit.

**REQUEST FOR ADMISSION NO. 536:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 42**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 536:**

Admit.

**REQUEST FOR ADMISSION NO. 537:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 42** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on July 30, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 537:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 538:**

Admit that **Exhibit 42** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of July 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 538:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 539:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on July 30, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 539:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**August 2022** (Exhibit 43)

**REQUEST FOR ADMISSION NO. 540:**

Admit the genuineness of the document attached hereto as **Exhibit 43**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 540:**

Admit.

**REQUEST FOR ADMISSION NO. 541:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 43**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 541:**

Admit.

**REQUEST FOR ADMISSION NO. 542:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 43** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on August 24, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 542:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 543:**

Admit that **Exhibit 43** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of August 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 543:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 544:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on August 24, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 544:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 545:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on August 24, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 545:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 admits.

**REQUEST FOR ADMISSION NO. 546:**

Admit that YOU observed sugar track-out from exiting trucks during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on August 24, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 546:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 547:**

Admit that YOUR written response of "No" on **Exhibit 43** under the "Drainage Area Observations" section to the question of whether Industrial Pollutants were observed at YOUR FACILITY on August 24, 2022, was false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 547:**

Deny.

**REQUEST FOR ADMISSION NO. 548:**

Admit that YOUR written response of "No" on **Exhibit 43** under the "Non-Storm Water Discharges" section to the question of whether any unauthorized Non-Storm Water Discharges ("NSWDs") were observed at YOUR FACILITY on August 24, 2022, was false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 548:**

Deny.

**REQUEST FOR ADMISSION NO. 549:**

Admit that YOUR written response on **Exhibit 43** that corrective action was implemented by YOU on August 12, 2022, to correct the sugar track-out from exiting trucks observed by YOU on August 24, 2022, was false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 549:**

Deny.

**September 2022** (Exhibit 44)

**REQUEST FOR ADMISSION NO. 550:**

Admit the genuineness of the document attached hereto as **Exhibit 44**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 550:**

Admit.

**REQUEST FOR ADMISSION NO. 551:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 44**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 551:**

Admit.

**REQUEST FOR ADMISSION NO. 552:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 44** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on September 30, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 552:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 553:**

Admit that **Exhibit 44** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of September 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 553:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 554:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on September 30, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 554:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 555:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on September 30, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 555:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 556:**

Admit that YOU observed sugar track-out from exiting trucks during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on September 30, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 556:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 557:**

Admit that YOUR written response of "No" on **Exhibit 44** under the "Drainage Area Observations" section to the question of whether Industrial Pollutants were observed at YOUR FACILITY on September 30, 2022, was false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 557:**

Deny.

**REQUEST FOR ADMISSION NO. 558:**

Admit that YOUR written response of "No" on **Exhibit 44**  under the "Non-Storm Water Discharges" section to the question of whether any unauthorized Non-Storm Water Discharges ("NSWDs") were observed at YOUR FACILITY on September 30, 2022, was false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 558:**

Deny.

**REQUEST FOR ADMISSION NO. 559:**

Admit that it was dark at YOUR FACILITY at 6:00 am on September 30, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 559:**

Deny.

**October 2022** (Exhibit 45)

**REQUEST FOR ADMISSION NO. 560:**

Admit the genuineness of the document attached hereto as **Exhibit 45**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 560:**

Admit.

**REQUEST FOR ADMISSION NO. 561:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 45**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 561:**

Admit.

**REQUEST FOR ADMISSION NO. 562:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 45** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on October 15, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 562:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 563:**

Admit that **Exhibit 45** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of October 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 563:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 564:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on October 15, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 564:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 565:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on October 15, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 565:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 566:**

Admit that it was dark at YOUR FACILITY at 6:00 am on October 15, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 566:**

Deny.

**REQUEST FOR ADMISSION NO. 567:**

Admit that YOU were not open for business on October 15, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 567:**

Admit.

**REQUEST FOR ADMISSION NO. 568:**

Admit that YOUR FACILITY did not maintain regular business operating hours on Saturday, October 15, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 568:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**November 2022** (Exhibit 46)

**REQUEST FOR ADMISSION NO. 569:**

Admit the genuineness of the document attached hereto as **Exhibit 46**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 569:**

Admit.

**REQUEST FOR ADMISSION NO. 570:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 46**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 570:**

Admit.

**REQUEST FOR ADMISSION NO. 571:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 46** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on November 18, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 571:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 572:**

Admit that **Exhibit 46** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of November 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 572:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 573:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on November 18, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 573:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 574:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on November 18, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 574:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 575:**

Admit that it was dark at YOUR FACILITY at 5:30 am on November 18, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 575:**

Deny.

Case No.: 2:25-CV-00078-WBS-CSK

**December 2022** (Exhibit 47)

**REQUEST FOR ADMISSION NO. 576:**

Admit the genuineness of the document attached hereto as **Exhibit 47**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 576:**

Admit.

**REQUEST FOR ADMISSION NO. 577:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 47**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 577:**

Admit.

**REQUEST FOR ADMISSION NO. 578:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 47** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on December 20, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 578:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 579:**

Admit that **Exhibit 47** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of December 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 579:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 580:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on December 20, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 580:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 581:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on December 20, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 581:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 582:**

Admit that it was dark at YOUR FACILITY at 12:00 am on December 20, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 582:**

Deny.

**REQUEST FOR ADMISSION NO. 583:**

Admit that YOU were not open for business at 12:00 am on December 20, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 583:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 584:**

Admit that 12:00 am on December 20, 2022, was not during regular business operating hours at YOUR FACILITY.

**RESPONSE TO REQUEST FOR ADMISSION NO. 584:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**January 2023** (Exhibit 48)

**REQUEST FOR ADMISSION NO. 585:**

Admit the genuineness of the document attached hereto as **Exhibit 48**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 585:**

Admit.

**REQUEST FOR ADMISSION NO. 586:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 48**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 586:**

Admit.

**REQUEST FOR ADMISSION NO. 587:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 48** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on January 27, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 587:**

Admit.

**REQUEST FOR ADMISSION NO. 588:**

Admit that **Exhibit 48** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of January 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 588:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 589:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on January 27, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 589:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 590:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on January 27, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 590:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**February 2023** (Exhibit 49)

**REQUEST FOR ADMISSION NO. 591:**

Admit the genuineness of the document attached hereto as **Exhibit 49**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 591:**

Admit.

**REQUEST FOR ADMISSION NO. 592:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 49**.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 592:**

Admit.

**REQUEST FOR ADMISSION NO. 593:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 49** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on February 21, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 593:**

Admit.

**REQUEST FOR ADMISSION NO. 594:**

Admit that **Exhibit 49** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of February 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 594:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 595:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on February 21, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 595:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 596:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on February 21, 2023.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 596:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**March 2023** (Exhibit 50)

**REQUEST FOR ADMISSION NO. 597:**

Admit the genuineness of the document attached hereto as **Exhibit 50**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 597:**

Admit.

**REQUEST FOR ADMISSION NO. 598:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 50**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 598:**

Admit.

**REQUEST FOR ADMISSION NO. 599:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 50** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on March 13, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 599:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 600:**

Admit that **Exhibit 50** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of March 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 600:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 601:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on March 13, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 601:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 602:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on March 13, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 602:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 603:**

Admit that it rained at YOUR FACILITY during regular business hours on March 13, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 603:**

Deny.

**April 2023** (Exhibit 51)

**REQUEST FOR ADMISSION NO. 604:**

Admit the genuineness of the document attached hereto as **Exhibit 51**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 604:**

Admit.

**REQUEST FOR ADMISSION NO. 605:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 51**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 605:**

Admit.

**REQUEST FOR ADMISSION NO. 606:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 51** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on April 28, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 606:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 607:**

Admit that **Exhibit 51** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of April 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 607:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 608:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on April 28, 2023.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 608:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 609:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on April 28, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 609:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**May 2023** (Exhibit 52)

**REQUEST FOR ADMISSION NO. 610:**

Admit the genuineness of the document attached hereto as **Exhibit 52**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 610:**

Admit.

**REQUEST FOR ADMISSION NO. 611:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 52**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 611:**

Admit.

**REQUEST FOR ADMISSION NO. 612:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 52** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on May 24, 2023.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 612:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 613:**

Admit that **Exhibit 52** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of May 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 613:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 614:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on May 24, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 614:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 615:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on May 24, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 615:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

Case No.: 2:25-CV-00078-WBS-CSK

**June 2023** (Exhibit 53)

**REQUEST FOR ADMISSION NO. 616:**

Admit the genuineness of the document attached hereto as **Exhibit 53**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 616:**

Admit.

**REQUEST FOR ADMISSION NO. 617:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 53**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 617:**

Admit.

**REQUEST FOR ADMISSION NO. 618:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 53** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on June 12, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 618:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 619:**

Admit that **Exhibit 53** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of June 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 619:**

Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 620:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on June 12, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 620:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 621:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on June 12, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 621:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**July 2023** (Exhibit 54)

**REQUEST FOR ADMISSION NO. 622:**

Admit the genuineness of the document attached hereto as **Exhibit 54**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 622:**

Admit.

**REQUEST FOR ADMISSION NO. 623:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 54**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 623:**

Admit.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 624:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 54** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on July 12, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 624:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 625:**

Admit that **Exhibit 54** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of July 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 625:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 626:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on July 12, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 626:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 627:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on July 12, 2023.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 627:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**August 2023** (Exhibit 55)

**REQUEST FOR ADMISSION NO. 628:**

Admit the genuineness of the document attached hereto as **Exhibit 55**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 628:**

Admit.

**REQUEST FOR ADMISSION NO. 629:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 55**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 629:**

Admit.

**REQUEST FOR ADMISSION NO. 630:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 55** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on August 21, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 630:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 631:**

Admit that **Exhibit 55** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of August 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 631:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 632:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on August 21, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 632:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 633:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on August 21, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 633:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**September 2023** (Exhibit 56)

**REQUEST FOR ADMISSION NO. 634:**

Admit the genuineness of the document attached hereto as **Exhibit 56**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 634:**

Admit.

**REQUEST FOR ADMISSION NO. 635:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 56**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 635:**

Admit.

**REQUEST FOR ADMISSION NO. 636:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 56** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on September 12, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 636:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 637:**

Admit that **Exhibit 56** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of September 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 637:**

Defendant objects to the term Facility as overbroad, and that as defined includes buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 638:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on September 12, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 638:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 639:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on September 12, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 639:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**October 2023** (Exhibit 57)

**REQUEST FOR ADMISSION NO. 640:**

Admit the genuineness of the document attached hereto as **Exhibit 57**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 640:**

Admit.

**REQUEST FOR ADMISSION NO. 641:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 57**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 641:**

Admit.

**REQUEST FOR ADMISSION NO. 642:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 57** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on October 31, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 642:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 643:**

Admit that **Exhibit 57** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of October 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 643:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 644:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on October 31, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 644:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 645:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on October 31, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 645:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**November 2023** (Exhibit 58)

**REQUEST FOR ADMISSION NO. 646:**

Admit the genuineness of the document attached hereto as **Exhibit 58**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 646:**

Admit.

**REQUEST FOR ADMISSION NO. 647:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 58**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 647:**

Admit.

**REQUEST FOR ADMISSION NO. 648:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 58** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on November 28, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 648:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 649:**

Admit that **Exhibit 58** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of November 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 649:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 650:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on November 28, 2023.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 650:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 651:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on November 28, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 651:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**December 2023** (Exhibit 59)

**REQUEST FOR ADMISSION NO. 652:**

Admit the genuineness of the document attached hereto as **Exhibit 59**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 652:**

Admit.

**REQUEST FOR ADMISSION NO. 653:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 59**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 653:**

Admit.

**REQUEST FOR ADMISSION NO. 654:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 59** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on December 8, 2023.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 654:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 655:**

Admit that **Exhibit 59** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of December 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 655:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 656:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on December 8, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 656:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 657:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on December 8, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 657:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

Case No.: 2:25-CV-00078-WBS-CSK

**January 2024** (Exhibit 60)

**REQUEST FOR ADMISSION NO. 658:**

Admit the genuineness of the document attached hereto as **Exhibit 60**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 658:**

Admit.

**REQUEST FOR ADMISSION NO. 659:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 60**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 659:**

Admit.

**REQUEST FOR ADMISSION NO. 660:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 60** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY during the month of January 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 660:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 661:**

Admit that **Exhibit 60** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of January 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 661:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 662:**

Admit that the Inspection Date of "1-18-14" listed on **Exhibit 60**  is false.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 662:**

Defendant admits that the wrong date was written in error when documented, but does not admit that the information was "false."

**REQUEST FOR ADMISSION NO. 663:**

Admit that YOU did not conduct a VISUAL INSPECTION at YOUR FACILITY during the month of January 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 663:**

Deny.

**REQUEST FOR ADMISSION NO. 664:**

Admit that YOU did not maintain a record of a VISUAL OBSERVATION conducted at YOUR FACILITY during the month of January 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 664:**

Deny.

**February 2024** (Exhibit 61)

**REQUEST FOR ADMISSION NO. 665:**

Admit the genuineness of the document attached hereto as **Exhibit 61**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 665:**

Admit.

**REQUEST FOR ADMISSION NO. 666:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 61**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 666:**

Admit.

**REQUEST FOR ADMISSION NO. 667:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 61** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on February 8, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 667:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 668:**

Admit that **Exhibit 61** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of February 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 668:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 669:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on February 8, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 669:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 670:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on February 8, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 670:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 671:**

Admit that it was dark at YOUR FACILITY at 6:00 am on February 8, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 671:**

Deny.

**REQUEST FOR ADMISSION NO. 672:**

Admit that it rained at YOUR FACILITY during regular business operating hours on February 8, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 672:**

Deny.

**March 2024** (Exhibit 62)

**REQUEST FOR ADMISSION NO. 673:**

Admit the genuineness of the document attached hereto as **Exhibit 62**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 673:**

Admit.

**REQUEST FOR ADMISSION NO. 674:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 62**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 674:**

Admit.

**REQUEST FOR ADMISSION NO. 675:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 62** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on March 28, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 675:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 676:**

Admit that **Exhibit 62** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of March 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 676:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 677:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on March 28, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 677:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 678:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on March 28, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 678:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 679:**

Admit that it was dark at YOUR FACILITY at 6:30 am on March 28, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 679:**

Deny.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 680:**

Admit that it rained at YOUR FACILITY during regular business operating hours on March 28, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 680:**

Deny.

**April 2024** (Exhibit 63)

**REQUEST FOR ADMISSION NO. 681:**

Admit the genuineness of the document attached hereto as **Exhibit 63**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 681:**

Admit.

**REQUEST FOR ADMISSION NO. 682:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 63**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 682:**

Admit.

**REQUEST FOR ADMISSION NO. 683:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 63** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on April 24, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 683:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 684:**

Admit that **Exhibit 63** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of April 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 684:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 685:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on April 24, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 685:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D11 was the only location observed.

**REQUEST FOR ADMISSION NO. 686:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on April 24, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 686:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**May 2024** (Exhibit 64)

**REQUEST FOR ADMISSION NO. 687:**

Admit the genuineness of the document attached hereto as **Exhibit 64**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 687:**

Admit.

**REQUEST FOR ADMISSION NO. 688:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 64**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 688:**

Admit.

**REQUEST FOR ADMISSION NO. 689:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 64** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on May 2, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 689:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 690:**

Admit that **Exhibit 64** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of May 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 690:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 691:**

Admit that Drain Inlet 11 ("D11") was the only location observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on May 2, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 691:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D11 was the only location observed.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 692:**

Admit that Drain Inlet 11 ("D11") was the only Storm Water Drainage Area observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on May 2, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 692:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**June 2024** (Exhibit 65)

**REQUEST FOR ADMISSION NO. 693:**

Admit the genuineness of the document attached hereto as **Exhibit 65**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 693:**

Admit.

**REQUEST FOR ADMISSION NO. 694:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 65**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 694:**

Admit.

**REQUEST FOR ADMISSION NO. 695:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 65** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on June 5, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 695:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 696:**

Admit that **Exhibit 65** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of June 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 696:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 697:**

Admit that Drain Inlets 10 and 11 ("D10" and "D11") were the only locations observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on June 5, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 697:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D10 and D11 were the only locations observed.

**REQUEST FOR ADMISSION NO. 698:**

Admit that Drain Inlets 10 and 11 ("D10" and "D11") were the only Storm Water Drainage Areas observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on June 5, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 698:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**July 2024** (Exhibit 66)

**REQUEST FOR ADMISSION NO. 699:**

Admit the genuineness of the document attached hereto as **Exhibit 66a**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 699:**

Admit.

**REQUEST FOR ADMISSION NO. 700:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 66a**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 700:**

Admit.

**REQUEST FOR ADMISSION NO. 701:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 66a** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on July 8, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 701:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 702:**

Admit the genuineness of the document attached hereto as **Exhibit 66b**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 702:**

Admit.

**REQUEST FOR ADMISSION NO. 703:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 66b**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 703:**

Admit.

**REQUEST FOR ADMISSION NO. 704:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 66b** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on July 29, 2024.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 704:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 705:**

Admit that **Exhibit 66a and 66b** constitutes the only records of VISUAL INSPECTIONs YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of July 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 705:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 706:**

Admit that Drain Inlets 10 and 11 ("D10" and "D11") were the only locations observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on July 8, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 706:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D10 and D11 were the only locations observed.

**REQUEST FOR ADMISSION NO. 707:**

Admit that Drain Inlets 10 and 11 ("D10" and "D11") were the only Storm Water Drainage Areas observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on July 8, 2024.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 707:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 708:**

Admit that Drain Inlets 10 and 11 ("D10" and "D11") were the only locations observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on July 29, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 708:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies D10 and D11 were the only locations observed.

**REQUEST FOR ADMISSION NO. 709:**

Admit that Drain Inlets 10 and 11 ("D10" and "D11") were the only Storm Water Drainage Areas observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on July 29, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 709:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**August 2024**

**REQUEST FOR ADMISSION NO. 710:**

Admit that YOU did not conduct a VISUAL OBSERVATION at YOUR FACILITY during the month of August 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 710:**

Deny.

**REQUEST FOR ADMISSION NO. 711:**

Admit that YOU did not maintain a record of a VISUAL OBSERVATION conducted at YOUR FACILITY during the month of August 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 711:**

Deny.

**September 2024** (Exhibit 67)

**REQUEST FOR ADMISSION NO. 712:**

Admit the genuineness of the document attached hereto as **Exhibit 67**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 712:**

Admit.

**REQUEST FOR ADMISSION NO. 713:**

Admit that YOU prepared the written form responses to the questions included on the Monthly Visual Observation Form attached hereto as **Exhibit 67**.

**RESPONSE TO REQUEST FOR ADMISSION NO. 713:**

Admit.

**REQUEST FOR ADMISSION NO. 714:**

Admit that YOUR written responses on the Monthly Visual Observation Form attached hereto as **Exhibit 67** accurately represent the results of the VISUAL OBSERVATION you allege was conducted at YOUR FACILITY on September 6, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 714:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 715:**

Admit that **Exhibit 67** constitutes the only record of a VISUAL INSPECTION YOU have maintained for any VISUAL INSPECTIONS YOU allege were conducted at YOUR FACILITY during the month of September 2024.

Case No.: 2:25-CV-00078-WBS-CSK

**RESPONSE TO REQUEST FOR ADMISSION NO. 715:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**REQUEST FOR ADMISSION NO. 716:**

Admit that Drain Inlets 10 and 11 ("D10" and "D11") were the only locations observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on September 6, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 716:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant denies that D10 and D11 were the only locations observed.

**REQUEST FOR ADMISSION NO. 717:**

Admit that Drain Inlets 10 and 11 ("D10" and "D11") were the only Storm Water Drainage Areas observed during the VISUAL INSPECTION YOU allege was conducted at YOUR FACILITY on September 6, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 717:**

Defendant objects to the term Facility as overbroad, and that as defined includes land, buildings and structures at the 1150 Thurman Road location that are not regulated by the Permit. Without waiving any objections, Defendant admits.

**October 2024**

**REQUEST FOR ADMISSION NO. 718:**

Admit that YOU did not conduct a VISUAL OBSERVATION at YOUR FACILITY during the month of October 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 718:**

Deny.

Case No.: 2:25-CV-00078-WBS-CSK

**REQUEST FOR ADMISSION NO. 719:**

Admit that YOU did not maintain a record of a VISUAL OBSERVATION conducted at YOUR FACILITY during the month of October 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 719:**

Deny.

**November 2024**

**REQUEST FOR ADMISSION NO. 720:**

Admit that YOU did not conduct a VISUAL OBSERVATION at YOUR FACILITY during the month of November 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 720:**

Deny.

**REQUEST FOR ADMISSION NO. 721:**

Admit that YOU did not maintain a record of a VISUAL OBSERVATION conducted at YOUR FACILITY during the month of November 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 721:**

Deny.

**December 2024**

**REQUEST FOR ADMISSION NO. 722:**

Admit that YOU did not conduct a VISUAL OBSERVATION at YOUR FACILITY during the month of December 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 722:**

Deny.

**REQUEST FOR ADMISSION NO. 723:**

Admit that YOU did not maintain a record of a VISUAL OBSERVATION conducted at YOUR FACILITY during the month of December 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 723:**

Deny.

**January 2025**

**REQUEST FOR ADMISSION NO. 724:**

Admit that YOU did not conduct a VISUAL OBSERVATION at YOUR FACILITY during the month of January 2025.

**RESPONSE TO REQUEST FOR ADMISSION NO. 724:**

Deny.

**REQUEST FOR ADMISSION NO. 725:**

Admit that YOU did not maintain a record of a VISUAL OBSERVATION conducted at YOUR FACILITY during the month of January 2025.

**RESPONSE TO REQUEST FOR ADMISSION NO. 725:**

Deny.

**February 2025**

**REQUEST FOR ADMISSION NO. 726:**

Admit that YOU did not conduct a VISUAL OBSERVATION at YOUR FACILITY during the month of February 2025.

**RESPONSE TO REQUEST FOR ADMISSION NO. 726:**

Deny.

**REQUEST FOR ADMISSION NO. 727:**

Admit that YOU did not maintain a record of a VISUAL OBSERVATION conducted at YOUR FACILITY during the month of February 2025.

**RESPONSE TO REQUEST FOR ADMISSION NO. 727:**

Deny.

**March 2025**

**REQUEST FOR ADMISSION NO. 728:**

Admit that YOU did not conduct a VISUAL OBSERVATION at YOUR FACILITY during the month of March 2025.

**RESPONSE TO REQUEST FOR ADMISSION NO. 728:**

Deny.

**REQUEST FOR ADMISSION NO. 729:**

Admit that YOU did not maintain a record of a VISUAL OBSERVATION conducted at YOUR FACILITY during the month of March 2025.

   **RESPONSE TO REQUEST FOR ADMISSION NO. 729:**

   Deny.

   **April 2025**

**REQUEST FOR ADMISSION NO. 730:**

Admit that YOU did not conduct a VISUAL OBSERVATION at YOUR FACILITY during the month of April 2025.

   **RESPONSE TO REQUEST FOR ADMISSION NO. 730:**

   Deny.

**REQUEST FOR ADMISSION NO. 731:**

Admit that YOU did not maintain a record of a VISUAL OBSERVATION conducted at YOUR FACILITY during the month of April 2025.

   **RESPONSE TO REQUEST FOR ADMISSION NO. 731:**

   Deny.

Date:  June 27, 2025            LAW OFFICE OF JENNIFER F. NOVAK


                   /s/ *Megan S. Meadows*
                   Megan S. Meadows
                   Attorney for Defendant

ANSWER TO COMPLAINT                            1                    Case No.: 2:25-CV-00078-WBS-CSK