UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| Central Valley Eden Environmental Defenders, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Sweetener Products, Inc.,<br><br>Defendant. | No. 2:25-cv-00078 WBS CSK<br><br>ORDER |

----oo0oo----

On July 28, 2026, plaintiff attempted to file an ex parte application to stay this case. (Docket No. 127.) Attorneys practicing in this court are expected to familiarize themselves with the court's Standard Information, publicly available and readily accessible via the following link: https://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/5005/. The undersigned judge's Standard Information provides that the filer of an ex parte application must notify

the courtroom deputy and inform the opposing party prior to filing such application.

The Standard Information further requires that the filer include an affidavit setting forth a "satisfactory explanation for," relevant here, "1) the need for the issuance of such an order; 2) the failure of the filer to obtain a stipulation for the issuance of such an order from other counsel or parties in the action, [and] 3) why such request cannot be noticed on the court's motion calendar pursuant to Local Rule 230."

It does not appear that counsel for plaintiff conferred with the courtroom deputy before attempting to file plaintiff's ex parte application. Neither did counsel provide an affidavit setting forth the necessary information to support the application. Accordingly, the application (Docket No. 127) is hereby STRICKEN, without prejudice to counsel's right to re-file and serve the application, should counsel wish to do so, in accordance with applicable rules and the undersigned's Standard Information.[1]

IT IS SO ORDERED.

Dated: August 7, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[1] Counsel should note that ex parte motions are "rarely justified, and should be filed sparingly." Gauthier v. 3M Co., No. 2:24-cv-01951 SRM AYP, 2026 WL 1850081, at *1 (C.D. Cal. Apr. 13, 2026).