Adam D. Brumm, Esq. SB#257906
Eden Environmental Defenders
1520 E. Covell Blvd, Suite B5-611
Davis, CA 95616
Telephone: (800) 545-7215, Extension 906
Email: adam@edendefenders.org

Attorneys for Plaintiff
CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SWEETENER PRODUCTS, INC.; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 2:25-CV-00078-WBS-CSK<br><br>**OBJECTION TO DEFENDANT'S MOTION TO COMPEL (ECF NO. 141); REQUEST TO STRIKE AND/OR SUMMARILY DENY MOTION WITH PREJUDICE**<br><br>Date: September 22, 2026<br>Time: 10:00 am<br>Ctrm: 25<br>Judge: Honorable Chi Soo Kim |

Plaintiff Central Valley Eden Environmental Defenders ("EDEN") hereby OBJECTS to the Motion to Compel filed by Defendant Sweetener Products, Inc. ("Defendant") on September 1, 2026 (ECF No. 141), on the basis that it is procedurally improper and was filed in violation of FRCP 37(b) and this Court's May 15, 2026 Protective Order.

Specifically, Defendant seeks to compel EDEN's Rule 30(b)(6) witness to respond to Topics that have been barred by the Protective Order. The Rule 30(b)(6) deposition has not yet taken place, as it is currently scheduled for September 11, 2026. The hearing on Defendant's Motion to Compel is set for

September 22, 2026, ensuring that the Protective Order will remain in place as currently drafted while the deposition is being conducted.

A Motion to Compel is not the proper procedural vehicle to request permission from the Court to seek testimony from EDEN's Rule 30(b)(6) deponent in violation of the Protective Order, especially when Defendant's counsel clearly intends to seek testimony from EDEN's Rule 30(b)(6) deponent that is barred by the Protective Order before the Court could consider Defendant's request for relief.

EDEN also OBJECTS on the basis that Defendant's counsel did not meet and confer before filing the Motion. Instead, Defendant filed its Motion one day before the scheduled meet and confer, as indicated in its Motion.

For the reasons set forth herein, Plaintiff requests that the Court strike Defendant's Motion to Compel filed on September 1, 2026, at ECF No. 141. Alternatively, Plaintiff requests that the Court summarily deny Defendant's Motion with prejudice.

Dated: September 2, 2026 Respectfully,

By: __*/S/ Adam D. Brumm*__________
Adam D. Brumm
Attorney for Plaintiff