UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,

Plaintiff,

v.

SWEETENER PRODUCTS, INC.,

Defendant.

No. 2:25-cv-00078 WBS CSK

ORDER

----oo0oo----

Plaintiff requests that this court order the clerk of the court to terminate Adam D. Brum as attorney of record in this matter. (Req. (Docket No. 162).)

Under Local Rule 182(d), "an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared." Because counsel has not filed the required noticed motion, the request will be denied.

Plaintiff also requests a 14-day stay to allow it to

retain replacement counsel. Alternatively, it requests an extension of all impending due dates. Given that plaintiff's counsel is still plaintiff's attorney of record unless and until this court grants him leave to withdraw, these requests are premature.

IT IS THEREFORE ORDERED that plaintiff's request for an order terminating its attorney of record (Docket No. 162) be, and the same hereby is, DENIED without prejudice to the filing of an appropriate noticed motion.

Dated: October 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE